IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| Plaintiff, | ) | 09 C 8081 |
| v. | ) | Judge Matthew J. Kennelly |
| | ) | |
| CITY OF CHICAGO, et al. | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OPPOSITION TO JOINT MOTION
FOR SIX ADDITIONAL WEEKS TO ANSWER THE COMPLAINT**

Plaintiff THADDEUS JIMENEZ, by his undersigned attorneys, respectfully opposes the Defendants' Joint Motion for six additional weeks to answer or otherwise plead to the Complaint on the following grounds:

1. *62 Days to Answer or Plead Is Too Long*. This case was filed at the end of last December, and Defendants' Answers were due on or about February 12, 2010. Defendants presently ask for six additional weeks to answer the Complaint, *i.e.,* until March 26, 2010. While Plaintiff does not oppose an extension, Plaintiff opposes an extension of this length.

2. *The Record Is Not Missing.* Defendants premise their motion on the ground that they contacted the Clerk of the Court in order to obtain the record in Mr. Jimenez's underlying case and were told it has been expunged and is unavailable. While Plaintiff does not dispute that the Clerk's Office said this to defense counsel, defense counsel were nevertheless given erroneous information. First, Plaintiff has a complete record of Defendants' arrest of Mr. Jimenez in 1993, Defendants' non-arrest of Juan Carlos Torres (who on May 1, 2009, was indicted for Eric Morro's murder), Mr. Jimenez's indictment in 1993, his trials in 1994 and 1997, and his appeals in 1995 and 1998. That record can be made available to Defendants as soon as they provide Plaintiff's counsel with the name of their preferred copy service. In addition, the more formal copy of the record is not in fact expunged and unavailable, but rather has been held since approximately 2007 by the State's Attorney's Office, and most specifically, Assistant State's Attorney Celeste Stack. In light of the State's Attorney's role in exonerating Mr. Jimenez, Defendants knew or should have known that the State's Attorney's Office was in possession of the record or, at a minimum, were a more likely source to direct the current location of the formal record.

3. ***Mr. Jimenez Desires This Case to Be Resolved Promptly, Consistent with the Goals Set Forth in Federal Rule of Civil Procedure 1***. Having lost more than sixteen years of his life, the very sixteen years in which a human being moves from childhood into adulthood, Mr. Jimenez is having trouble finding paid employment. His interests are understandably best served by resolving this action in as "just, speedy, and inexpensive" a manner as possible.

4. ***Defense Counsel Are Experienced and Sophisticated and Are Already Well-versed in the Law Relevant to A Motion To Dismiss In A Case Such as This***. Mr. Burns, Mr. Hale, and several of their colleagues are sophisticated civil rights defense counsel, who have filed and briefed numerous motions to dismiss in cases comparable to this. A total of nine weeks is an excessively long time to provide for such a motion.

5. ***In Any Event, If A Reasonable Extension Is Granted, That Should Not Be a Basis To Delay Discovery***. Balancing these respective interests, Plaintiff recognizes that some additional time to answer or otherwise plead may be justified and appropriate (although not the full additional six weeks requested). Plaintiff requests, however, that any extension the Court does provide not delay the timely commencement of discovery during the period in which Defendants are preparing their Answer or motion.

            Respectfully submitted,

            *Thaddeus Jimenez, Plaintiff*

            /s/   Stuart J. Chanen
            Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
LOEVY & LOEVY
312 North May Street Suite 100
Chicago, IL 60607
(312) 243-5900
jon@loevy.com

Locke E. Bowman
RODERICK MACARTHUR JUSTICE CENTER
Northwestern University School of Law
Chicago, IL 60611
(312) 503-0844
L-Bowman@law.northwestern.edu

Stuart Chanen
VALOREM LAW GROUP
35 East Wacker Drive Suite 3000
Chicago, IL 60601
(312) 676-5480
Stuart.Chanen@valoremlaw.com