**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THADDEUS JIMENEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09 C 8081 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Matthew F. Kennelly |
| ) | |
| Defendants. ) | Magistrate Judge Maria Valdez |

**NOTICE OF MOTION**

TO:   Counsel of Record

　　　PLEASE TAKE NOTICE that on **Wednesday**, **March 24, 2010** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Matthew F. Kennelly**, in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants' Motion to Dismiss the Monell Claims of Plaintiff's Complaint**.

Dated:  March 18, 2010　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　s/ Daniel M. Noland
Terrence M. Burns　　　　　　　　　　　　　　　One of the Attorneys for Defendant,
Harry N. Arger　　　　　　　　　　　　　　　　CITY OF CHICAGO
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2010, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Arthur Loevy | Locke E. Bowman, III |
| Jon Loevy | MacArthur Justice Center |
| Rachel Steinback | Northwestern University School of Law |
| Russell R. Ainsworth | 357 E. Chicago Ave. |
| Loevy & Loevy | Chicago, IL 60611 |
| 312 North May Street | 312.503.0844 |
| Suite 100 | 312.503.1272 (fax) |
| Chicago, IL 60607 | bowman@law.northwestern.edu |
| 312.243.5900 | |
| | |
| Stuart J. Chanen | Andrew M. Hale |
| Valorem Law Group LLC | Avi T. Kamionski |
| 35 E. Wacker Drive | Andrew M. Hales & Associates, LLC |
| Suite 2900 | 53 W. Jackson Blvd. |
| Chicago, IL 60601 | Suite 1800 |
| 312.676.5480 | Chicago, IL 60604 |
| stuart.chanen@valoremlaw.com | (312) 341-9646 |
| | (312) 341-9656 (fax) |

s/ Daniel M. Noland
Daniel M. Noland