# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Thaddeus Jimenez

                              Plaintiff,

v.                                                Case No.: 1:09–cv–08081
                                                  Honorable Matthew F. Kennelly

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion for extension of time to answer [35] is granted. Deadline for filing response to complaint is extended to 4/9/2010. Motion to dismiss [37] is denied. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.