

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | 3/14/11 |
|---|---|---|---|
| **CASE NUMBER** | 09 C 8081 | **DATE** | ~~3/15/2011~~ |
| **CASE TITLE** | Jimenez vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendants have leave to depose incarcerated witness Danielle Zdeb, inmate number 542030. The Taycheedah Correctional Institution is ordered to provide reasonable, safe and private accommodations for the deposition.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|
| | | |