**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-08081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OFFICERS' MOTION FOR SUMMARY JUDGMENT

Detectives Jerome Bogucki, Raymond Schalk, Mark Sanders, Frank Montilla, and Officers Lawrence Ryan and Robert Whiteman ("Defendant Officers"), by their undersigned attorneys, move pursuant to Fed. R. Civ. P. 56, and respectfully ask this Honorable Court to grant their Motion for Summary Judgment. In support of their motion, Defendant Officers submit the following:

1. This case arises out of Plaintiff's arrest and prosecution for the February 3, 1993 murder of Eric Morro.

2. Defendant Officers have contemporaneously filed a statement of undisputed facts pursuant to Local Rule 56.1(a)(3), which outlines the material facts that require the entry of summary judgment on Plaintiff's Complaint.

3. In addition, Defendant Officers have contemporaneously filed a memorandum of law in support of this motion.

4. As more fully explained in the memorandum of law, Plaintiff's due process claim predicated on *Brady v. Maryland* fails as a matter of law because Plaintiff failed to identify any material exculpatory or impeachment evidence that was withheld from him.

5. To the extent that any questions of federal law are ambiguous or Defendant Officers made a reasonable mistake, Defendant Officers are entitled to qualified immunity.

6. In addition, Defendants Schalk, Sanders, Montilla, Ryan, and Whiteman are entitled to summary judgment because they were not personally involved in any alleged constitutional or state law violation.

7. Plaintiff's malicious prosecution claim fails because probable cause existed for his prosecution and he cannot show the element of malice. Remaining claims fail because they depend on an underlying violation, which does not exist here.

8. For the foregoing reasons, and the reasons more fully described in Defendant Officers' Memorandum of Law in Support of their Motion for Summary Judgment, Defendant Officers respectfully request that judgment be entered in their favor.

Respectfully Submitted,

DEFENDANTS

BY:

*/s/ Shneur Nathan*

*/s/ Joan Ahn*

Andrew M. Hale
Avi T. Kamionski
Shneur Nathan
Joan Ahn
Andrew M. Hale and Associates, LLC
53 W. Jackson Street, Suite 1800
Chicago, IL 60604
(312) 341-9646
Att. No. 6294496

## CERTIFICATE OF SERVICE

      I, Joan E. Ahn, an attorney, hereby certify that on July 15, 2011, I caused DEFENDANT OFFICERS' MOTION FOR SUMMARY JUDGMENT to be served upon all counsel of record by filing the same before the Court via the ECF system.


                /s/ *Shneur Nathan*