IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| THADDEUS JIMENEZ | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| v. | ) | NO. 09-CV-8081 |
| CITY OF CHICAGO, ET. AL. | ) | |
| DEFENDANTS. | ) | |

**PLAINTIFF'S INDEX OF EXHIBITS CITED IN HIS STATEMENT OF FACTS
AND/OR PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENTS OF FACTS**

| EXH.NO. | DESCCRIPTION | |
|---|---|---|
| | **DEPOSITION TESTIMONY RE: *JIMENEZ V. CITY, ET.AL.*** | |
| PX 01 | Cited pages from the deposition of Victor Romo | |
| PX 02 | Cited pages from the deposition of Larry Tueffel | |
| PX 03 | Cited pages from the deposition of Thaddeus Jimenez | |
| PX 04 | Cited pages from the deposition of Jerome Bogucki | |
| PX 05 | Cited pages from the deposition of Phil Torres | |
| PX 06 | Cited pages from the deposition of Tina Elder | |
| PX 07 | Cited pages from the deposition of Ezequiel Romo | |
| PX 08 | Cited pages from the deposition of Raymond Schalk | |
| PX 09 | Cited pages from the deposition of Fernando Montilla | |
| | | |
| PX 22 | Cited pages from the deposition of Allison Flaum | |
| PX 44 | Cited pages from the deposition of Patrick Harrigan | |
| PX 59 | Cited pages from the deposition of Lawrence Ryan | |
| PX 60 | Cited pages from the deposition of Donna Cosmen | |
| PX 65 | Cited pages from the deposition of Shawn Cosmen | |
| PX 70 | Cited pages from the deposition of Mark Sanders | |
| | | |
| | ***PEOPLE V. JIMENEZ* TRIAL** | |
| PX 10 | Cited pages from the 1994 testimony of Angela Jimenez | |
| PX 11 | Cited pages from the 1994 testimony of Larry Tueffel | |
| PX 12 | Cited pages from the 1994 testimony of Phil Torres | |
| PX 13 | Cited pages from the 1997 testimony of Phil Torres | |
| PX 14 | Cited pages from the 1997 testimony of Sandra Elder | |
| | | |
| PX 61 | Cited pages from the 1997 testimony of Tina Elder | |
| PX 62 | Cited pages from the 1994 State's Closing Argument | |

| EXH.NO. | DESCCRIPTION | |
|---|---|---|
| PX 63 | Cited pages from the 1994 testimony of Jerome Bogucki | |
| PX 64 | Cited pages from the 1997 testimony of Larry Tueffel | |
| PX 68 | Cited pages from the 1997 testimony of Tina Elder | |
| | | |
| | | |
| | **DOCUMENTS** | |
| PX 15 | CPD Supplementary Report re: Field Investigation | JIM 00013 – 00020 TRJ 00039 – 00046 |
| PX 16 | CPD General Progress Report re: Notes of Tueffel Interview | TRJ 00255 - 00256 |
| PX 17 | CPD General Offense Case Report re: RD No. X-051839 | JIM 00004 - 00007 |
| PX 18 | CPD Polaroid Photograph re: Thaddeus Jimenez | TRJ 00259; T. Elder Dep. 2 |
| PX 19 | CPD General Progress Report re: Notes of Torres Interview | JIM 00033, JIM 0036; TRJ 00257 - 00258 |
| PX 20 | CPD Arrest Report | JIM 00046 TRJ 00052 |
| PX 21 | Transcript of Witness Interview re: Larry Tueffel dated 07/31/06 | [SAO] 0106 - 0128 |
| | | |
| PX 23 | Handwritten Statement re: Larry Tueffel dated 07/31/06 | [SAO] 0004 – 0019 |
| PX 24 | Affidavit of Larry Tueffel dated 08/20/10 | |
| PX 25 | Defendants' Responses to Third Set of Interrogatories | |
| PX 26 | Affidavit of Luke Netzel dated 09/09/07 | [SAO] 0103 – 0105 |
| PX 27 | Affidavit of Tina Elder dated 05/15/07 | [SAO] 0020 – 0021 |
| PX 28 | CPD Supplementary Report re: Field Investigation Lineup Report | TRJ 00049 - 00051 |
| PX 29 | CPD Supplementary Report re: Victor & Ezequiel Rome dated 02/10/93 | JIM 00021 – 00024 |
| PX 30 | Hand drawn map | JIM 00039 |
| PX 31 | General Progress Report re: Ezequiel Romo | JIM 00040 |
| PX 32 | Affidavit of Ezequiel Romo dated 02/28/07 | [SAO] 0001 – 0003 |
| PX 33 | Translation of Taped Confession | JIM 00253 – 00262 |
| PX 34 | CPD Supplementary Report re: Re-Interview of Juan Torres | JIM 00025 – 00026 |
| PX 35 | CPD Investigative File Inventory | JIM 00030 |
| PX 36 | Plaintiff's First Set of Requests for Production to Defendant | |
| PX 37 | CPD Investigative File Inventory | TRJ 00254 |
| PX 38 | Comparison of JIM 00030 and TRJ 00254 | |
| PX 39 | CPD Photo re: Inventory Item No. 1058724: Note found in the victim's pocket | |
| PX 40 | Verdict Form dated 10/04/94 re: Thaddeus Jimenez | JIM 00118 |
| PX 41 | Order Permitting Prosecution of a Minor re: *People v. Jimenez* | |

