# PX 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

THADDEUS JIMENEZ,         )
                          )
         Plaintiff,       )
                          )
     vs.                  )   No. 09 CV 8081
                          )
CITY OF CHICAGO, Chicago Police )
Detectives JEROME BOGUCKI, MARK )
SANDERS, RAYMOND SCHALK,  )
F. MONTILLA, Chicago Police )
Officers LAWRENCE RYAN and )
ROBERT WHITEMAN, and as-yet )
unknown City of Chicago   )
Employees,                )
                          )
         Defendants.      )

Videotaped Deposition of VICTOR ROMO, taken at 53 West Jackson Boulevard, Chicago, Illinois, before Donna M. Kazaitis, CSR, RPR, CLR, CRR, Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said State, commencing at the hour of 11:06 a.m. on Tuesday, September 7, 2010.

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4
         VALOREM LAW GROUP
 5       BY:   MR. STUART J. CHANEN
               35 East Wacker Drive
 6             Suite 2900
               Chicago, Illinois 60601
 7             312.676.5480
               stuart.chanen@valoremlaw.com
 8

 9   ON BEHALF OF THE DEFENDANT POLICE OFFICERS:

10
         ANDREW M. HALE & ASSOCIATES
11       BY:   MR. ANDREW M. HALE
               MS. JENNIFER MOORE
12             53 West Jackson Boulevard
               Suite 1800
13             Chicago, Illinois 60604
               312.341.9646
14             ahale@ahalelaw.com
               jmoore@ahalelaw.com
15

16   ON BEHALF OF THE DEFENDANT CITY OF CHICAGO:

17
         DYKEMA GOSSETT PLLC
18       BY:   MR. HARRY N. ARGER
               10 South Wacker Drive
19             Suite 2300
               Chicago, Illinois 60606
20             312.627.2127
               harger@dykema.com
21

