PX 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THADDEUS JIMENEZ,                    )
                                     )
                Plaintiff,           )
                                     )
        vs.                          ) No. 09 CV 8081
                                     )
CITY OF CHICAGO, Chicago             )
Police Detectives JEROME             )
BOGUCKI, MARK SANDERS,               )
RAYMOND SCHALK, F.                   )
MONTILLA, Chicago Police             )
Officers LAWRENCE RYAN and           )
ROBERT WHITEMAN, and as-yet          )
unknown City of Chicago              )
Employees,                           )
                                     )
                Defendants.          )

        The videotaped deposition of LAWRENCE TUEFFEL,

called by the Plaintiff for examination, taken pursuant

to notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Ryan McGrath, Registered Professional Reporter and

Notary Public, at 219 South Dearborn, 21st Floor,

Chicago, Illinois, commencing at 10:49 a.m. on the

3rd day of March, A.D., 2011.

Page 2

```
 1    APPEARANCES:

 2          VALOREM LAW GROUP
             MR. STUART J. CHANEN
 3          35 East Wacker Drive
             Suite 2900
 4          Chicago, Illinois 60601
             Phone: (312) 676-5480
 5
                   On behalf of the Plaintiff;
 6
             LOEVY & LOEVY
 7          MR. JON LOEVY
             312 North May Street
 8          Suite 100
             Chicago, Illinois 60607
 9          Phone:  (312) 243-5900

10                 On behalf of the Plaintiff;

11          ANDREW M. HALE & ASSOCIATES
             MR. ANDREW M. HALE
12          53 West Jackson Boulevard
             Suite 1800
13          Chicago Illinois 60604
             Phone: (312) 870-6930
14
                   On behalf of the Defendants Chicago Police
15                 Detectives Jerome Bogucki, Mark Sanders,
                   Raymond Schalk, F. Montilla, Chicago Police
16                 Officers Lawrence Ryan, and Robert Whiteman;

17          DYKEMA GOSSETT, PLLC
             MR. HARRY N. ARGER
18          10 South Wacker Drive
             Suite 2300
19          Chicago, Illinois 60606
             Phone: (312) 627-2127
20
                   On behalf of the Defendant City of Chicago.
21
       ALSO PRESENT:   Judge Matthew Kennelly
22                     Rick Kosberg, videographer
                       William Connor
23


24

                   JENSEN REPORTING  (312) 236-6936
```

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

1                        I N D E X

2   WITNESS                                    PAGE

3   LAWRENCE TUEFFEL

4        Examination by Mr. Chanen .............   6

5        Examination by Mr. Hale ..............  182

6

7                     E X H I B I T S

8   TUEFFEL DEPOSITION EXHIBIT                  PAGE

9        No. 2 ...............................   14
         No. 3 ...............................   25
10       No. 4 ...............................   44
         No. 5 ...............................   77
11       No. 6 ...............................   77
         No. 7 ...............................   81
12       No. 8 ...............................   87
         No. 9 ...............................   88
13       No. 10 ..............................   92
         No. 11 ..............................   92
14       No. 12 ..............................   96
         No. 14 ..............................  158
15       No. 15 ..............................  237
         No. 16 ..............................  250

16

17

18

19

20

21

22

23

24

              JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

1   place to stay.  So they were letting him come in and

2   sleep and stuff at night.

3        Q.   Okay.

4        A.   And he usually -- We used to hang out with

5   Sean Cosmen's sister.

6        Q.   Did you go to the Cosmens' that evening before

7   you started walking down Belmont and was stopped by the

8   other two boys?

9        A.   Before?

10       Q.   Yes.

11       A.   Not that evening.

12       Q.   Okay.  So after you finished eating food at

13  your house, is that when you exited onto Belmont?

14       A.   Yes.

15       Q.   And where were you and Eric heading at that

16  point?

17       A.   We were going towards back Whip- -- on Whipple

18  to Belmont, and we turned the corner by the funeral home

19  that was -- it used to be a funeral home that was over

20  there -- and we were walking down the street, and we

21  got -- I was walking with Eric and I noticed two guys

22  came around the corner, and they both had -- they

23  were -- You know, it was wintertime.  It was February.

24  So it was very cold and --

                JENSEN REPORTING  (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

1      Q.   They were bundled up?

2      A.   They were -- I don't remember being bundled

3   up, no, but they -- they were behind us and one of them

4   said to Eric Morro "you owe Leo some money" and Leo

5   turned arou- -- I mean Eric turned around -- I'm sorry

6   about that -- Eric turned around and said "it's none of

7   your business" and kept on walking.

8      Q.   Okay.  Stop there for a second.

9      A.   Okay.

10      Q.   And then we're going to pick up there in a

11   second as well.  Did you recognize the boy or person who

12   said to Eric "you owe Leo some money"?

