PX 5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

THADDEUS JIMENEZ               )
                                )
        Plaintiff,        )
                                )
  vs.                      ) No.09 CV 8081
                                )
CITY OF CHICAGO, CHICAGO POLICE )
DETECTIVES JEROME BOGUCKI, MARK )
SANDERS, RAYMOND SCHALK, F.
MONTILLA, CHICAGO POLICE
OFFICERS, LAWRENCE RYAN AND
ROBERT WHITEMAN, and as-yet
unknown City of Chicago
Employees,

        Defendants.


      The VIDEOTAPED deposition of

PHILLIP TORRES, taken under oath at

312 North May, Chicago, Illinois, at 1:13 P.M.

on Wednesday, June 22, 2011 pursuant to the

Rules of the United States District Court,

Northern District of Illinois, before Carol M.

Siebert-LaMonica, C.S.R. in and for the County

of Cook and State of Illinois, pursuant to

notice.

Page 2

1    APPEARANCES:

2

3         LOEVY & LOEVY, by

4         MR. JON LOEVY

5         312 North May, Suite 100

6         Chicago, Illinois   60607

7

8              Appeared on behalf of the plaintiff;

9

10        ANDREW M. HALE & ASSOCIATES

11        MR. ANDREW M. HALE

12        MS. JOAN EUNJOE AHN

13        53 West Jackson Boulevard, Suite 1800

14        Chicago, IL   60604

15

16             Appeared on behalf of the defendants;

17

18   ALSO PRESENT:

19             RICK KOSBERG, Videographer

20                  - - - - -

21

22

23

24

1    MR. HALE: Just a delayed objection,

2  vague. You can answer.

3  BY MR. LOEVY:

4    Q.    You don't seem to want to be here, is

5  that an accurate statement?

6    A.    Correct.  I was promised I wouldn't

7  have to go through this no more since they

8  burnt down my house from the first time this

9  happened.

10    Q.    Who made you the promise that you

11  wouldn't have to testify anymore?

12    A.    I believe the State's Attorney,

13  whatever. I don't know.  I met so many

14  different people, I don't know who they are.

15    Q.    But somebody told you this is it last

16  time?

17    A.    Yes, after going through it so many

18  times or what.

19    Q.    What did you want to do it any of the

20  times?  Did you want to testify?

21    A.    No.

22    Q.    Did you want to be in court for T.J.'s

23  first trial?

24    A.    No.

1       Q.   Did you want to be in court for T.J.'s

2  second trial?

3       A.   No.

4       Q.   Why were you in court?

5       A.   I had to be, I was subpoenaed.

6       Q.   All right.

7       A.   I believe.

8       Q.   How many times in your life have you

9  ever met T.J. Jimenez?

10      A.   Three, probably.

11      Q.   How many times in your life have you

12  ever seen the man?

13      A.   Three.

14      Q.   Do you have any idea how old he would

15  have been in 1993, if I represent to you he

16  would be about 14 years old?

17      A.   Yes.

18      Q.   All right.  Were you hanging out with

19  14-year olds in 1993?

20      A.   No.

21      Q.   Were your children 14 in 1993?

22      A.   Excuse me.

23      Q.   Were any of your children 14 in 1993?

24      A.   No.

Page 14

1  continue.

2          I'm not waiving any objection or

3  issues about where this goes.

4  BY MR. LOEVY:

5      Q.   That's fair. All right.  Are you able

6  to describe what Eric Morro looked like?

7      A.   No.

8      Q.   Could you give a description of what

9  Larry Tueffel looked like?

10     A.   No.

11     Q.   Could you give a description of what

12 T.J. Jimenez looked like?

13     A.   Duke jacket. That's all I remember.

14     Q.   I'm asking, the man, T.J. Jimenez, are

15 you able to tell me anything about how he

16 appears, you know, is he tall, short, big fat,

17 short, stuff like that?

18     A.   No.

19     Q.   How about what color his hair is,

20 would you be guessing do you know or don't

21 know?

