PX 5

Page 40

1          A.    Short hair, light brown. About the
2    same size as Larry was.
3          Q.    So originally you gave the police a
4    description of the shooter without giving them
5    the name T.J., correct?
6          A.    I believe so.
7          Q.    All right. What happened when you were
8    back at the police station starting sometime
9    after 1:00 a.m. and continuing into the night?
10   Tell us what you remember about that.
11         A.    I don't remember nothing.
12         Q.    When is the first -- T.J.'s name had
13   not been mentioned up until at least 1:00 a.m.,
14   isn't that true, sir?
15         A.    I couldn't tell you.
16         Q.    All right. Well, how many hours was it
17   until somebody mentioned T.J.'s name?
18              MR. HALE: Objection, lack of
19   foundation.
20   BY MR. LOEVY:
21         Q.    You can answer.
22         A.    Say the question?
23         Q.    How many hours into your interaction
24   with the police before somebody mentioned

1    T.J.'s name?

2         A.    A couple, maybe.

3         Q.    All right. Do you remember what time

4    in the morning it was?

5         A.    No.

6         Q.    Did you stay there all night?

7         A.    No.

8         Q.    Were you free to leave?

9         A.    I believe so.

10        Q.    Do you remember being there at

11   1:00 a.m.?

12        A.    No. I was high man.  I don't know.

13        Q.    All right.  They picked you up, I will

14   represent to you they came to your mother's

15   house and picked you up. Do you have any memory

16   of that?

17             MR. HALE: Objection, lack of

18   foundation.

19   BY MR. LOEVY:

20        Q.    Do you have any memory of that, sir?

21        A.    No.

22        Q.    Take a look at your criminal

23   testimony. This is Page 123 of the second

24   trial.

Page 42

1      A.   Read it to me.

2      Q.   All right.

3           They came to my mother's house.

4           And did the police give you some

5  information at that time?

6           Yes.

7           Do you remember those questions

8  and those answers?

9      A.   No. I don't remember.

10     Q.   Does that refresh your recollection

11  that the police came to your house sometime

12  after 1:00 a.m.?

13     A.   To my house?

14     Q.   Yes.

15     A.   Or to my mother's house?

16     Q.   Your mother's house.  I'm sorry.

17     A.    I don't know, but I wasn't living at

18  my ma's house. So I don't know why they went

19  there.

20     Q.   Well, that's you said back at the

21  criminal trial.  Do you know why you said that?

22     A.   No.

23     Q.    All right. Would you have gone to the

24  police station voluntarily that late at night?

SIEBERT & ASSOCIATES COURT REPORTERS, INC.
(773) 851-7779 (Fax) (773) 625-7254

Page 43

1    A.    No, I wouldn't have went out of my way

2    to go there.

3    Q.    What is that?

4    A.    I wouldn't have gone out of my way to

5    go there. Walk there, whatever.

6    Q.    If you had a choice would you have

7    gone to the police station that night?

8    A.    No.

9    Q.    Did you want to be a witness in the

10   case?

11   A.    No.

12   Q.    If they gave you a choice would you

13   have agreed to go with the police sometime

14   after 1:00 a.m. to the police station to talk

15   more about the shooting?

16   A.    No. I don't know.

17   Q.    Were you claiming to know for certain

18   what happened?

19   A.    I told you --

20   Q.    You told me your sister thought it

21   could be T.J., right?

22   A.    Right.

23   Q.    And did you tell the police that?

24   A.    Yes.

1     Q.    Did they let you go after you told

2 them that?

3          MR. HALE: Objection to the form. Let

4 you go. Form of the question.

5          THE WITNESS:  I believe so.

6 BY MR. LOEVY:

7     Q.    All right. Did you ever claim to

8 anybody to be 100 percent certain about who

9 committed this crime?

10    A.    No. Your 15 minutes is up. Next.

11    Q.    Well, what time is it?

12    A.    20 after.

13          THE VIDEOGRAPHER:  2:19.

14          MR. LOEVY:  All right.  I've got one

15 more minute.

16    A.    One more minute.

17    Q.    I will just be real clear.

18          Could we be clear then you never

19 told the police that you were certain who

20 committed this shooting?

21    A.    I don't believe that I did.

22    Q.    Well, did you tell the police that you

23 weren't certain who did the shooting?

24    A.    I don't know.  No.

1          Q.    But you weren't claiming to be

2    certain, were you?

3          A.    I don't think so.

4               MR. LOEVY: All right.  I don't have

5    any other questions.

6               MR. HALE:  I can't guarantee -- I

7    don't know how long. I've got a lot of

8    questions to ask you based on what he said.

9                    He is making it sound like you

10   weren't sure about who the shooter was, and I

11   want to walk-thru this slow.

12              MR. LOEVY: Hold on a second.  We had

13   a deal, I thought, 15 minutes a piece.

