PX 6

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS

THADDEUS JIMENEZ,           )
                            )
          Plaintiff,        ) Case No. 2009 C 8081
                            )
     vs.                    )
                            ) DEPOSITION OF
CITY OF CHICAGO, et al,     ) TINA ELDER
                            )
          Defendants.       )
----------------------------)

     THE DEPOSITION OF TINA ELDER, taken
before Erin M. Weitl, Certified Shorthand
Reporter of the States of Iowa and Illinois and
Notary Public of the State of Iowa, commencing
at 9:00 a.m., on Monday, January 3, 2011, at
1301-17th Street, Fulton, Illinois.

              A P P E A R A N C E S

Plaintiff by:
          STUART J. CHANEN
          Attorney at Law
          VALOREM LAW GROUP
          35 East Wacker Drive, Suite 2900
          Chicago, IL 60601
          (312)676-5480

Defendant police officers by:
          ANDREW M. HALE
          Attorney at Law
          ANDREW M. HALE & ASSOCIATES
          53 West Jackson Boulevard
          Chicago, IL 60604
          (312)341-9646

Also present:   Thaddeus Jimenez




Reported by:    Erin M. Weitl, RPR, CSR


                JENSEN REPORTING
                  (312)236-6936
```

```
                              I N D E X
```

| Examination by: | Page |
|---|---|
| Mr. Chanen | 3, 105 |
| Mr. Hale | 57 |

| Exhibit | Marked/Offered |
|---|---|
| Tina Elder 1 - Affidavit | 5 |
| Tina Elder 2 - Photograph | 10 |
| Tina Elder 3 - Report | 110 |

1  Q. In addition up in Paragraph 8, the word
2  "before" is added after "Phil Torres." Did you add
3  that word "before"? Is that your handwriting?
4  A. Yes.
5  Q. So where you write, "I remember being in the
6  parking lot talking with my mother and Phil Torres
7  before," you're adding the word that you were talking
8  to your mother and Phil Torres in the parking lot
9  before the lineup; is that correct?
10 A. Yes.
11 Q. Then is it correct that in addition to making
12 these changes and initialling, you actually signed the
13 affidavit inside the bank; is that correct?
14 A. Yes.
15 Q. That was done in front of a notary public who
16 worked for the bank?
17 A. Yes.
18 Q. All right. Then after you had an opportunity
19 to sign it, the notary public also signed the
20 affidavit; is that correct?
21 A. Yes.
22 Q. Ms. Flaum and Mr. Netzel, Luke Netzel and
23 Allison Flaum, were present during this whole time?
24 A. Yes.

1  MR. HALE: Objection, lack of foundation.

2  Q. All right. One of the things it says in
3  Paragraph 8 is that as of May 2007, you did not recall
4  how you got to the police station. As you sit here
5  today, do you recall how you got to the police station?

6  A. Yes.

7  Q. All right. How did you get to the police
8  station?

9  A. With my mom.

10  Q. Your mother drove you to the police station?

11  A. Yes.

12  Q. Did she also drive Phil Torres to the police
13  station?

14  A. Yes.

15  Q. As you sit here today, do you recall if she
16  picked you up first or picked up Phil Torres first?

17  A. Phil first.

18  Q. Okay. So at some point on the day that you
19  were placed in front of a lineup, first shown a
20  photograph and then placed in front of a lineup, you
21  were first picked up at your home by Phil Torres and
22  your mother; correct?

23  A. Yes.

24  Q. And your mother was driving the car at that

1   time?

2   A.   Yes.

3   Q.   Then in addition to driving together to the
4   police station, you and Phil Torres and your mother
5   also had a smoke outside of the police station before
6   entering the police station for the lineup; is that
7   correct?

8   A.   Yes.

9   Q.   All right. Is it correct that during either
10  the drive or the smoke, you talked about the death of
11  Eric Morro?

12  A.   We talked about him dying.

13  Q.   He had died the night before; is that correct?

14  A.   Yes.

15  Q.   And this was very upsetting to you at that
16  time; correct?

17  A.   Yeah.

18  Q.   All right. Also, clearly, to your mother as
19  well; correct?

20  A.   Yes.

21  Q.   All right. Can you tell us in your own words
