PX 21

| | | |
|---|---|---|
| 1 | Netzel: | Okay, today's date is July 31, |
| 2 | | 2006. My name is Luke Netzel. I work |
| 3 | | with Investigative Research Consultants |
| 4 | | under License No. 117-000968. I'm at |
| 5 | | Somerset Place, at 5009 North Sheridan |
| 6 | | in Chicago, Illinois. And I'm here with... |
| 7 | Fraum: | Alison Flaum and Steve Drizin. |
| 8 | | Netzel: We are doing the Witness Interview of Lawrence, |
| 9 | | or do you prefer -- |
| 10 | Tueffel: | Lawrence. |
| 11 | Netzel: | -- Lawrence Tueffel and |
| 12 | | questioning will be done by Steve Drizin |
| 13 | | and Alison Flaum. |
| 14 | Flaum: | We just wanted to capture on |
| 15 | | tape what we've talked about today, and |
| 16 | | ask you to, one last time, explain to us |
| 17 | | what you told us. But first, I want to |
| 18 | | talk about uhhm ... ah -- I want to give |
| 19 | | a little background about what we talked |
| 20 | | about before we turned the tape on. And |
| 21 | | I just wanted to ask you if some |
| 22 | | questions or statements are correct or |
| 23 | | not. When we came in, do you recall if |
| 24 | | we identified ourselves? Said who we |
| 25 | | were? |

1

1    Tueffel:    Yes. I knew right away

2                 because I seen him last Wednesday.

3    Flaum:    You're referring to Luke Netzel.

4                 And when you spoke with Luke Netzel last

5                 Thursday --

6    Tueffel:    Last Wednesday.

7    Flaum:    Last Wednesday, did he tell you

8                 that he was working with some lawyers

9                 who were working with Thaddeus Jimenez.

10   Tueffel:    Yes.

11   Flaum:    Okay. And we've introduced

12               ourselves that we're the lawyers who are

13               working for Thaddeus Jimenez, and we've

14               explained that we represent Mr. Jimenez

15               and that we wanted to ask you some

16               questions about the death of Eric Morro.

17               Uhm ... and, the first thing we did when

18               you came in is you signed an

19               authorization for release of information

20              to give us your consent -- for giving us

21              your consent to speak with us. And do we

22              still have your consent to talk with you

23              about the death of Eric Morro?

24   Tueffel:    Yes.

25   Flaum:    Okay. And you're aware that at

2

| | | |
|---|---|---|
| 1 | | anytime you can tell us that you don't |
| 2 | | want to talk to us, you can tell us that |
| 3 | | you want to take a break or that you |
| 4 | | would rather start and stop again or |
| 5 | | tell us you don't want to talk at all. |
| 6 | Tueffel: | Okay. |
| 7 | Flaum: | And has anybody made you any |
| 8 | | promises in exchange for telling us |
| 9 | | about the death of Eric Morro? |
| 10 | Tueffel: | No, ma'am.  Nobody. |
| 11 | Flaum: | Has anybody threatened you or |
| 12 | | pressured you or tried to tell you what |
| 13 | | to say or what not to say? |
| 14 | Tueffel: | No, ma'am. |
| 15 | Flaum: | And when I ask about the |
| 16 | | promises or threats, I'm talking about |
| 17 | | not only the folks in this room, but has |
| 18 | | anybody at any time ever promised you |
| 19 | | anything or threatened you to try to get |
| 20 | | you to change your story? |
| 21 | Tueffel: | No. |
| 22 | Flaum: | And why is it that you are |
| 23 | | willing to talk to us now about this? |
| 24 | Tueffel: | I just want to fix this |
| 25 | | thing.  It's been way overdue, you know I |

