PX 38

Case: 1:09-cv-08081 Document #: 118-40 Filed: 09/03/11 Page 2 of 2 PageID #:1390

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO. X 051 839

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Notes | | Bogucki & Sanders | 4 Feb 93 |
| 2. | Copy- Original Case Report | | " | " |
| 3. | "    Arrest Report (Jimenez) | | " | " |
| 4. | "    Line-Up Supp: | | " | " |
| 5. | "    (Line-up) Crime Scene Proc. Rpt. | | " | " |
| 6. | "    Crime Scene Report | | " | " |
| 7. | "    Closing Supp: | | " | " |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

RECORD COPY

PERMANENT RETENTION FILE

COPY SENT TO
CASE REPORT UNIT (104)
FOR/FOR PROCESSING

DATE: 4 FEB 93
... Det. Wm Sanders #20215

R.D. NO. X 051 839

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

JIM00030

---

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO. X 051 839

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Notes | | Bogucki & Sanders | 4 Feb 93 |
| 2. | Copy- Original Case Report | | " | " |
| 3. | "    Arrest Report (Jimenez) | | " | " |
| 4. | "    Line-Up Supp: | | " | " |
| 5. | "    (Line-up) Crime Scene Proc. Rpt. | | " | " |
| 6. | "    Crime Scene Report | | " | " |
| 7. | "    Closing Supp: | | " | " |
| 8. | EVIDENCE RPT. | | " | 5 FEB 93 |
| 9. | INV # 1653723 | | " | " |
| 10. | "    "    24 | | " | " |
| 11. | "    "    25 | | " | " |
| 12. | SCENE PROCESS REPORT | | " | " |
| 13. | LAB REPORT | | " | " |
| 14. | NOTES | | BOGUCKI + SCHALK | 10 FEB 93 |
| 15. | INV # 1693734 | | " | " |
| 16. | ARREST REPORT | | " | " |
| 17. | CLOSING SUPP. | | " | " |
| 18. | INF. SUPP. | | " | 5 MAR 93 |
| 19. | NOTES | | " | 15 JUN 93 |
| 20. | INV # 1173048 | | " | " |
| 21. | ARREST RPT. | | | " |
| 22. | FILE MINUTES | | | " |
| 23. | PROGRESS SUPP. | | 4 FEB 93 | " |
| 24. | | | ... Det. Wm Sanders #20215 | |
| 25. | | | | |

R.D. NO. X 051 839

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

TRJ00254

PX ___: Comparison of CPD Investigative File Inventories