# PX 43

STATE OF ILLINOIS )
) SS
COUNTY OF C O O K )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,  )
    Plaintiff,  )
 )
vs.  ) No. 93-14710
 )
THADDEUS JIMENEZ,  )
    Defendant.  )

FILED
SEP 1 7 1997
AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

## MOTION IN LIMINE TO USE OUT OF COURT ADMISSION AGAINST PENAL INTEREST BY A THIRD PARTY, NON-DEFENDANT

NOW COMES THADDEUS JIMENEZ, by and through his attorney, CHARLES G. MURPHY, and moves that this Honorable Court grant his request that he be permitted to introduce at trial an out-of-court admission against penal interest by a third party, non-defendant.

1. That your Petitioner is charged with first degree murder.

2. That Victor Romo was charged in a Juvenile Court petition for delinquency with first degree murder in the same incident, and was subsequently found delinquent.

3. That Victor Romo testified at your Petitioner's first trial in this cause that your petitioner was not the gunman, but rather, it was Carlos Torres.

4. That prior to Mr. Romo's trial at Juvenile Court, his father, Ezequiel Romo, had an occasion to surreptitiously tape record a ~~telephone~~ conversation with Carlos Torres.

5. That during this conversation with Torres, he informed Mr. Romo, amongst other things, that he was the shooter. (See attachment.)

6. That he additionally, however, confirmed much of the State's evidence against Victor Romo, while completely exonerating your Petitioner.

7. That at the time of the filing of this Motion, the whereabouts of Carlos Torres are unknown.

8. That at the time of the first trial, Carlos Torres was under subpoena, but did not appear at Court.

WHEREFORE, your petitioner respectfully prays that this Honorable Court permit him to present this testimony of Ezequiel Romo concerning the out-of-court admission of Carlos Torres, as well as the tape recorded/transcription of the admission.

Respectfully Submitted,

_____
CHARLES G. MURPHY
ATTORNEY FOR DEFENDANT
343 S. Dearborn, Suite 1400
Chicago, Illinois 60604
312-697-0022
Attorney I.D. #25073