| EXH.NO. | DESCCRIPTION | |
|---|---|---|
| PX 42 | Stipulation and Waiver of Requirement of Proof re: *Jimenez v. City*, et.al. | |
| PX 43 | *People v. Jimenez* – 09/17/97 Motion in *Limine* Seeking to Use Out-of-Court Admission Against Penal Interest by a Third Party, Non-Defendant | |
| | | |
| PX 45 | Letter from the IDC re: Transferring Jimenez to and Adult Facility. | JIM 01199 - 01202 |
| PX 46 | People v. Jimenez re: Appellate Opinion | |
| PX 47 | Letter written by Thaddeus Jimenez requesting legal assistance | JIM 0589 - 05864 |
| PX 48 | Investigative Report re: Interview of Rosa Wiszo-Waty (sister of Victor Romo); and Ms. Medina (Juan Carlos Torres neighbor) | [SAO] 0042 – 0043 |
| PX 49 | Investigative Report re: Interview of Leo Robles and Attempts to locate Phil Torres. | [SAO] 0055 – 0057 |
| PX 50 | Investigative Report re: Interview of Juan Carlos Torres at ESPN Zone. | [SAO] 0038 – 0039 |
| PX 51 | Investigative Report re: Attempts to locate Juan Carlos Torres at ESPN Zone and Palmer Street address. | [SAO] 0036 – 0037 |
| PX 52 | Investigative Report re: Interview of Ernie Ritchie (Facility Manager of ESPN Zone.) | [SAO] 0045 – 0046 |
| PX 53 | Investigative Report re: Interview of Mark Nhoddenbach (Landlord at Palmer Street address). | [SAO] 0093 – 0095 |
| PX 54 | Press Release dated 05/05/09 re: State's Attorney Alvarez Vacates Conviction in 1993. | JIM 06057 |
| PX 55 | Order re: People v. Jimenez entered by Hon. J. Claps on 05/01/09 | JIM 05245 |
| PX 56 | Certificate of Innocence re: People v. Jimenez entered by Hon. P. Biebel on 06/03/09 | JIM 04351 |
| PX 57 | Arrest Report re: Juan Carlos Torres | [SAO] 0088 – 0092 |
| PX 58 | Indictment re: Juan Carlos Torres filed on 05/19/09 | |
| | | |
| PX 66 | Affidavit of Lisa Carter dated 9/2/2011 | |
| PX 67 | No Exhibit – Intentionally Blank | |
| | | |
| PX 69 | 03/20/09 E-mail from Harrigan re: State's Attorney 3-20-08 Interview of Larry Tueffel. | JIM 06317 - 06319 |
| | | |
| PX 71 | Investigative Report re: Interview of Larry Tueffel. | [SAO] 0219 – 0222 |

Dated: September 2, 2011

Respectfully submitted,

**THADDEUS JIMENEZ**

By:  /s/   Stuart J. Chanen
       One of his Attorneys

| | | |
|---|---|---|
| Mr. Jon Loevy | Mr. Stuart J. Chanen | Mr. Locke E. Bowman |
| Mr. Russell Ainsworth | Ms. Lisa R. Carter | RODERICK MACARTHUR |
| Mr. Joel Feldman | VALOREM LAW GROUP LLC | JUSTICE CENTER |
| LOEVY& LOEVY | 35 E. Wacker Dr. | Northwestern University |
| 312 North May St. | 30th Floor | School of Law |
| Suite 100 | Chicago, IL 60601 | 357 E. Chicago Ave. |
| Chicago, IL 60607 | (312) 676-5480 | Chicago, IL 60611 |
| (312) 243-5900 | | (312) 503-0844 |