22

23   ALSO PRESENT:

24       Patti Page, Legal Videographer
```

1                          I N D E X

2                                                          PAGE

3    VICTOR ROMO

4         Examination by Mr. Hale.............   4
          Examination by Mr. Arger........... 142
5         Examination by Mr. Chanen.......... 146
          Examination by Mr. Hale............ 192
6         Examination by Mr. Arger........... 216
          Examination by Mr. Chanen.......... 216
7         Examination by Mr. Hale............ 221

8

9                         E X H I B I T S

10                                                         PAGE

11   Romo Exhibit No. 1
          Two pages of typewritten report,
12        2/10/93, JIM00023 - JIM00024........ 156

13   Romo Exhibit No. 2
          One page typewritten report,
14        3/8/93, JIM00026................... 167

15   Romo Exhibit No. 3
          One page handwritten General Progress
16        Report, one page................... 181

17

18

19

20

21

22

23

24

1  there and going towards Milwaukee. Milwaukee runs
2  on an angle, and I think we started walking that
3  way.
4       Q.  Do you remember what street you were
5  walking down?
6       A.  No.
7       Q.  All right. So you were walking south
8  towards Milwaukee. And then what happens? Like
9  where are you headed?
10      A.  I think nowhere in particular. I
11 think we just made a big loop and then ended up
12 walking back on Belmont.
13      Q.  Now you're walking east on Belmont?
14      A.  Uh-huh, correct.
15      Q.  Okay. And you're walking east on
16 Belmont, just you and Carlos?
17      A.  Yes.
18      Q.  And up to this point, up to this point
19 now in the chronology, had you seen anybody else
20 you know, any other Triangles or any other people?
21      A.  No, not that I remember.
22      Q.  All right so you're walking down
23 Belmont, walking east. What do you remember
24 happening next?

Page 80

1   A.   Nothing significant until I saw Larry
2   Tueffel and Eric Morro.
3   Q.   So you saw Larry and Eric walking on
4   Belmont too?
5   A.   Uh-huh.
6   Q.   And you were walking with Carlos?
7   A.   Correct.
8   Q.   And you're coming from behind them?
9   A.   Yes.
10  Q.   And you recognize, Larry and Eric are
11  two guys you knew from the neighborhood, you knew
12  who they were?
13  A.   Yeah.
14  Q.   And you still had the gun on you?
15  A.   At that time Carlos had it.
16  Q.   Why does Carlos have the gun?
17  A.   I'm sure I gave it to him to hold.
18  Q.   Why didn't you just hold it?
19  A.   Why didn't I just hold it?  Is that
20  your question?
21  Q.   I mean it's your gun, yeah.
22  A.   I don't know.  At that time perhaps I
23  was not that great of friend.  Figured if somebody
24  got caught with it, it would be him and not me.

1   in context.
2           I had overheard a conversation in
3   which Eric Morro owed I believe it was Leo some
4   money.  So that gave me the pretext to approach
5   them.
6           Now, again, my memory is a little
7   fuzzy on a lot of this, but going back, you know,
8   twelve-year-old boy, I think I, well, I know I
9   made a lot of errors in my judgment.
10          I believe some of my thinking in
11  all that was to show how tough I was and perhaps
12  for Larry and whoever to back off me.  So I'm
13  thinking, again, I'm not sure if that was the
14  motive or not, but I think that's kind of where my
15  head was at, it wasn't my intention for anyone to
16  get shot or killed.  So that was the pretext.  I
17  had a reason to be able to go and show it off.
18      Q.  All right.  Let's pause there here a
19  second.
20      A.  Sure.
21      Q.  You said you overheard a conversation
22  that Eric owed Leo money.
23      A.  Yes.  I mean I had that knowledge.
24      Q.  Where did you get that knowledge?

1    Q.   And these are your brother's friends.

2    A.   Uh-huh.

3    Q.   This happened at your house?

4    A.   Yes.

5    Q.   On Nelson?

6    A.   Yes.

7    Q.   And all the Latin Kings beat up Leo?

8    A.   And I think a friend of his, him and a
9  friend of his.

10   Q.   Were you present?

11   A.   Yeah.

12   Q.   Okay.  So let's continue the
13  chronology.

14        You talked about, you know, you had
15  this knowledge about what you overheard about Eric
16  owing money to Leo.  So now what happens?  You
17  approach, what happens?  Who says something first?

18   A.   I believe it was me because I don't
19  think Carlos would have known any of that
20  conversation.

21   Q.   So what do you say?

22   A.   I don't remember but something along
23  the lines of don't you owe Leo some money.

24   Q.   Okay.  You say that to Eric?

Page 86

1       A.      Correct.

2       Q.      All right.  And what happens next?

3       A.      I don't remember exactly, but he kind of made some comment like regarding who are you and who do you think you are, get out of here, I'll deal with that or with him, or whatever, something along those lines.  Specifically I don't recall.

9       Q.      So Eric responds to you?

10      A.      Yes.

11      Q.      All right.  Then what happens?

12      A.      Carlos takes out the gun, points it at him.  At that time Leo kind of backs off, oh, that's between you guys.

15      Q.      Were you surprised Carlos pulled out the gun?

17      A.      No.  I guess in some sick way I kind of expected him to and wanted him to.  I didn't necessarily want him to shoot but I did want to appear as tough as we possibly can without necessarily getting in too big of trouble.

22      Q.      So when Carlos pulls out the gun, Eric hasn't tried to hit anybody yet?

24      A.      No.

Page 88

1      Q.   Okay. And then what happened?

2      A.   At that time Carlos had already put
3 the gun back in his pocket. I think that's where
4 he had it. And then all of a sudden Eric Morro
5 turned around and punched Carlos.

6      Q.   Did he actually make contact?

7      A.   Yeah.

8      Q.   Punched him where?

9      A.   In the face.

10      Q.   All right. And what happened?

11      A.   But it almost seemed like at the same
12 time because the gunshot went off, pow. When that
13 happened, I kind of remember him saying "Oh,
14 shit," and they both ran.

15      Q.   Who said "Oh, shit"?

16      A.   I believe it was Eric Morro. It might
17 have been Larry though. I'm not sure. I heard
18 someone say it. I always thought it was Eric
19 Morro, but --

20      Q.   Okay.

21      A.   Anyhow, they started running
22 eastbound, we started running westbound.

23      Q.   Down Belmont?

24      A.   Yes.