13      A.   Not at first, no, I didn't.

14      Q.   Okay.

15      A.   But I seen what he looked like.

16      Q.   Okay.  You got a good look at him?

17      A.   I got a good look at him, yes, I did.

18      Q.   But at that moment, you didn't recognize him

19   as someone that you specifically knew?

20      A.   Somebody that I specifically knew or hung out

21   with.

22      Q.   Okay.  What about the second boy who was with

23   that --

24      A.   The second person that was with him I noticed

            JENSEN REPORTING  (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 16

1     A.   Yes.

2     Q.   So the record is clear on what you just said,

3  this metal gate that's pictured in the picture about a

4  third of the way down --

5     A.   Yes.

6     Q.   -- that particular night it was all the way

7  down?

8     A.   Yes.

9     Q.   All right.  After they -- he said "put that

10  gun away" to -- "put that fucking gun away," what

11  happened next?

12     A.   Then we kept on walking and we turned around

13  again, and Eric and the guy with the gun started getting

14  into a scuffle.

15     Q.   Okay.  Were you still physically in front of

16  some portion of the Honey Baked Ham?

17     A.   I was right against the Honey Baked Ham almost

18  to where the -- we -- the opening is, the alleyway, by

19  the alleyway.

20     Q.   Okay.  And what happened during the scuffle?

21     A.   It happened so fast.  The gun came out again.

22  Somehow Eric was overpowered and the gun went -- he

23  stuck the gun to his chest and shot him.

24     Q.   Okay.  And that was the same person who had

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 19

1   was just practically on the streets homeless, you know.

2   So he used to use different spots, you know, to sleep

3   and stuff, but I just wanted to help him out that night,

4   you know.

5        Q.   And did you consider yourself a good friend of

6   his at that time?

7        A.   Yes.  I was more closer to his younger

8   brother, but I got to know Eric through being in the

9   house and talking to him and stuff too.  And that's how

10  I got to hang out with him because I was 14, he was 19

11  at the time.

12       Q.   Okay.  What happened after he was shot -- what

13  did you do next?

14       A.   I just couldn't believe it.  I just was in

15  shock and I just ran next because I thought he was going

16  to come after me too.

17       Q.   All right.  And using Tueffel Exhibit 2, can

18  you just tell us or describe to us which way you ran?

19       A.   I ran straight through this opening.

20       Q.   Okay.

21       A.   And I got down to the alley and I stopped and

22  I turned left to go towards my apartment and run back to

23  my apartment.

24       Q.   Towards Whipple?

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 20

```
 1        A.    Towards Whipple.  And then I looked down the

 2   alley and I could see clear down from this part of the

 3   alley all the way down past my apartment that's open all

 4   the way.  You can see straight down all the way to Troy.

 5   I think it's Troy.  And I seen them two -- They must

 6   have ran around the corner this way on Belmont and

 7   Whipple and turned and then ran through the alley

 8   because I seen them taking off through the alley.

 9        Q.    All right.  So the record is clear on what you

10   said, you ran from in front of the Honey Baked Ham down

11   the --

12        A.    Down this open --

13        Q.    -- this passageway --

14        A.    Down the passageway.

15        Q.    -- until you got to the alley behind these

16   buildings?

17        A.    Yes, I did.

18        Q.    All right.  And then when you looked down the

19   alley behind these buildings, you saw the two people who

20   had -- the shooter and the other individual?

21        A.    And the other one running, yes.

22        Q.    And they ran -- They continued to run west?

23        A.    They continued to run west, but I didn't watch

24   them for that long.  I just seen them running.  And then
```

JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 21

1    I turned around and I went back to check on Eric to see

2    if he was all right.  I don't know if -- I didn't know

3    exactly where they shot him at the time and everything,

4    but I turned around and I ran back.

5         Q.   And what did you observe -- what did you see

6    when you came back?

7         A.   He was still -- I don't remember him going

8    down right away.  I mean, he was screaming "I got shot,

9    I got shot, I got shot," and then that's when everybody

10   came out, you know.  There was people that came out

11   across the street from the bar.

12              And then I guess it happened so fast the

13   ambulance was on the way and then you could hear all

14   these sirens and stuff, you know, something -- And he

15   just collapsed and he went -- I guess they took him in

16   the ambulance because I was just in shock and everybody

17   was around him, you know, but nobody was around when it

18   first happened.  That's all I know.  I'm pretty sure I'm

19   the only one that seen anything.

20        Q.   Okay.  After you heard the sirens and you saw

21   the people coming out of the various locations towards

22   Eric, what was the next thing that you did with respect

23   to the shooting of Eric?