22          MR. HALE: I just have an objection,

23 just been to clear.

24          Are you asking for a description

Page 15

1    how he looked back in 1993?

2              MR. LOEVY:  Yes.

3         Q.    How about back in '93, do you remember

4    how T.J. Jimenez would have looked?

5         A.    No.

6         Q.    Can you tell me anything about how

7    T.J. Jimenez looked in '93?

8         A.    Short hair, yes.

9         Q.    A lot of guys in the neighborhood have

10   short hair?

11        A.    Right.

12        Q.    Is that true, a lot of guys in the

13   neighborhood have short hair?

14        A.    Most, yes.

15        Q.    All right. You remember something

16   about a Duke jacket.  I think you mentioned a

17   Duke jacket a couple of times.

18        A.    Yes.

19        Q.    Is that what you talked about with the

20   police and the prosecutors, a Duke jacket?

21        A.    Yes.

22        Q.    Do you remember that being an

23   important part of the case?

24        A.    Yes, I believe so.

1    around here, you know.

2                   And T.J. said somebody was going

3    to kill him or whatever. And they got in an

4    argument or what, and T.J. said is he was going

5    to kill him.

6                   And later on that night that's

7    what happened.

8         Q.    Tell us what else you remember?

9         A.    That's it.

10        Q.    What do you remember about your sister

11   telling you it was T.J. that did it?

12        A.    That she told me who did it.

13        Q.    And you are talking about the Eric

14   Morro murder, right?

15        A.    Yes.

16        Q.    Okay.  Tell me -- how old is your

17   sister?

18        A.    I don't know. She is around their age.

19   Eric's.

20        Q.    Did she tell you how or why she

21   thought it was T.J. that did it?

22        A.    Because he was there with the gun.

23        Q.    That was earlier in the day though,

24   right?

1     A.   Right.

2     Q.   Did she tell you how or why she

3 thought T.J. was the murderer?

4     A.   Because he was representing out there,

5 and T.J. said he was going to kill him or what.

6     Q.   All right.  So you say your sister --

7 you remember your sister telling you that T.J.

8 must have been the killer, because earlier that

9 day T.J. had a gun and --

10     A.   And said he had threatened Eric.

11     Q.   All right. Did you tell the police all

12 of that?

13     A.   I don't remember.

14     Q.   Why were you talking to the police at

15 1:00 a.m. on the night of the shooting?

16     A.   I don't remember that neither.

17     Q.   Do you have any idea why you were

18 talking to the police at 1:00 a.m. on the night

19 of the shooting?

20     A.   I don't remember.

21     Q.   If your sister did tell you that she

22 thought the killer must have been T.J., would

23 you have told the police that?

24     A.   Yes.  Probably, yes.

1       Q.      Would you have been honest with the

2   police?

3       A.      Yes.

4       Q.      All right. Why --

5       A.      Why would I lie to them? I wouldn't

6   have lied to them.

7       Q.      You wouldn't have lied to the police?

8       A.      Right.

9       Q.      All right.  When you were first

10  interviewed by the police --

11              MR. HALE: Objection, I think he

12  wasn't done answering yet.

13              THE WITNESS:  Go ahead.  What?

14  BY MR. LOEVY:

15      Q.      Would you have lied to the police,

16  sir?

17      A.      No.

18      Q.      Did you have more to say?

19      A.      No.

20      Q.      All right.  When you were first

21  interviewed by the police, you told them you

22  didn't know who the show Eric Morro, isn't that

23  true, sir?

24      A.      Yes.

1      Q.   And was that true?

2      A.   Yes.

3      Q.   Who was it that interviewed you when

4 you first told them you didn't know who shot

5 Eric Morro?

6      A.   I don't remember.

7      Q.   Did the police accept that answer?  In

8 other words, were they like:  Okay.  Sir, you

9 can go home now?

10     A.   No.

11     Q.   All right. Was it the truth that you

12 didn't know who shot Eric Morro?