14              THE WITNESS:  Now it is changing.

15   That's what I mean. This is bullshit.

16              MR. HALE:  Let me ask my questions.

17              THE WITNESS:  These guys bullshit all

18   of the time. What the fuck.

19              MR. LOEVY: If you are going to blow

20   the deal on 15 minutes, then I have more

21   questions. You can't do that.

22              MR. HALE:  Let me see if I can do

23   this.

24              MR. LOEVY:  Also, let me say one more

Page 55

1    you saw shoot Eric?

2         A.    I believe so, yes.

3         Q.    And was that truthful testimony?

4         A.    Yes.

5         Q.    Yes?

6         A.    Yes.

7         Q.    And did you testify at the second

8    criminal trial that the person you saw shoot

9    Eric was T.J.?

10        A.    I believe so.

11        Q.    And was that truthful testimony?

12        A.    I believe.

13        Q.    And did you testify at the first

14   criminal trial that T.J. at the time of the

15   shooting was wearing a Duke, a blue and white

16   Starter jacket?

17        A.    Yes.

18        Q.    And did you testify at the second

19   trial that at the time of the shooting T.J. was

20   wearing a blue and white Duke Starter jacket?

21        A.    Yes.

22        Q.    Okay.  And were you present earlier in

23   the day when there was some kind of

24   confrontation between T.J. and Eric?

Page 56

1      A.    No.

2      Q.    That's something you heard about

3 from --

4      A.    My sister.

5      Q.    -- your sister?

6      A.    And my brother, yes.

7      Q.    Okay.  And the police --

8      A.    But I was over there, and I seen T.J.

9 had the gun.

10      Q.    Did the police ever make you say T.J.

11 was the shooter?

12      A.    No.

13      Q.    And the police didn't hold you at the

14 police station against your will, did they?

15      A.    I don't believe so.

16      Q.    And are you aware that at both

17 criminal trials Larry also said T.J. was the

18 shooter?

19      A.    I don't remember.

20      Q.    Did you also tell the police that you

21 were upstairs on the 3rd Floor with your

22 girlfriend Beth Johnson, John Elder and two

23 daughters?

24      A.    Yes.

Page 61

1      Q.    You told Larry it was T.J., right?

2      A.    Right.

3      Q.    And Larry told you it wasn't, right?

4      A.    I'm not sure.

5      Q.    So you didn't tell the police on the

6    scene that T.J. was the shooter, correct?

7      A.    I don't think I did.

8      Q.    But you went home that night and

9    talked to your sister?

10     A.    Sister and brother.

11     Q.    Right.  And she talked about T.J.

12   having an altercation with Eric earlier in the

13   day?

14     A.    Yes.

15     Q.    Where T.J. threatened to kill Eric?

16     A.    Yes.

17     Q.    Was there discussion that night that

18   T.J. would wear a blue and white Duke jacket,

19   that's what he wore?

20     A.    I don't know if that's what he wore.

21     Q.    After talking -- so when you told the

22   police the shooter had a Duke, a blue and white

23   Duke jacket on?

24     A.    Yes.

1    A.    No.

2    Q.    There was something about a couple of

3    hours.  Is it possible you were at the police

4    station for a very brief period of time?

5    A.    Might have been.

6    Q.    Would you just be guessing today if

7    you are estimating how long you were at the

8    police station?

9    A.    Yes.  I don't remember how long

10   exactly.

11   Q.    Did you voluntarily tell the police

12   what you saw?

13   A.    Yes.

14   Q.    And when you described the blue and

15   white Duke jacket, were you giving that

16   information to the police voluntarily?

17   A.    Yes.

18   Q.    The day after the shooting, did you

19   actually view a lineup?  Do you remember

20   viewing a lineup?

21   A.    Yes.

22   Q.    And do you recall picking somebody out

23   of the lineup?

24   A.    Yes, T.J., I believe.

Page 66

1     Q.    And you picked out T.J., why?

2     A.    Because it looked like the shooter.

3     Q.    He was the person you identified as

4 being the shooter?

5     A.    Yes.

6          MR. LOEVY: Objection, he said "looked

7 like" but --

8 BY MR. HALE:

9     Q.    Did you tell the police that it looked

10 like he was the shooter or that was the guy who

11 was the shooter?

12     A.    Looked like. I don't --

13     Q.    Do you remember testifying at the

14 trial, the criminal trial that you picked T.J.

15 out of a lineup?

16     A.    Yes.

17     Q.    And do you recall testifying that when

18 you saw T.J. you said "that's him"?

19     A.    I probably did, yes.

20     Q.    Did you know anybody -- did you ever

21 talk to any other Simon City Royals besides

22 John Spaw, do you remember?

23     A.    I don't remember.

24     Q.    And you were talking about how there

Page 67

1    were promises you thought you wouldn't have to

2    be involved in this anymore?