22  what your relationship was with Eric Morro prior to his
23  death?

24  A.   He was like a brother to me.

1  knowledge? I understand that you're not in Phil's
2  head, but to the best you knew at that time.
3      A.  Yes.
4      Q.  Phil knew him? Was that because you were
5  family friends with Phil Torres?
6      A.  Yes.
7      Q.  And because you were family friends with
8  Phil Torres, Phil also knew Eric?
9      A.  Yes.
10     Q.  Okay. Did you know Thaddeus Jimenez at that
11 time?
12     A.  No.
13     Q.  Did your mother know Thaddeus Jimenez at that
14 time?
15     A.  No.
16     Q.  To your knowledge?
17     A.  Not that I know of.
18     Q.  Not that you knew of?
19     A.  Right.
20     Q.  To your knowledge did Phil Torres know
21 Thaddeus Jimenez at that time?
22     A.  I have no idea.
23     Q.  So my original question was that you did speak
24 about Eric's death; correct?

1     A.    Yes.

2     Q.    And you were put at the desk where the two
3 photographs were laying; correct?

4     A.    Yes.

5     Q.    Do you know of your own knowledge where
6 Mr. Torres, Phil Torres, or your mother were placed?

7     A.    No.

8     Q.    They were out of your view at that point?

9     A.    Yes.

10    Q.    Did the police explain to you why it was
11 important that you be separated?

12    A.    Just that they didn't want us discussing
13 anything about the case together.

14    Q.    Okay. Did they say that was important?

15    A.    Yes.

16    Q.    Was it at that time that you learned that TJ
17 was the primary suspect in the case?

18    A.    Yes.

19           MR. CHANEN: Let's take a break.

20           MR. HALE: My understanding is Mr. Chanen
21 is going to go talk to Mr. Jimenez and bring him into
22 the deposition, and I want to have a conversation with
23 the witness to make sure she's comfortable with that.
24 You want me to do that off the record, which is fine.

1     A.    North.

2     Q.    Okay. What side of the street is Wally's on?

3     A.    South.

4     Q.    All right. Is it correct that the Honey Baked
5 Ham is also on the north side of the street?

6     A.    Yes.

7     Q.    Where were you walking to when you left
8 Wally's?

9     A.    To the north side of the street.

10     Q.    Were you moving towards your car?

11     A.    Yes.

12     Q.    All right. Can you tell us what happened next
13 after you crossed Belmont and were moving towards your
14 car on Belmont?

15     A.    I got around to the passenger side. I was
16 getting ready to open the door to get -- put Jackie in
17 the car and was yelling for Eric to, "Come on. Let's
18 go."

19     Q.    I'm sorry. You were yelling to who?

20     A.    Eric.

21     Q.    Eric Morro?

22     A.    Yes.

23     Q.    What were you yelling?

24     A.    "Come on. Let's go."

1  that you had ever spoken to the police about any
2  subject related to Eric Morro's murder?
3      A.   They tried at the hospital, but I was too
4  sick.
5      Q.   Okay.  They tried to speak to you at the
6  hospital, but you were sick.  Can you describe when you
7  say you were sick what you were doing?
8      A.   Throwing up.
9      Q.   And is it correct that you were pregnant at
10 that time?
11     A.   Yes.
12     Q.   And is there any other reason other than being
13 pregnant at that time that you believe you were
14 throwing up?
15     A.   I suppose because of the whole incident.
16     Q.   Because of the murder?
17     A.   Yes.
18     Q.   Is it correct that you were very upset at that
19 time?
20     A.   Yes.
21     Q.   And this is at the hospital the night before
22 the lineup; correct?
23     A.   Yes.
24     Q.   And that would have been the same night that

1     A.    A gunshot.

2     Q.    Okay. Did you see the gun at the time you
3 heard the gunshot?

4     A.    Yes.

5     Q.    All right. I'm going to take you just a few
6 steps back now. Did anything else happen between after
7 you crossed the street and started moving to your car
8 and before you called out to Eric Morro? Did anything
9 else happen at that time?

10     A.    My mom came out of Wally's and yelled that I
11 left my radio in there.