3

| | | |
|---|---|---|
| 1 | | just want the right guy to get caught who |
| 2 | | really did this. It's not right for |
| 3 | | somebody else to go to jail for something |
| 4 | | somebody else did. Because Eric was my |
| 5 | | friend. |
| 6 | Flaum: | Well, maybe we should start |
| 7 | | there. Can you tell us about your |
| 8 | | relationship with Eric Morro? |
| 9 | Tueffel: | Yeah, he was (beeping sound)one of my |
| 10 | | friends from the neighborhood. I used |
| 11 | | to hang around with his younger brother. |
| 12 | | That's how I got to know Eric, through |
| 13 | | his younger brother. |
| 14 | Flaum: | What is his younger brother's |
| 15 | | name if you remember? |
| 16 | Tueffel: | Nathan Morro. |
| 17 | Flaum: | And were you with Eric on the |
| 18 | | day that he was shot? |
| 19 | Tueffel: | Yes, ma'am, I was. |
| 20 | Flaum: | And can you tell us about what |
| 21 | | happened the day that Eric was shot? |
| 22 | Tueffel: | Yes. We were walking |
| 23 | | down Belmont. It was about 6:30 on |
| 24 | | February 3rd. And, and uhhm - |
| 25 | Flaum: | Let me just stop you here. When |

4

| | | |
|---|---|---|
| 1 | | you say "we were walking down Belmont," |
| 2 | | who do you mean? |
| 3 | Tueffel: | Me - just me and Eric. |
| 4 | Flaum: | Was anybody else with you? |
| 5 | Tueffel: | No, not at the time. |
| 6 | Flaum: | Okay. Go ahead. |
| 7 | Tueffel: | We were walking down |
| 8 | | Belmont. It was on a winter night, and |
| 9 | | we got confronted by two guys behind us. |
| 10 | | One of them was Victor Romo and the |
| 11 | | other guy was Carlos – I don't know his |
| 12 | | last name. But they started...they got |
| 13 | | into an argument with Eric. Carlos got into |
| 14 | | an argument with Eric. Said he owed Leo some |
| 15 | | money or something. I didn't know what they |
| 16 | | were talking about. And then he pulled |
| 17 | | out a gun. Eric told him to put the gun |
| 18 | | away. So he put the gun away and we |
| 19 | | kept on walking, and we got to the Honey |
| 20 | | Baked Ham store right on Belmont; and |
| 21 | | him and Eric got into a fight. |
| 22 | Flaum: | When you say him and Eric, who |
| 23 | | are you talking about? Who got into a |
| 24 | | fight with Eric? |
| 25 | Tueffel: | Carlos got into a fight |

5

1   with Eric and pulled out a gun and shot

2   him.  I ran down the gangway because I

3   thought I was going to get shot next.  I

4   got scared.

5   Flaum:      Did you actually ... I'm sorry

6   actually see Eric getting shot?

7   Tueffel:    Yes, I did.

8   Flaum:      How close or far away were you?

9   Tueffel:    I was like right next to

10  him.  I got freaked out and I ran.  I

11  got scared because I thought he was

12  going to shoot me next.  So I ran into

13  the gangway and I looked down the alley

14  and I seen them two taking off down the

15  alley.  So I turned back around to see

16  if Eric was alright.

17  Flaum:      When you say "them two running

18  down the alley," who was running down

19  the alley?

20  Tueffel:    Victor Romo and uh...uh Carlos.

21  Flaum:      Did you know their names at the

22  time?

23  Tueffel:    No, I didn't.

24  Flaum:      Did you know them or recognize

25  them at all?