24        A.   I said I seen what happened, you know, I seen

                JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 23

1      Q.    Okay.  So at some point you end up in a

2   Chicago Police squad car?

3      A.    Police car, yes.

4      Q.    Were you questioned in that car?

5      A.    Yes.  But not by the officer.

6      Q.    Okay.

7      A.    I was questioned by Phil.

8      Q.    Okay.  At any point -- We'll get to the Phil

9   conversation in a second --

10     A.    Okay.

11     Q.    -- but at any point in that neighborhood, were

12  you ever questioned by a police officer?

13     A.    No.  I was, but not -- not yet.  I --

14     Q.    Okay.  You spoke to Phil first?

15     A.    Phil was already in the squad car and he asked

16  me -- the first thing he asked me was it TJ and I told

17  him no.  I kept on saying no, no, no, it wasn't.

18     Q.    All right.  Now, what ha- -- else happened --

19  Did you have any other conversation with Phil before you

20  got out of the squad car?

21     A.    No.  All I know is I stayed in the squad car

22  and that's how I got to the station.  Phil got out.  He

23  didn't go with me.

24     Q.    Okay.  So Phil Torres did not go with -- I'm

                JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

1    sorry.  Let me back up.

2              You and Phil at some point are both in the

3    backseat together of a Chicago Police squad car?

4       A.   Yes.

5       Q.   All right.  You and Phil have a brief

6    conversation?

7       A.   Yes.

8       Q.   At some point Phil gets out of the squad car?

9       A.   Yes.

10       Q.   And that same squad car takes you to a nearby

11    Chicago Police station?

12       A.   Yes.

13       Q.   All right.  And do you recall being asked any

14    questions by any police officers either in the squad car

15    or anywhere out here on the street in this picture

16    Tueffel 2?

17       A.   I don't remember none of that.  All I know I

18    was in the squad car and that's how I got to the

19    station.

20       Q.   Okay.  At some point you were interviewed

21    by --

22       A.   Can I just add one thing to that?

23       Q.   Sure.

24       A.   When I was on my way to the station, I heard

Electronically signed by Ryan McGrath (201-410-093-4895)        80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 25

```
 1   them say over the intercom that Eric had died --

 2        Q.   Okay.

 3        A.   -- you know, and I was like, oh, no, you know,

 4   it went over.  I remember that.

 5        Q.   I assume you were -- How old were you at that

 6   time?

 7        A.   14.

 8        Q.   And I assume that was very traumatic for you?

 9        A.   Yes, it was.  I was just in shock.  I couldn't

10   even believe that somebody could pull a trigger like

11   that, you know.  I was like -- It was beyond anything

12   I've ever seen.  I mean, I never -- I never thought that

13   was going to happen.  I thought maybe a little argument

14   and we were going to be on our way to the Cosmens' house

15   and everything was going to be fine for that night.  You

16   know, I never -- I didn't know what happened.  I was

17   just in shock, I mean.

18        Q.   Were you crying in the backseat of the squad

19   car --

20        A.   Yes.

21        Q.   -- when you heard that Eric had died?

22        A.   I probably was.  I'm pretty sure I was.

23        Q.   All right.  I'm going to show you a picture

24   that we're going to mark as Tueffel 3 and ask you if you
```

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

1   described initially to the police of what you had seen

2   that night in terms of -- And we can take it one step at

3   a time.  Did you give a physical description of the

4   shooter?

5        A.   Yes, I did.

6        Q.   All right.  And what did you tell the police

7   about the shooter?

8        A.   I told the police, to the best of my

9   knowledge, that the shooter had -- he was real white

10  complected, I was trying to tell them, and he had curly

11  hair.  It was kind of curly.  And that he had a jacket

12  on.  It wasn't a regular Starters jacket because at that

13  time the Starter jackets were real popular and stuff,

14  you know, and everybody was wearing them.

15       Q.   But also really expensive?

16       A.   Yeah, yeah.

17       Q.   Okay.  And so the shooter did not have on a

18  Starter style jacket?

19       A.   No, he didn't.  He had one of those jackets on

20  that I was trying to explain but I couldn't say it at

21  that point.  It's like one of those jackets like when

22  you join a bowling league or something, you know.  They

23  have the teamsters on the back.  Or like when you play

24  baseball, it's one of those jackets that give -- you

JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 29

1    know how the coaches and stuff have on.  And I described

2    it -- that it was maroon and yellow.  That's what the

3    shooter was wearing.

4        Q.  All right.  And you were very specific about

5    that?

6        A.  Yes, I was.

7        Q.  All right.  Now, did you describe any other

8    clothing that the shooter was wearing?  Do you remember

9    saying anything about the pants?