13     A.   I believe it was T.J..  Okay.

14     Q.   I understand what your belief is, sir.

15             But did you lie to the police

16 when you told them you didn't know who shot

17 Eric Morro?

18     A.   No.

19     Q.   All right. Why did you happen to you

20 talk to the police again later at 1:00 a.m.?

21     A.   I don't remember.

22     Q.   Did you invite the police to come talk

23 to you at 1:00 a.m.?

24     A.   I don't remember.

Page 23

1     Q.   All right.  If you could sit up.

2     A.   I don't like cameras.  Okay. I don't

3 like my picture tooken. Okay.

4         MR. HALE: For the record, I don't

5 know --

6         MR. LOEVY:  Is this another speech

7 here?

8         MR. HALE: I don't know if we got

9 notice of a videotaped deposition. I was a

10 little surprised to see it, and I don't know if

11 Mr. Torres did.

12         And, in fairness, if he didn't

13 get notice, I think that he should have at

14 least gotten notice that it was going go be to

15 videotaped.

16         THE WITNESS:  Thank you.  I wouldn't

17 be here right now.

18         MR. LOEVY:  Andy, Mr. Torres says he

19 doesn't want to come to trial, and this

20 video --

21         THE WITNESS: And I was promised that

22 I didn't have to come no more after the last

23 time.  That's why.

24

Page 24

1          MR. LOEVY:  Well, we are trying to

2     ascertain who told you that, sir. You know --

3          THE WITNESS: So many different

4     people come to my house saying this and that.

5     Okay.

6          MR. LOEVY:  Okay.  This video could

7     become his trial testimony, and then he doesn't

8     have to come to trial.

9          MR. HALE: Well, actually, we got his

10    criminal trial testimony, and then that would

11    be his trial testimony.

12         THE WITNESS:  There you go.

13         MR. LOEVY:  This is a civil case,

14    Andy.

15         THE WITNESS:  How many times do I

16    have to keep doing this?

17         MR. HALE: In terms of the issue of

18    who made the promises to him, that's been asked

19    and answered.  He did answer that question.

20         MR. LOEVY:  He believes it was a

21    state's attorney, and he is not sure who else.

22         MR. HALE:  Well, he --

23    BY MR. LOEVY:

24         Q.   **Sir, do you have any idea who promised**

Page 25

1    you?

2         A.   I told you, you know, I don't know who

3    you are.  Elliot he told me he is with T.J.,

4    okay?  Different people come to my house, you

5    know.  I don't remember names.  Okay,

6         Q.   Has any representative of the police

7    come to your house?

8         A.   Yes, I'm sure they have.

9         Q.   Have they told you anything about

10   whether you would or wouldn't have to testify?

11        A.   Oh, God.  I believe it was the state's

12   when they were interviewing everybody. I don't

13   remember, man.

14        Q.   All right. Tell me what you remember

15   about detectives for the police officers coming

16   to talk to you before this deposition, if

17   anything?

18             MR. HALE: Or if it happened.

19             THE WITNESS:  I don't know.

20   BY MR. LOEVY:

21        Q.   Did it happen?  Do you know if

22   detectives for the police came --

23        A.   All I remember is being promised I --

24   this is the last time you have to do this.

1    Okay.  I don't remember if it was you, him or

2    who.  Okay.

3         Q.    You and I have never met before today,

4    right?

5         A.    Exactly.

6         Q.    All right.

7         A.    I'm not saying if it is your people,

8    their people. Okay. I don't know.

9              MR. HALE: Maybe you could get a

10   timeframe.

11   BY MR. LOEVY:

12        Q.    All right.  Has it been in the last

13   year?

14        A.    No, it was a while ago.

15        Q.    All right. Have you been --

16        A.    When the last thing happened, okay,

17   when was the last thing happened, when he went

18   to jail or what. Okay. That was when it was

19   suppose to have been done with. Okay.  That was

20   a promise. It is over. It is over. Okay.