3        A.    After that last --

4        Q.    There were two criminal trials,

5    correct?

6        A.    Correct.

7        Q.    You testified at both?

8        A.    Right.

9        Q.    Did the State's Attorneys tell you --

10       A.    This is it, yeah.

11       Q.    -- that the second criminal trial that

12   would be it?

13       A.    Yes.

14       Q.    Is that why you were surprised you

15   still had to be involved in this?

16       A.    Yes.  Because they promised me that.

17   I didn't want to do this next one.

18       Q.    Have you and I ever met before?

19       A.    No.

20       Q.    Okay.  Am I out of time?

21       A.    A couple of more.  Go ahead.

22       Q.    You know what I will do, I will save

23   my time just to clean up his -- what he asks

24   you, okay?

Page 68

1     A.   All right.

2             E X A M I N A T I O N (CONT'D)

3  BY MR. LOEVY:

4     Q.   All right.  Sir, Mr. Hale asked you a

5  lot of questions about you saying that it could

6  be or it was, might be T.J., but the fact is

7  after the shooting you did tell the police you

8  didn't know who the shooter was, correct?

9     A.   Correct.

10     Q.   And do you know how many hours went by

11  until you were saying maybe, could be, might

12  be?

13     A.   No.

14     Q.   All right. At the lineup Mr. Hale

15  asked you about, you said you said that could

16  be the shooter or looked like the shooter,

17  something like that, right?

18     A.   I -- I spotted T.J..

19     Q.   All right.  Were you at the lineup,

20  which guy is T.J., that's T.J.?

21     A.   Yes.

22     Q.   So was the purpose of the lineup to

23  figure out which guy was T.J.?

24     A.   No.

Page 70

1    vulnerable if the police were pressuring you to

2    say what they are trying to do that you might

3    starting going along with what they were

4    saying, is that your nature?

5         A.    No. I said what I seen.

6         Q.    All right.  You said you maybe seen

7    T.J. three times in your life, right?

8         A.    Yes, I'm guessing.

9         Q.    So how was it that you were able to

10   make it sound with Mr. Hale's questions, oh, I

11   knew this guy, I seen him around?

12        A.    Yes, right.  I didn't say all that.

13        Q.    He said all of that and you kept

14   saying yes?

15        A.    From the neighborhood, yes, from the

16   neighborhood.  I know he lived in the

17   neighborhood, yes.

18        Q.    You know he lived in the neighborhood.

19   If he was 14 and you are 31, you weren't

20   keeping tabs on a 14-year olds?

21        A.    He is by my brother's -- hangs with my

22   brother.

23        Q.    All right.  If you only seen him three

24   times, how do you know he hangs out with your

Page 71

1   brother?

2       A.   Because I heard him talk about him.

3       Q.   All right.  So it was more of a heard

4   of than seen him?

5       A.   Yes.

6       Q.   All right. When you were describing

7   what you saw in the shooting you had Larry as

8   being the guy that turned around the victim,

9   right?

10      A.   Yes.  That's what I was thinking of,

11  you know, Eric was walking by himself.

12      Q.   All right. So Larry was part of the

13  guys that were attacking?

14      A.   It looked like Larry was the one like,

15  I don't know, he was bent down, I thought maybe

16  he was picking up the shells or something.

17      Q.   All right. You got that wrong as far

18  as what happened, what the trial testimony was.

19              Are you claiming to remember all

20  of this stuff, sir, or are you just doing your

21  best to guess?

22      A.   Oh, I told you I was high man. Fuck.

23      Q.   All right. And you were -- never

24  claimed to be certain as to what you saw, were

Page 72

1    you?

2            MR. HALE: Objection, asked and

3    answered.

4    BY MR. LOEVY:

5        Q.    Isn't that true, sir?

6            MR. HALE:  Objection.  I object to

7    that.

8    BY MR. LOEVY:

9        Q.    Isn't that true?

10       A.    I seen what I seen.

11       Q.    All right. But you were never claiming

12   to be certain -- were you certain that Larry

13   Tueffel is the guy that turned around Eric

14   Morro?

15       A.    Now I'm thinking about it I can't

16   be --

17       Q.    Were you even --

18       A.    Yes, I remember Eric was walking with

19   Larry.

20       Q.    All right. Are you certain of that,

21   sir?  Are you certain of that, sir?

22               Let me ask you a different

23   question.

24               When you first talked to the

Page 73

1    police were you even claiming to be an eye

2    witness?

3         A.    No, I didn't want to.

4         Q.    What is that?

5         A.    I didn't want to.

6         Q.    All right. You said this thing about

7    your sister saying she saw T.J. have a

8    confrontation.