12     Q.    Okay. Anything else?

13     A.    Phil was talking to me from the window.

14     Q.    By "Phil," you mean Phil Torres?

15     A.    Yes.

16     Q.    What window are you describing?

17     A.    His apartment window, third floor window.

18     Q.    Okay. As you sit here today, do you remember
19 the address of that building?

20     A.    No.

21     Q.    When Phil started talking to you, did you
22 start talking to him up at the third floor window?

23     A.    Yeah.

24     Q.    As you sit here today, do you recall what

JENSEN REPORTING
(312) 236-6936

1  the first thing that happened was they separated you
2  from Mr. Torres and your mother; is that correct?
3     A.   Yes.
4     Q.   What was the next thing to happen?  Was it
5  placing you at the desk?
6     A.   Yeah.  They sat me at a desk.
7     Q.   Tell us what you observed on the desk.
8     A.   A bunch of papers and two photos.
9     Q.   Okay.  Who were the photos of?
10    A.   Now today knowing, Thaddeus Jimenez and
11 Eric Morro.
12    Q.   Was the picture of Eric a picture of him alive
13 or dead?
14    A.   Dead.
15    Q.   Okay.  The picture of Mr. Jimenez, he was
16 alive; correct?
17    A.   Yes.
18    Q.   To your knowledge, was this the first time
19 that you had seen, either live or a photograph, the
20 person that you saw and what you're now identifying as
21 the Jimenez photo?
22    A.   Other than thinking that he was the shooter.
23    Q.   Okay.  And it was also when you walked into
24 the station that you learned that he was the primary

1  suspect; correct?
2      A.   Yes.
3      Q.   All right.  Who did you learn that from?  Do
4  you remember which police --
5      A.   No.
6      Q.   It was one of the police officers?
7      A.   Yeah.
8      Q.   But you don't remember which one?
9      A.   No.
10     Q.   You don't remember his name as you sit here
11 today?
12     A.   No.
13     Q.   Is it correct that at the time the five or six
14 individuals stepped forward, you recognized one of them
15 as the same person who you had just seen in the
16 photograph on the desk?
17     A.   Yes.
18     Q.   At any time after you took the lineup did the
19 police ever come back to you and show you a picture of
20 Juan Carlos Torres?  Let me rephrase that question.
21          Did they ever come back and show you any
22 additional pictures at all after the lineup?
23     A.   Not that I remember.
24     Q.   Did they at any time ask you to come in and

1  view a second lineup?

2  A.  No.

3  Q.  Do you have any conversation with any police
4  officer about the two photographs that were on the
5  desk?

6  A.  No.

7  Q.  Did you understand when you saw the photograph
8  on the desk and later saw that same person step forward
9  in the lineup that the police wanted you to choose the
10 person in the lineup whose photograph had been on the
11 desk?

12          MR. HALE:  Objection, calls for
13 speculation, lack of foundation.

14 A.  No.

15 Q.  I'm sorry.  I didn't hear your answer.

16 A.  No.

17 Q.  Did you have any understanding of why the
18 police had placed those two photographs on the desk?

19 A.  No.  Didn't know they were ever related.

20 Q.  They didn't put the photograph of any of the
21 other four or five individuals who were in the lineup
22 on the desk; is that correct?

23 A.  No.

24 Q.  At any time after the lineup did the police

1  interview you about what you had seen regarding the
2  shooting?
3      A.  Yeah.
4      Q.  Where did that take place?
5      A.  Grand and Central Police Station.
6      Q.  Is that the same police station that you took
7  the lineup?
8      A.  Yes.
9      Q.  Was it immediately after the lineup that they
10 interviewed you or was it on a different occasion?
11     A.  I think it was right after.
12     Q.  Okay.  Who conducted the interview?
13     A.  Don't recall.
14     Q.  Where did the interview take place within the
15 station?
16     A.  At a desk.
17     Q.  Okay.  Was it in the same room where you had
18 been placed at a desk and saw the two photographs?
19     A.  I believe so.