6

| | | |
|---|---|---|
| 1 | Tueffel: | I recognized them right |
| 2 | | away, but I just didn't know them. |
| 3 | Flaum: | Where did you recognize them |
| 4 | | from? |
| 5 | Tueffel: | I seen them around the |
| 6 | | neighborhood before. |
| 7 | Flaum: | And were you able to get a good |
| 8 | | look at them -- the two people? |
| 9 | Tueffel: | Yeah, I got a good look |
| 10 | | at them. |
| 11 | Flaum: | Uhhm ... go ahead. |
| 12 | Tueffel: | So yeah, I went back to see if |
| 13 | | Eric was okay. He was laying on the |
| 14 | | floor. Then he was saying he got shot. |
| 15 | | That's when everybody came out and was |
| 16 | | running to him. Everybody was on the |
| 17 | | street. The ambulance came and picked |
| 18 | | him up. There were squad cars and |
| 19 | | police were out there, too. They put me |
| 20 | | in the squad car, and Phil was in the |
| 21 | | squad car with me. |
| 22 | Flaum: | Okay, when you say Phil, do you |
| 23 | | know Phil's last name? |
| 24 | Tueffel: | No. I don't know his last name. He was one |
| 25 | | of the guys that lives in the neighborhood. |

7

| | | |
|---|---|---|
| 1 | Flaum: | Okay. |
| 2 | Tueffel: | Phil asked me if TJ did |
| 3 | | it. I told him no it wasn't TJ. Then |
| 4 | | they drove me to the police station and |
| 5 | | asked me some questions, interrogated |
| 6 | | me. And I told them ... I gave them a |
| 7 | | description of who it was. And then |
| 8 | | they took me back home. |
| 9 | Flaum: | Did you -- actually let me stop |
| 10 | | you and just go back a minute-- you said |
| 11 | | Phil asked you "was it TJ", is that |
| 12 | | right? |
| 13 | Tueffel: | Right. |
| 14 | Flaum: | Who is TJ? |
| 15 | Tueffel: | Some, ah - one of the |
| 16 | | guys from the neighborhood; he use to |
| 17 | | hang around the neighborhood near |
| 18 | | Belmont. |
| 19 | Flaum: | Is TJ...Do you know TJ's full name? |
| 20 | Tueffel: | No. |
| 21 | Flaum: | Did you ever know TJ to be |
| 22 | | called Thaddeus or - |
| 23 | Tueffel: | No. |
| 24 | Flaum: | And was TJ someone who you knew |
| 25 | | pretty well back on the night that Eric |

8

| | | |
|---|---|---|
| 1 | | got shot? |
| 2 | Tueffel: | Yes. |
| 3 | Flaum: | Is it possible that TJ was |
| 4 | | involved in the shooting of Eric Morro? |
| 5 | Tueffel: | Uhhm, no. |
| 6 | Flaum: | If TJ had been one of those two |
| 7 | | people, would you have recognized that |
| 8 | | it was TJ? |
| 9 | Tueffel: | Yes, ma'am, I would |
| 10 | | have. |
| 11 | Flaum: | Is there any doubt in your mind |
| 12 | | that you wouldn't recognize TJ if he had |
| 13 | | been one of those two people? |
| 14 | Tueffel: | Yes. |
| 15 | Flaum: | When you say yes, do you have a |
| 16 | | doubt that it was TJ -- that it could |
| 17 | | have been TJ or -- |
| 18 | Tueffel: | No, no doubt. |
| 19 | Flaum: | I'm sorry, it's a bad question -- |
| 20 | Tueffel: | No doubt, no ... no |
| 21 | | doubt. |
| 22 | Flaum: | Okay, and was there anybody else |
| 23 | | on that street when TJ got shot -- I'm |
| 24 | | sorry -- when Eric got shot? |
| 25 | Tueffel: | No not until after it |

9

1                     happened. Then one of the Elders came

2                     out of the bar across the street.

3   Flaum:         One of the Elders, did you say?

4   Tueffel:       Yes.

5   Flaum:         This is a person whose last name

6                     is Elder?

7   Tueffel:       Yes.

8   Flaum:         Okay.

9   Tueffel:       And all of my friends --

10                    people around the neighborhood came out,

11                    and the ambulance was there; that's when

12                    they took me in the squad car and the

13                    police were asking who seen what

14                    happened, and I told them I did. And

15                    they took me in the squad car, and they

16                    were going to take me to the station.