10       A.  I was just -- I think his pants -- I told them

11    that it was black.  He had black pants on or something

12    dark.  I know it was dark.  It had to be some kind of

13    color that was dark.

14       Q.  All right.  Did you describe the hand gun that

15    was used?

16       A.  I could tell that it was either a 22 or 25

17    automatic, not -- it wasn't a revolver.

18       Q.  And did you tell them the color of the gun?

19       A.  The gun was black.  You could like hold it in

20    your hand.  At that time I was going to the wrong

21    direction, you know.  I was in a gang, and I've seen

22    pistols and stuff before.  So I could tell if it was a

23    revolver or regular gun.

24       Q.  Okay.  Did you also, Larry, give a description

Electronically signed by Ryan McGrath (201-410-093-4895)        80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 33

1    little interrogation room.

2         Q.   Okay.  And were there any windows in the room?

3         A.   No.  It was closed off.  You couldn't even see

4    in there.

5         Q.   Okay.  Was it a small room?

6         A.   It was a very small room.

7         Q.   All right.  And do you remember how many

8    police officers you talked to the first time that you

9    were in that room?

10        A.   I talked to a couple -- a couple police

11   officers and then it was some other guys that were older

12   that looked like they were like -- I don't know if --

13   The guy had gray hair, he was real tall, no facial hair,

14   and that's the one that came to pick me up that same

15   night at 4:00 o'clock in the morning after I gave them

16   the description and everything.

17        Q.   All right.

18        A.   Or it was around 3:00 because I was half

19   asleep.

20        Q.   All right.  Let's stop there for a second.

21   Did -- did -- You jumped ahead to the second time.

22        A.   I'm sorry.

23        Q.   So let's stay on the first time.  How many

24   police officers interviewed you the first time that you

1    were at the police station?

2         A.    A couple times, maybe four, maybe five.    I

3    went through a couple police officers.

4         Q.    Okay.    A bunch of different officers asked you

5    questions?

6         A.    Yes.

7         Q.    All right.    Approximately how long were you at

8    the police station from the time they drove you over

9    there from the scene to the time they drove you home to

10   your -- to your house?

11        A.    Probably like maybe at the most two hours the

12   first time.

13        Q.    Okay.    Now, when they drove you to your house,

14   who was there at your house when you arrived?    Who was

15   living in that house?

16        A.    My -- my mother.

17        Q.    Okay.

18        A.    She's deceased now.

19        Q.    Okay.    But she was there that night?

20        A.    She was there and my stepfather.

21        Q.    And he was also --

22        A.    And my little brother, my half brother.

23        Q.    And he was also there that night?

24        A.    Yes.    But he was sleeping.

                 JENSEN REPORTING    (312) 236-6936

Page 36

1    police coming to your apartment in the early morning

2    hours that same night, correct?

3         A.    Yes.

4         Q.    All right.  What time did they arrive at your

5    house?

6         A.    All I know is they were banging on the door

7    and my stepfather opened the door and my mom got up, and

8    they said we need to speak to Lawrence Tueffel again and

9    they were screaming and said he needs to come back to

10   the station.

11        Q.    Who was screaming?

12        A.    The police were telling -- screaming -- you

13   know, I guess -- Because there's a hallway you have to

14   go -- I was on the second floor.  They had to get

15   through the first door downstairs first and then they

16   got through, and somehow they just grabbed me and took

17   me back to the station.  They didn't ask my parents to

18   go with or anything.

19        Q.    Did they -- So this was -- And this is like in

20   the middle of the night, the early hours of the morning?

21        A.    Yeah.  I'm like half asleep.  I didn't know

22   what was going on and I was all scared because I, you

23   know...

24        Q.    Did they give any explanation to your

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

1    parents -- to your mother and your stepfather of why

2    they were taking you to the station?

3         A.    Not to my knowledge.  I don't remember.  I

4    don't think they did.  I think they just said he has to

5    come back to the station and my parents said okay.  They

6    didn't say come with or ask if they wanted to come with

7    or he needs a guardian to come with or anything.  They

8    just grabbed me and took me.

9         Q.    Okay.  Now we're in the second -- we're going

10   to talk about what happened at the police station the

11   second time, but I failed to ask you a few more

12   questions about the first time.

13        A.    Go ahead.

14        Q.    So I hate to do this, but we're going

15   backwards.

16        A.    Okay.

17        Q.    The first time you gave a description to the

18   police officers, at any point during the first time did

19   you ever say that TJ was the shooter?

20        A.    No.

21        Q.    Did they ever ask you whether -- the name of

22   the shooter?  That was badly phrased.  Did they ever ask

23   you whether TJ was the shooter?

24        A.    I'm sure his name came up after Phil asked me.

                  JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 38

1      Q.    Okay.  And what did you say to them at the

2   station the first time about TJ?