21        Q.    Okay.  Have you been interviewed by

22   the police officer detectives in the last year?

23        A.    I don't remember.

24        Q.    So it might have happened, it might

Page 30

1           MR. LOEVY: I will go until 2:20. You

2   will tell me when.

3        Q.   All right.  Take a look at your trial

4   testimony, page C69, I've highlighted it in

5   yellow.

6        A.   I don't know.  I can't see without my

7   glasses.

8        Q.   All right.

9        A.   Read it to me.

10       Q.   All right.

11              "And when you talked to the

12   police at the scene that night, did you tell

13   the police that T.J. was the shooter?

14              Answer:  No, I didn't."

15              Did you give that answer at the

16   trial?

17       A.   I believe so.

18       Q.   Okay. Was it true?

19       A.   I believe so, yes.

20       Q.   All right.  Now at some point you were

21   in a car with Larry Tueffel?

22       A.   Yes, in the police car.

23       Q.   All right.  And there was some

24   discussion in that car about who might or might

Page 31

1    not have been the shooter?

2           A.    I believe I asked Larry if it was T.J.

3           Q.    You asked Larry who the shooter was?

4           A.    I asked Larry if it was T.J., right.

5           Q.    And he said no, it wasn't?

6           A.    I'm pretty sure he said yes.

7           Q.    Okay. T.J. is someone you barely knew,

8    right?

9           A.    I seen him that same day at my ma's

10   house. It looked like him that night, too.

11          Q.    All right.  When you say "looked like

12   him" that's not certainty, is it, sir?

13          A.    I guess not.

14          Q.    Was it nighttime?

15          A.    Yes.  I was in the window, yes.

16          Q.    All right.  What did you happen to be

17   looking out the window for?

18          A.    Just looking out.

19          Q.    Are you sure you were looking out the

20   window, sir?

21          A.    Yes.

22          Q.    All right.

23          A.    I was waiting for John, he was suppose

24   to come over.

Page 33

1      Q.    All right. When is the first time in

2   your life you ever met T.J. or the person you

3   believe to be T.J.?

4      A.    I don't remember.  The first time

5   was -- I don't remember.

6      Q.    All right.  And can you be sure you

7   ever met him in your life the day before the

8   shooting?

9           MR. HALE: Objection, asked and

10  answered.

11  BY MR. LOEVY:

12     Q.    Can you be sure either way whether you

13  ever met this boy in your life?

14          MR. HALE:  Objection.

15          THE WITNESS:  Yes.

16  BY MR. LOEVY:

17     Q.    A total of three times in your life

18  you think you have seen him?

19     A.    Yes.

20     Q.    Are you sure or not sure?

21     A.    I'm not sure.

22     Q.    You are not sure you've ever seen him

23  before?

24     A.    Right.

Page 34

1    Q.   All right.  Do you know Juan Carlos

2  Torres?

3    A.   No.

4    Q.   Now, when you told the police that you

5  didn't know who the shooter was or did you tell

6  them -- did you tell or didn't you tell them it

7  was T.J. at the beginning -- how did you happen

8  to be talking to the police?

9    A.   I don't remember.

10   Q.   Did you go to them or did they go to

11  you?

12   A.   I don't remember.

13   Q.   Did you want to be a witness in this

14  case?

15   A.   No.

16   Q.   Did you claim to be a witness in this

17  case?

18   A.   No.

19   Q.   Do you know how you happened to be

20  interacting with the police the second time at

21  1:00 a.m.?

22   A.   Probably after my sister told me it

23  was T.J..

24   Q.   Well, she told you she thought it

Page 35

1   might be T.J., right?

2           MR. HALE: Objection, asked and

3   answered.

4   BY MR. LOEVY:

5       Q.   Right?

6       A.   Yes.

7       Q.   I mean your sister didn't claim to

8   have seen the shooting, right?

9       A.   No.

10      Q.   She just said there was an incident

11  earlier which made her think it was T.J., is

12  that accurate?