9              If I understood your testimony

10   with Mr. Hale, you are not claiming you were

11   there when --

12        A.    No, I wasn't there.

13        Q.    When T.J. supposedly had this

14   confrontation on the day of the shooting, you

15   are not claiming to be a witness to that,

16   correct?

17        A.    Right.

18        Q.    All right.  And now you say at some

19   point you claim that you saw someone who you

20   believed to be T.J. with a gun, right?

21        A.    At my ma's house, yes.

22        Q.    Was it at Christmas like it was in the

23   police report?

24        A.    I don't know exactly. It wasn't that

1    A.    Yes.

2    Q.    It was the same gang?

3    A.    Yes, different --

4    Q.    You never got threatened by any gang

5    member having anything to do with this,

6    correct?

7    A.    No.

8    Q.    That is correct?

9    A.    I believe so.

10   Q.    All right. The blue and white

11   jacket -- I just have a few more.

12         The blue and white jacket, what

13   was it about it was inside out?

14   A.    I don't know.

15   Q.    Was it something about you couldn't

16   see the colors?

17   A.    No, I got the colors, blue and white.

18   Q.    Who was talking about it being inside

19   out, you or the police?

20   A.    The police.

21   Q.    So the police were talking about a

22   Duke jacket?

23   A.    Yes.

24         MR. HALE: Objection, asked and

Page 78

1   answered.

2   BY MR. LOEVY:

3       Q.   All right.  Andy asked you questions,

4   it sounds like you didn't say it was T.J. after

5   the shooting, you thought to yourself maybe it

6   could be T.J., and then you started having

7   conversations with other people, is that an

8   accurate summary?

9       A.   Yes.

10      Q.   All right.  And you never claimed to

11  be certain who shot anybody, did you?

12          MR. HALE: Objection, asked and

13  answered.

14  BY MR. LOEVY:

15      Q.   Did you, sir?

16      A.   No.

17      Q.   Were the police hearing it when you

18  were saying you are not sure, were they

19  accepting that?

20      A.   I don't know.

21      Q.   Why did you testify you were sure, if

22  that wasn't true?

23      A.   After hearing the other people saying

24  and seeing the like --

1    A.    I don't remember.

2    Q.    Why didn't you tell them it was T.J.

3  if, in fact, you thought it was T.J.?

4         MR. HALE: Objection, asked and

5  answered.

6  BY MR. LOEVY:

7    Q.    Isn't it true the police kept telling

8  you it was --

9         MR. HALE: Objection, leading.

10        THE WITNESS:  My sister told me it

11 was T.J..

12 THE ATTORNEY:

13   Q.    And the police told you other people

14 were saying it was T.J., and then you finally

15 said fine, it was T.J., that's what happened,

16 isn't it, sir?

17   A.    Yes.  Okay.  All right.  Whatever.

18 I'm done. Okay. Been more than an hour.

19        MR. HALE: I have one question.

20        MR. LOEVY: If you ask questions then

21 I'm going to ask questions.

22        THE WITNESS:  I ain't going to keep

23 me here the whole time anyway, I already agreed

24 outside.

Page 90

```
 1              THE WITNESS:  No.

 2              MR. LOEVY: You are coming back, sir.

 3   You answered Mr. Hale's questions, you are

 4   going to answer my questions.

 5              THE WITNESS:  I did.

 6              MR. HALE: In fairness he should be

 7   done.

 8              MR. LOEVY: No. I'm asking questions.

 9   You are coming back.

10              THE WITNESS:  We agreed outside.

11              MR. HALE: What do you have left about

12   that?

13              THE WITNESS:  He said he was done

14   already.

15              MR. HALE: One question.  He should be

16   done. I won't you ask you a question. Let him

17   ask one question and he should be done, that

18   should be fair.

19   BY MR. LOEVY:

20       Q.   When you told the police:  Hey, my

21   sister said she thinks it is T.J., I got reason

22   to believe it is T.J., did you tell them that

23   or did you tell them it is T.J.?

24       A.   I believe it was T.J..
```

Page 91

1    Q.    You believed it was T.J.?

2    A.    Yes.

3    Q.    Not I'm certain it was T.J.?

4    A.    No.

5    Q.    Did you tell the police why you

6    believed it was T.J., about your sister?

7          MR. HALE: That's not fair.  You asked

8    your question.  Are you done?

9          MR. LOEVY: If he answers that

10   question.

11   Q.    Did you explain to the police the

12   truth about why you believed it was T.J.,

13   because it was what your sister said that?

14         THE WITNESS:  Yes.

15         MR. LOEVY:  No further questions.

16              Do you need a ride?

17              We are going to call you a cab.

18         MR. VIDEOGRAPHER:  The time is 2:51.

19         MR. HALE:  Jon, I don't have any

20   objection to splitting the cab fare.

21                 -0-0-0-

22

23

24