20     Q.  Okay.  How many police officers were present
21 for the interview?
22     A.  Don't remember.
23     Q.  Was Phil Torres present for the interview?
24     A.  No.

1    Q.    What was your reaction to the videotape?

2    A.    Just didn't know what to think.

3    Q.    At the time that you saw the videotape, did

4 you have some question in your own mind whether you had

5 properly identified the shooter back in 1994 and 1997

6 at the trials?

7    A.    He made me put doubt in my mind.

8    Q.    Had you, prior to meeting with Mr. Netzel,

9 spoken to Mary Morro about any doubt that she was

10 beginning to have in her mind prior to any meeting that

11 you had with Mr. Netzel?

12    A.    No.

13    Q.    Okay. Had you spoken to any of the members of

14 the Morro family about doubt that they had started to

15 develop?

16    A.    Nope.

17    Q.    Prior to your meeting with Mr. Netzel, had you

18 been troubled at all over the years by the fact that

19 the police had placed that photograph on the desk in

20 front of you prior to your going into view the lineup?

21    A.    Just of Eric troubled me.

22    Q.    Eric being murdered?

23    A.    Of the picture of him. I mean, because his

24 chest was all --

1    TJ Jimenez?

2       A.   Yeah.

3            MR. HALE:  I have no further questions.

4                    REDIRECT EXAMINATION

5    BY MR. CHANEN:

6       Q.   Ms. Elder, do you have some doubt in your mind

7    that the person you saw was Thaddeus Jimenez?

8            MR. HALE:  Objection, asked and answered.

9       Q.   As the shooter?

10           MR. HALE:  Objection, asked and answered.

11      A.   There's -- according to the other picture,

12   they look similar.

13      Q.   The picture that was shown to you in 2007?

14      A.   Yes.

15      Q.   As you sit here today, do you have an

16   understanding of who the picture is of that was shown

17   to you in 2007?

18      A.   Juan Carlos.

19      Q.   Okay.  When Mr. Murphy, John Murphy, played

20   you an audiotape, did he tell you the name of the

21   person whose voice was on the audiotape speaking to

22   Victor Romo's father?

23      A.   I believe so.

24      Q.   As you sit here today, do you remember that

1  name?
2  A. Juan Carlos.
3  Q. Okay. When you were shown the picture of
4  Juan Carlos Torres, was your immediate reaction in your
5  mind that he looked similar to Thaddeus Jimenez?
6  A. No, because there's an actual picture of TJ
7  and then a photocopy like that (indicating) of
8  Juan Carlos, so it was hard to decipher.
9  Q. Okay. But your reaction upon seeing the
10 photocopy of the photograph was that they looked
11 similar; correct?
12 A. Yes.
13 Q. Are there other factors that put in your mind
14 any doubt of whether or not TJ was the shooter?
15         MR. HALE: Objection, asked and answered.
16 A. Well, Larry.
17 Q. Okay. Larry expressed doubt. Anything else?
18 Has Mary Morro ever expressed doubt to you in any way
19 in any conversation you've had?
20 A. Mary has never discussed the case or anything
21 with me.
22 Q. Okay. When Celeste Stack came out to meet
23 with you, where did you meet with her?
24 A. My mother's house.

1  Q. Okay. And then underneath the picture is what
2  appears to be the back of that photograph; correct?
3  A. Yes.
4  Q. And that box on the bottom beneath the picture
5  has the name Thaddeus Jimenez; correct?
6  A. Yes.
7  Q. I will represent to you that this photocopy of
8  a photograph was produced to us by the City of Chicago
9  approximately a month ago. I want to ask you again --
10 I've asked you this before, but I'm going to ask
11 again -- looking at this picture now, does this appear
12 to you to be the picture that you saw sitting on the
13 officer's desk where you were placed prior to the
14 lineup?
15         MR. HALE: Objection, asked and answered
16 already.
17 A. Yeah.
18 Q. Ms. Elder --
19         MR. HALE: Strike that because she
20 answered that already, but go ahead.
21         MR. CHANEN: Well, Andy, you asked about
22 a thousand questions that were asked and answered
23 already.
24         MR. HALE: I'm making my record.