17                    That's when Phil was in the squad car,

18                    too.

19   Flaum:         And just to go back one second --

20                    how certain are you that there wasn't

21                    anyone else out there when Eric was

22                    shot?

23   Tueffel:       I'm about 100% sure that

24                    there was no one else out there.

25   Flaum:         If someone else had been out

10

| | | |
|---|---|---|
| 1 | | there, would you have seen them? |
| 2 | Tueffel: | Yes. |
| 3 | Flaum: | Was it light enough? Was there |
| 4 | | enough lighting for you to have been |
| 5 | | able to see if there was anyone else out |
| 6 | | there? |
| 7 | Tueffel: | Yes. |
| 8 | Drizin: | I have a question, |
| 9 | | Lawrence. Can you describe how the |
| 10 | | shooting took place? |
| 11 | Tueffel: | Yeah. Eric took a swing, and |
| 12 | | I guess he missed. That's when |
| 13 | | Carlos pushed him up against the |
| 14 | | wall. He already had the gun out. He |
| 15 | | stuck it to his chest and shot him. |
| 16 | | That's when I seen it, and that's when I |
| 17 | | ran. |
| 18 | Drizin: | Where was Victor when Carlos |
| 19 | | shot Eric? |
| 20 | Tueffel: | He was standing on the |
| 21 | | other side behind them two. |
| 22 | Drizin: | Did ... did he help Carlos at |
| 23 | | all during the shooting? |
| 24 | Tueffel: | No, and that's when I |
| 25 | | ran through the gangway. And then I |

11

| | | |
|---|---|---|
| 1 | | looked down the alley and seen them both |
| 2 | | running the opposite way. |
| 3 | Drizin: | Thank you. |
| 4 | Flaum: | Ah, so ... so the police asked |
| 5 | | if anybody had seen the shooting when |
| 6 | | they came? |
| 7 | Tueffel: | Yeah. I said I did. |
| 8 | | And they put me in the squad car, and |
| 9 | | Phil was in there, too. He asked me if |
| 10 | | it was TJ. I told him no, it wasn't. |
| 11 | Flaum: | So what happened after that? |
| 12 | Tueffel: | They drove me to the |
| 13 | | station. |
| 14 | Flaum: | [knock on the door] Hold on just |
| 15 | | one second while we get the door. |
| 16 | | [Brief discussion near door between |
| 17 | | Flaum and person who knocked] |
| 18 | Tueffel: | They drove me to the |
| 19 | | station. They asked me questions. I |
| 20 | | gave them the description, who it was. |
| 21 | | And they said okay, and they drove me |
| 22 | | back home. Then later on that night, |
| 23 | | around 2:00 in the morning, they came |
| 24 | | back and picked me up. They took me |
| 25 | | back to the station to the interrogation |

12

| | | |
|---|---|---|
| 1 | | room, and told me that I was lying -- |
| 2 | | saying they had other witnesses saying |
| 3 | | that TJ was the one who did it. They |
| 4 | | said that I was lying, and they know who |
| 5 | | it was that I was covering up for. |
| 6 | Flaum: | How old were you when it |
| 7 | | happened? |
| 8 | Tueffel: | 14. |
| 9 | Flaum: | And can you describe in a little |
| 10 | | more detail what happened when the |
| 11 | | police came back -- you said it was 2:00 |
| 12 | | in the morning and took you back down to |
| 13 | | the police station. |
| 14 | Tueffel: | Yeah. They were |
| 15 | | screaming at me, telling me I was lying. |
| 16 | | I was just nervous and scared. |
| 17 | Flaum: | Were you parents with you? |
| 18 | Tueffel: | No. |
| 19 | Flaum: | Any adults with you? |
| 20 | Tueffel: | No. It was just me and the police. |
| 21 | | Two detectives. They wasn't ... they |
| 22 | | weren't in uniform. They were two |
| 23 | | detectives. |
| 24 | Flaum: | Do you have the names of those |
| 25 | | detectives? |

13

1   Tueffel:    No.I don't remember them.

2   Flaum:      Do you remember what they look

3               like?