3      A.    I said no -- I said no, it's not him.  I just

4   kept telling them that no, no, no, it's not him.  And I

5   couldn't say nothing about the shooter because I didn't

6   know his name, and I just gave the best description of

7   him that I could because I didn't really know the guy,

8   you know, and I just kept on telling them -- giving them

9   the description and telling them look, the guy had on a

10  maroon jacket with yellow lettering, his pants were

11  dark, dark curly hair, he was pale, you know.  And I

12  told them, you know, real white looking, light skinned.

13  And that was it.

14        And the other guy I don't remember saying

15  anything about his jacket or whatever he had on.  I

16  mean, they were probably asking me questions about that

17  too, but I was more focused on the shooter, not --

18  not --

19     Q.    On the second person?

20     A.    -- the second person.

21     Q.    Okay.  All right.  Let's talk about the second

22  time now.  So they grab you in the middle of the night?

23     A.    Uh-huh.

24     Q.    Your parents are not with you?

Page 39

1      A.    No.  I'm half asleep already and it's like

2   3:00 in the morning.  It was still dark outside.

3      Q.    Okay.

4      A.    So it had to be from like 3:00 or something

5   around that time.

6      Q.    All right.  Where did they take you?

7      A.    They took me back to the same station.

8      Q.    Did they take you back to the same room?

9      A.    Yes.

10     Q.    All right.  Did they start questioning you

11  again?

12     A.    Yes.  They said that I was lying and we know

13  that -- I'm trying to cover up for TJ.  They said we

14  have other witnesses that said they seen TJ shoot, and I

15  told him them, no, no, no, it's not him, it wasn't him.

16  And they just kept on drilling me and saying that I'm

17  lying, they have other witnesses, that I'm going to jail

18  too, and, you know, all this just kept on for hours.  It

19  went on for a long time.

20     Q.    The police said you were going to go to jail

21  too?

22     A.    Yes.

23     Q.    Did they --

24     A.    They said I was in trouble because they
              JENSEN REPORTING  (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

1    thought I was -- See, the affiliation with the Royals

2    was what they thought I was trying to cover up for him,

3    you know.  That's probably why they thought that I was

4    covering up for him and trying to lie and say that --

5    give other false description.

6         Q.   So they accused you of lying?

7         A.   Yes.

8         Q.   Were you scared at that point?

9         A.   Oh, yeah, I was in shock.  I mean, I couldn't

10   believe they came back the second time.  I thought they

11   were going to catch the guy and this was going to be

12   finished, you know.

13        Q.   Were they -- How -- What was their tone of

14   voice like when they said things to you like you're

15   lying?

16        A.   They were screaming at me and just

17   interrogating me real bad, and I just kept saying no,

18   it's not him and trying to tell the truth and tell them,

19   you know, what -- I did see it, that I know -- I don't

20   know the name, but I was giving a description.  And I

21   kept on telling them that, you know, it's not him, you

22   know, and I kept on saying it and they just kept on

23   drilling me, and I just got exhausted after a long time

24   and I just kept on saying no, no, no.

                 JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 41

1      Q.    How many hours do you think you were there?

2      A.    I was there for a while, long time.

3      Q.    How long did you hold out saying no, no, no?

4      A.    It took me a long time to just say -- I gave

5  up, you know.  I was exhausted.  I didn't get much rest.

6  I was in shock, you know, and finally I just gave up and

7  said okay.

8      Q.    And you had just seen one of your close

9  friends murdered --

10     A.    Yes.

11     Q.    -- right next to you?

12     A.    Yes.

13     Q.    And you were 14 at that time?

14     A.    Yes, I was.

15     Q.    And the police didn't bring your parents back

16  with you to the station?

17     A.    No guardian at all whatsoever, no adult

18  supervision, none, nothing.

19     Q.    All right.  Did they tell you -- They told you

20  that they had other witnesses who had identified him?

21     A.    Yes.

22     Q.    Did they tell you how many they claimed had

23  identified him?

24     A.    They didn't say who it was.  I didn't know at
                    JENSEN REPORTING  (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 42

1    the time, but they said they had a couple witnesses who

2    seen what happened.

3        Q.   Okay.  Did they use the expression it's four

4    against one and you're just the one?

5        A.   Yeah.  And I guess because of my -- because

6    I'm young and stuff they thought I'm just another --

7    which I was, I was a punk gangbanger too, you know, so

8    that probably helped for them to believe adults, you

9    know.

10       Q.   So what finally happened after they were

11   yelling at you saying you were lying, saying that it was

12   four against one, saying that other people said it was

13   TJ and trying to get you to say it was TJ?  Then what

14   happened?