13      A.   Could be.

14      Q.   Well, I don't want to put words in

15  your mouth.

16           Did your sister claim she saw the

17  shooting?

18      A.   I don't know. I don't know if she did

19  or not.

20      Q.   All right. You don't remember your

21  sister ever claiming to be an eye witness, do

22  you?

23      A.   No.

24      Q.   She never went to court or anything

Page 36

1    like that, right?

2          A.    I think she had to.

3                MR. HALE: Objection.

4                THE WITNESS:  I think she did.

5    Didn't she?  I don't know.

6    BY MR. LOEVY:

7          Q.    All right.  But your sister then

8    didn't have, did or didn't have personal

9    knowledge as in who shot him?  Did she actually

10   see who shot him?

11         A.    I don't think so.

12         Q.    But she told you she had a belief as

13   to who shot Eric Morro, right?

14         A.    Yes.

15         Q.    Did you pass that to the police?

16         A.    I might have.

17         Q.    All right. Did you tell the police the

18   truth about whether it was just a belief that

19   it was T.J. or it was certainly T.J.?

20                    That's not such is a good

21   question.

22                    Did you tell the police the

23   truth?

24         A.    I believe I did, from what I seen.

Page 37

```
 1        Q.    All right.  Did you ever call the
 2  police?
 3        A.    I don't remember.
 4        Q.    Why would you have called the police?
 5        A.    If I would have it was probably after
 6  that my sister telling me that it was T.J.
 7        Q.    Any other reason why you would have
 8  called the police?
 9        A.    No.
10        Q.    What's that?
11        A.    Probable cause remembering about he
12  was by my ma's with the gun earlier that day.
13        Q.    All right. So --
14        A.    Saying about he was going to kill Eric
15  because, you know, he representing, T.J. was
16  representing out in front, and Eric wasn't in
17  no gang, and he don't appreciate that T.J.
18  doing that shit in front of my ma's house.
19        Q.    So the representing thing you might
20  have called the police about the T.J. --
21        A.    That might have made me remember.
22        Q.    Why wouldn't you have told him that
23  the first time, that's what I don't understand?
24        A.    Because my sister told me that
```

Page 38

1    earlier.

2         Q.   All right. So when did your sister

3    tell you about it?

4         A.   Then when I seen him there at my ma's

5    with the gun.

6         Q.   You are talking this is before the

7    shooting when you are claiming to see somebody

8    with a gun, right?

9                   Let's go a little slower.

10                  You are claiming to see somebody

11   with a gun, this is before --

12        A.   Earlier, right.

13        Q.   Earlier, right.  So when you first got

14   interviewed with the police after the shooting,

15   you didn't tell the police anything about this?

16        A.   I think I did.

17        Q.   Which police officer did you tell?

18        A.   I don't remember that.

19        Q.   All right. So why -- so would there

20   have been any reason for you to call the police

21   at 1:00 a.m.?

22        A.    I don't even remember if I did call

23   the police. Maybe when I told them about,

24   mentioned about the Duke jacket, and then they

Page 39

1    came back to me telling me that it was turned

2    inside out or something.

3        Q.    Tell me what you remember?

4        A.    The jacket was turned inside out.

5        Q.    Tell me what you remember about that?

6        A.    I believe it was a Duke jacket.

7        Q.    All right. Is it possible the police

8    were asking you: Was it a Duke jacket? Who it

9    came from? Do you remember any more?

10       A.    I don't remember.

11       Q.    In other words, my question is very

12   specific.

13              Do you remember any more about

14   who brought up the Duke jacket, you or the

15   police?

16       A.    I believe I mentioned the colors, and

17   they came back and told me it was a Duke

18   jacket. It was turned inside out.

19       Q.    Do you have a memory as you sit here

20   today as to who brought it up first?

21       A.    I don't remember who brought it up.

22       Q.    What was your original description of

23   the shooter, like what they looked like and

24   stuff like that?