4   Tueffel:    [Shakes head]

5   Flaum:      And how long were the detectives

6               talking with you and screaming with you

7               that second time that they brought you

8               down at the station?

9   Tueffel:    About two hours.

10  Flaum:      And can you describe where they

11              were talking to you -- what kind of --

12  Tueffel:    It was a small room like

13              this -- no glass or mirrors or nothing --

14              just with a desk.  Then they ...

15  Flaum:      Go ahead.

16  Tueffel:    Then they did a lineup later on that night.

17  Flaum:      Okay. And what happened in the lineup?

18  Tueffel:    They asked me to pick

19              out the person ... they asked me if TJ

20              was in the lineup. And I said "yeah,"

21              and pointed him out.

22  Flaum:      Did you at some point that night

23              or into the early morning -- did you at

24              some point say that it was TJ who had

25              done the shooting?

14

| | | |
|---|---|---|
| 1 | Tueffel: | No. |
| 2 | Flaum: | Did you ever tell the police |
| 3 | | that it was TJ? |
| 4 | Tueffel: | No, not until they said |
| 5 | | I was lying. After awhile, I agreed |
| 6 | | with them and said yeah it was him. |
| 7 | Flaum: | And why did you agree with them? |
| 8 | Tueffel: | Because they said that I |
| 9 | | was lying, and I figured they're not |
| 10 | | going to believe me because they said |
| 11 | | they had other witnesses and stuff. I |
| 12 | | just went along with the story what the |
| 13 | | other people said. |
| 14 | Flaum: | Did you ever have a doubt in |
| 15 | | your own mind whether or not TJ was one |
| 16 | | of the shooters? |
| 17 | Tueffel: | No. |
| 18 | Flaum: | And what happened after ... |
| 19 | | after the lineup? |
| 20 | Tueffel: | They took me back home. |
| 21 | Flaum: | And then did there come a time |
| 22 | | when they brought you in to be a witness |
| 23 | | at a trial? |
| 24 | Tueffel: | Yeah. |
| 25 | Flaum: | And do you remember how many |

15

| | | |
|---|---|---|
| 1 | | times you testified as a witness? |
| 2 | Tueffel: | I didn't want to go in |
| 3 | | the first time and testify because I |
| 4 | | knew it was wrong. You know I didn't |
| 5 | | want to lie. They came and arrested me. |
| 6 | | They had a warrant that I had to go to |
| 7 | | court. I didn't want to go to court |
| 8 | | because I knew it was the wrong person, so-no |
| 9 | Netzel: | Do you mind repeating that? It was just a little soft. |
| 10 | | <Phone Ringing> |
| 11 | | <Phone Ringing> |
| 12 | | <Phone Ringing> |
| 13 | Netzel: | OK |
| 14 | Tueffel: | Yeah, I didn't want to go |
| 15 | | court, so they arrested me. |
| 16 | | They had a warrant for my arrest |
| 17 | | because I didn't want to go to |
| 18 | | court, so I was in juvenile for two days |
| 19 | Flaum: | When you say you were in |
| 20 | | juvenile, is that juvenile detention? |
| 21 | Tueffel: | Yeah. |
| 22 | Flaum: | And why didn't you want to go to court? |
| 23 | Tueffel: | Because I knew it was – |
| 24 | | you know, I didn't want to lie because I |
| 25 | | knew it was the wrong person. |