15       A.   I just gave up and said -- I just said it was

16   TJ, you know.  I know that was wrong to do that, but,

17   you know, I didn't know what else to do.  I was scared,

18   and they just -- I don't know how I got back home.  I

19   don't know if they took me and held me for a while and I

20   had to go to jail.  I don't -- I don't remember because

21   I know I went to jail over this a couple times.

22       Q.   All right.  We'll get to those other times in

23   a second.  Do you remember being -- observing a lineup

24   later in the morning?

                 JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

1     A.   And I know that was wrong to say and

2     everything.  I just couldn't believe -- I was totally --

3     I didn't know what -- what kind of mind frame I was in

4     or whatever.  I was still in shock.

5     Q.   Did you do it because you were scared?

6     A.   Yes.

7     Q.   Did the policemen yelling at you and saying

8     that you were lying --

9     A.   And they just kept on.  They wouldn't leave me

10    alone and they wouldn't let me go home, and I kept on

11    telling them, you know, it wasn't him, it wasn't him.

12    It just -- I was exhausted and I just said, okay, you

13    know, whatever you want, just let me go home.  I

14    probably said that at that point, you know.

15    Q.   When you viewed the lineup, do you remember

16    what specific question the police officer asked you?

17    A.   No, I don't.

18    Q.   Okay.  Do you remember if he picked TJ out of

19    the people who were in the lineup?

20    A.   They asked me what he had on and what he was

21    wearing at that time.  I said a Duke jacket, you know.

22    He had a black and blue Duke jacket because the colors

23    were black and blue, the Duke jacket was.

24    Q.   Was that the Duke jacket that he was wearing

Electronically signed by Ryan McGrath (201-410-093-4895)                              80dbee7d-4962-4b19-97fd-a2e51da19e30

1    Nobody could have possibly seen what happened --

2        Q.    Okay.

3        A.    -- you know.

4        Q.    Tell us, Larry, in your own words what

5    happened as you got closer to the '94 trial.  Did

6    someone communicate to you that they wanted you to

7    testify?

8        A.    Yes.  I'm pretty sure I -- I know that

9    somebody contacted me that I had to go to court.

10       Q.    Did you want to go to court and testify?

11       A.    No, no.

12       Q.    And tell us in your own words why you did not

13   want to go to court and testify.

14       A.    Because I knew it was wrong and I knew the

15   wrong guy is getting blamed for it, you know, and that's

16   wrong anyways and I wanted to get justice for my friend

17   and I was trying to do that the first time when it

18   happened and a lot of things went through my mind.  And

19   the police would have to drag me out of my apartment to

20   take me in handcuffs most of the trials when this

21   happened.  So I always ended up in juvenile and stuff,

22   and it was by force mostly.  Even if I had a subpoena or

23   something, I would try to hide or...

24       Q.    All right.  Well, let's talk about that

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 52

```
 1    specifically.  Is it your belief that you got a subpoena
 2    for the '94 trial?
 3         A.   I don't -- I don't remember.
 4         Q.   Okay.  But you did get news from somebody --
 5         A.   Somebody telling me, yeah.
 6         Q.   -- that you're supposed to come to court?
 7         A.   That I'm supposed to come to court.
 8         Q.   All right.  Did you go to court on your own
 9    volition?  Did you go to court on your own that first
10    time '94?
11         A.   I don't remember if I did.  I think I did, but
12    that's after -- '94?  Yes, yes.
13         Q.   Did at some point the police arrest you and
14    put you in the Audy Home so that you were in the Audy
15    Home --
16         A.   Yes.  At some point that happened, but I can't
17    remember which time that was.  I don't know if I just
18    went to court the first time and then that happened, you
19    know.  But I was always trying to warn somebody, you
20    know.  I know I warned a police -- I think when -- maybe
21    when I became 18.
22         Q.   When you were older?
23         A.   When I was older, because a younger police
24    officer came to the house and I told him you guys got
                JENSEN REPORTING  (312) 236-6936
```

Electronically signed by Ryan McGrath (201-410-093-4895)     80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 53

1  the wrong guy and I didn't want to go, you know, and

2  right there he said you have to go and --

3      Q.   All right.  Let's focus on --

4      MR. HALE:  I'm sorry.  I don't think he was done

5  answering.

6      THE COURT:  That's unresponsive.  Don't interrupt

7  again.  If you want to make an objection, make an

8  objection.  I'm here.  And that's going to be on the

9  record whether you want it to be or not, Mr. Arger.

10      MR. HALE:  I'm sorry, Judge.

11      THE COURT:  We're going to do this just like it's a

12  trial.  If you want to make an objection, make an

13  objection, I'll rule on it.