16

| | | |
|---|---|---|
| 1 | Flaum: | And when you say you knew it was |
| 2 | | the wrong person, who are you talking |
| 3 | | about when you say that? |
| 4 | Tueffel: | Huh? |
| 5 | Flaum: | Can you tell us what you mean |
| 6 | | when you say you didn't want |
| 7 | | to say it was the wrong person? |
| 8 | Tueffel: | I knew it wasn't TJ, so |
| 9 | | I didn't want to lie. But I hid from |
| 10 | | the police because I didn't want to go |
| 11 | | to court. |
| 12 | Flaum: | And did you ever tell anybody |
| 13 | | that it wasn't TJ? |
| 14 | Tueffel: | Yes, I told Phil that it |
| 15 | | wasn't TJ when he first asked. |
| 16 | Flaum: | And did you ever tell the police |
| 17 | | that it wasn't TJ? |
| 18 | Tueffel: | Yes, I told them, too, |
| 19 | | but they didn't believe me. |
| 20 | Flaum: | Uhhm. What about after the... after the |
| 21 | | police had gotten you to say it was TJ. |
| 22 | | Did you ever try and take that back? |
| 23 | Tueffel: | No. |
| 24 | Flaum: | Did you ever tell a police |
| 25 | | officer or prosecutor while they were |

17

| | | |
|---|---|---|
| 1 | | bringing you into be a witness? |
| 2 | Tueffel: | Yes. The second time, when it was |
| 3 | | for the last trial, a police officer had |
| 4 | | picked me up. I told him that they had |
| 5 | | the wrong guy, that he was innocent and |
| 6 | | I didn't want to testify. But he said I |
| 7 | | would have to go to court anyway, so he |
| 8 | | drove me to court. I told him, but I |
| 9 | | guess he took it the wrong way. He |
| 10 | | didn't know what I was talking about. |
| 11 | Flaum: | Was there anybody else in your |
| 12 | | life that you talked to or told this to? |
| 13 | Tueffel: | Just my Mom and a priest. |
| 14 | Flaum: | Can you tell us about telling |
| 15 | | your Mom and the priest about it? |
| 16 | Tueffel: | I told my Mom, and she |
| 17 | | said to do the right thing. So I went |
| 18 | | to church and told the priest about it. |
| 19 | Flaum: | And when was it that you told |
| 20 | | your Mom and told the priest? |
| 21 | Tueffel: | It was when I was about 20, so |
| 22 | | it was a long, long time ago. |
| 23 | Flaum: | And what did you understand your |
| 24 | | Mom to be saying when she said do the |
| 25 | | right thing? |

18

| | | |
|---|---|---|
| 1 | Tueffel: | Saying that I should fix |
| 2 | | it. Because the guy was still out there |
| 3 | | who did it. I was fearful that he was |
| 4 | | going to come after my family next. The |
| 5 | | real guy that did it -- because he seen |
| 6 | | me right away. He knew that I seen him |
| 7 | | shoot Eric. So I was scared. |
| 8 | Flaum: | And other than talking to your |
| 9 | | Mom or to your priest about it, did you |
| 10 | | tell anybody else? |
| 11 | Tueffel: | No. |
| 12 | Drizin: | Can you describe the |
| 13 | | circumstances under which you told your |
| 14 | | priest? |
| 15 | Tueffel: | Huh? |
| 16 | Drizin: | Can you tell us how you told |
| 17 | | your priest -- the circumstances under |
| 18 | | which you told your priest? |
| 19 | Tueffel: | I don't remember. |
| 20 | Drizin: | Did you go to the church to tell |
| 21 | | your priest? |
| 22 | Tueffel: | Yes. |
| 23 | Drizin: | And where was that church. |
| 24 | Tueffel: | On ... ah ... St. |
| 25 | | Genevieve's on Fulerton and Cicero. |