14      MR. HALE:  I forget to say -- I apologize.

15      THE COURT:  Go.

16  BY MR. CHANEN:

17      Q.   Let's -- Okay.  You were talking about when

18  you were 18 years old.

19      A.   This maybe -- When he was a minor, yes, I did

20  go to court.  I guess I had to.  I had to go to court.

21  There probably was a subpoena.

22      Q.   All right.  We're going to get back to that in

23  a second.  I'm going to circle right back to it.  But

24  now let's stay focused on the last thing you said which

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 54

1    is the younger policeman who came to your house and you

2    said you tried to tell him something.

3         A.   In the kitchen.  I remember it was in the

4    kitchen, and my mom was in the living room getting

5    ready.

6         Q.   All right.  And the policeman had come to your

7    home to take you to testify at the trial?

8         A.   Yeah.

9         Q.   And as you sit here today, you're not sure if

10   it was the '94 trial or the '97 trial?

11        A.   It might have been the '97 trial.

12        Q.   Okay.  And you -- Tell us again in your own

13   words what you said to the policeman or what you

14   remember saying to the policeman about --

15        A.   I said "you guys have the wrong guy, I don't

16   want to do this," you know.  I said "it's wrong and I

17   don't want to go to court," and he told me I have to go,

18   "you have to get this over with, you have to go."  And

19   my mom -- They already had -- My mom -- My mom was ready

20   already, and I remember she going with me for that one,

21   for that trial.

22        Q.   She physically accompanied you?

23        A.   Yeah, accompanied me there.

24        Q.   All right.

Electronically signed by Ryan McGrath (201-410-093-4895)              80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 57

1    all this stuff.  After all those years, you know,

2    everybody knew.  He stuck up for me so I wouldn't get

3    shot by the real guy that did it because he was still

4    around.

5        Q.    All right.  Let's talk about that.  When you

6    say Joey Beedron stood up for you, he stood up for you

7    in relation to a friend of the real shooter?

8        A.    Yes.

9        Q.    Okay.

10       A.    Yes.

11       Q.    And the real shooter -- At some point you came

12   to know who he was?

13       A.    Yes, I did.

14       Q.    And it was your belief that he knew who you

15   were?

16       A.    Yes.

17       Q.    Because he saw you standing next to Eric?

18       A.    He knew who I was.  And they used to call him

19   Crazy, I guess, or some -- his nickname is that because

20   I guess he's -- you know, he shot a couple other

21   people -- I don't know what he did, but this guy was

22   just -- That's the guy.  I know it was him for sure.

23       Q.    And you learned at some point that his

24   nickname was Crazy?

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 58

1       A.      Yeah.   They called him Crazy.

2       Q.      All right.   Did you know on the night that

3   Eric got shot that that guy's nickname was Crazy?

4       A.      No, I didn't.   I didn't.

5       Q.      This was something you learned later on?

6       A.      Later on, yes.   Yes.   So he was around the

7   neighborhood for years after that, you know, just

8   running around scot-free, you know, and he even came

9   after me.   And that's the guy that I told you about.

10  Joey Beedron stuck up for me and stopped it from

11  happening because he was planning on coming after me.

12      Q.      All right.   So going back to my original

13  question, when I asked you why you continued to testify

14  against TJ in the '97 trial --

15      A.      Yeah.

16      Q.      -- was one of the reasons because you were

17  afraid that Crazy would take some sort of retaliatory

18  action against you?

19          MR. HALE:   Objection to leading.

20          THE COURT:   Overruled.

21  BY THE WITNESS:

22      A.      The combination of getting threatened by the

23  Royals and then the -- and that being on my mind too

24  because I got threatened by them too, the Triangles.   So

JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)   80dbee7d-4962-4b19-97fd-a2e51da19e30

```
 1    have to go," and he made me go.  He didn't handcuff me

 2    or anything.  He just escorted me to -- It was one of

 3    those -- It wasn't a marked car.  It was like a regular

 4    narc car, you know, a regular -- the Chevys I think they

 5    are.  It was white, I think.  I can remember.  He had

 6    like blond hair and he was young.  He was younger, but

 7    not as young as I was at the time.  Maybe in his 20s,

 8    early 20s or something.

 9         Q.   Okay.

10         A.   And I told him that I didn't want to go.

11         Q.   Now, let's go back to the '94 trial.  Did you

12    spend some time in the Audy Home immediately before

13    testifying?

14         A.   Yes, I did.

15         Q.   And how did that come about?

16         A.   I just wouldn't go to court.  I guess they had

17    a subpoena for me.  They came and picked me up and

18    handcuffed me and took me to juvenile.

19         Q.   And you were in juvenile for a few days?

20         A.   Yes.

21         Q.   And then you went straight from the Audy Home

22    to the courthouse to testify?

23         A.   Yes.  I even seen TJ inside the -- We crossed

24    paths going through there, you know.
```

                   JENSEN REPORTING  (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 61

1     Q.   Because of -- Was that in transportation to

2     the courthouse?