19

| | | |
|---|---|---|
| 1 | Drizin: | Fulerton and Cicero?  Did you tell |
| 2 | | the priest in the confessional? |
| 3 | Tueffel: | Yeah.  It was a long time ago |
| 4 | Flaum: | Do you remember what you |
| 5 | | testified to in court? |
| 6 | Tueffel: | Yes. |
| 7 | Flaum: | Were there anything other -- when |
| 8 | | you testified in court and you described |
| 9 | | when Eric got shot, how much of that was |
| 10 | | true and how much of what you said in |
| 11 | | court was not? |
| 12 | Tueffel: | Everything was mostly |
| 13 | | true except for the person that was the |
| 14 | | shooter. |
| 15 | Flaum: | Do you recall in court being |
| 16 | | asked questions about whether or not you |
| 17 | | were afraid of TJ? |
| 18 | Tueffel: | [Shakes head.] |
| 19 | Flaum: | Do you recall testifying that |
| 20 | | the reason why you didn't want to come |
| 21 | | to court was that you were afraid of TJ |
| 22 | | harming you or your family? |
| 23 | Tueffel: | That, too, and plus the |
| 24 | | gangs.  I had a lot of different |
| 25 | | reasons.  (knock on door) |

20

| | | |
|---|---|---|
| 1 | Flaum: | Hold on one second. |
| 2 | | [non-pertinent discussion by the door] |
| 3 | Flaum: | And what you told us just now about the true |
| 4 | | reason being -- the true reason for not |
| 5 | | |
| 6 | | going to court was that you didn't want |
| 7 | | to lie and say it was TJ -- did you ever |
| 8 | | say that in court? |
| 9 | Tueffel: | No, I never said that in |
| 10 | | court. |
| 11 | Flaum: | After all of this happened, did |
| 12 | | you stay in contact with Phil or the |
| 13 | | Elders or any of those folks? |
| 14 | Tueffel: | No. They all moved out |
| 15 | | of the city. I was the only one that |
| 16 | | stayed. |
| 17 | Flaum: | And have you been in contact |
| 18 | | with TJ at all or his family or anybody |
| 19 | | saying that they were acting on his |
| 20 | | behalf other than the three of us in |
| 21 | | this room? |
| 22 | Tueffel: | No. |
| 23 | Flaum: | And have you been contacted by |
| 24 | | TJ at all? |
| 25 | Tueffel: | No. |

21

| | | |
|---|---|---|
| 1 | Flaum: | Let me just see if there's |
| 2 | | anything that I forgot to ask you about. |
| 3 | | Is there anything that you can think of |
| 4 | | that I forgot to ask about or that you |
| 5 | | would like to add?  Let me just ask you |
| 6 | | about what's on this note pad here.  It |
| 7 | | just says -- |
| 8 | Tueffel: | Everything I said on |
| 9 | | this note pad is pretty much the truth. |
| 10 | Flaum: | When you say pretty much, is |
| 11 | | there anything on there that's not |
| 12 | | correct? |
| 13 | Tueffel: | No.  It's the truth. |
| 14 | Flaum: | And did you write that statement |
| 15 | | out today just before we turned on this |
| 16 | | tape? |
| 17 | Tueffel: | Right. |
| 18 | Netzel: | Do you mind holding it up for |
| 19 | | him --just get a quick picture? |
| 20 | Flaum: | Sure. |
| 21 | Netzel: | Okay, any other questions you |
| 22 | | have? |
| 23 | Drizin?: | I think we're fine. |
| 24 | | Thank you. |
| 25 | Netzel: | Anything else you'd like to add? |

22

1  Tueffel: No.

2  Netzel:      I'm just going to give a little

3              closing statement.  Once again, my name

4              is Luke Netzel with Investigative

5

6              Research Consultants.  Today's date is

7              July 31, 2006.  We're here at Somerset

8              Place at 5009 Sheridan in Chicago.

9              Everything that you've testified to now

10             is true and correct, and you affirm that

11             to the best of your ability?

12 Tueffel:    [Nods in the

13             affirmative.]

14 Netzel:     Okay.  Once again, I'm with

15             Steve Drizin of Northwestern Law and

16             Alison Flaum of Northwestern Law.  That

17             concludes the statement.

18 Drizin:     Thank you.

19

20

21

22

23

24

25

23