3     A.   I think so, ye- -- No.   I had to use the

4     washroom and he was in the cell, you know, but I didn't

5     say anything, you know.   I just -- There was a cop there

6     that escorted me and everything, you know.

7     Q.   Okay.   And this was when you were just 15

8     years old?

9     A.   Yes.   But I was forced that time to go to

10    court and everything.   I didn't want to go.   They

11    arrested me and had to -- I was in juvy for a while, you

12    know.

13    Q.   And the reason that you didn't want to go was

14    because?

15    A.   I knew it was wrong.

16    Q.   To testify against --

17    A.   To testify against the wrong person, you know,

18    but I still did it.   I have no clue why, you know.   I

19    just did it.   I was scared.   There's no excuse.   I

20    just -- I lied.   I lied.

21    Q.   Okay.   Thank you.   Do you remember, Larry,

22    that when you did testify the judge had to keep telling

23    you to keep your voice up, that you had a very soft

24    voice in court?

                JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                                    80dbee7d-4962-4b19-97fd-a2e51da19e30

1   around there, too.

2       Q.   Okay.  And you went to a church at -- called

3   St. Genevieve?

4       A.   Yes.

5       Q.   And that's located at Fullerton and Cicero?

6       A.   Yes.

7       Q.   All right.  And then my question is:  When you

8   went into the church to talk to the priest, was this in

9   a formal confessional setting or an informal setting?

10       A.   You know what?  I didn't get a chance to talk

11   to a priest in the confession booth like you do.

12       Q.   Okay.

13       A.   My intentions were to go in there and tell

14   somebody, you know.

15       Q.   Okay.  Did you talk to a priest outside of the

16   confession room?

17       A.   No, I didn't.

18       Q.   Did you ever talk to any priest at

19   St. Genevieve about --

20       A.   No, I never went through with it.

21       Q.   Okay.  Why didn't you go through talking to

22   the priest?

23       A.   I -- I -- There was nobody around and I didn't

24   know what to do, and I just took -- I just walked out of

Electronically signed by Ryan McGrath (201-410-093-4895)        80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 67

1    the church and left.

2         Q.   So you went into the church with the purpose

3    of talking to a priest?

4         A.   Yeah, yeah, but I never went through with it.

5    So the only one that really knew that -- besides me, I

6    mean, I told my mom and stuff, but she -- you know, she

7    told me what to do when we were in court and I didn't,

8    you know, and that was on my conscience for a long time,

9    you know.  And I never went -- My intentions were never

10   for this to get this far like that, you know, and it's

11   just terrible.

12              I mean, it was a terrible thing, that the

13   wrong -- the other guy was scot-free too, and that was

14   on me too.  And just all the pressure and then I had

15   problems at home and stuff, and I never said nothing

16   again.  I just kept my mouth shut, you know, and didn't

17   say anything.

18        Q.   All right.  Well, we're going to take a break

19   at this point; and when we come back, we'll talk about

20   when you did start talking to more people about it.

21        A.   Okay.

22        THE VIDEOGRAPHER:  Off the record at 11:55.

23              (A short break was had.)

24        THE VIDEOGRAPHER:  Back on the record 12:10.
                JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)          80dbee7d-4962-4b19-97fd-a2e51da19e30

Page 69

1    didn't know how -- about going -- about how to do it.

2         Q.   Okay.  And did you have fear -- If you made

3    attempts to try to correct it, did you have fear that

4    the person who had seen you next to Eric might take some

5    action against you?

6         A.   Yes.

7         Q.   Okay.  And so you were going to -- the initial

8    intention was to talk to the priest to confess that you

9    had testified falsely in court?

10        A.   Yes.

11        Q.   All right.  And, Larry, at that time when you

12   testified in '94 and '97 why didn't you tell the judge

13   what had -- what had happened to you with respect to the

14   police?

15        A.   I don't know.  I didn't mention anything like

16   that because they thought they had the guy, and that

17   was -- they just wanted -- Everybody was blaming him,

18   and I just never said anything.  I didn't know how to

19   contact the judge or anything like that.

20        Q.   And why didn't you tell the state's attorney,

21   the prosecutors?  For the same reason?

22        A.   Same reason, yes.  You know, there was a time

23   that the real guy -- they had the real guy there and I

24   couldn't point him out because I was so scared about
                 JENSEN REPORTING   (312) 236-6936

Electronically signed by Ryan McGrath (201-410-093-4895)                    80dbee7d-4962-4b19-97fd-a2e51da19e30