PX 48

Case: 1:09-cv-08081 Document #: 118-50 Filed: 09/03/11 Page 2 of 3 PageID #:1433

Cook County State's Attorney's Office 
## Investigations Bureau

# INVESTIGATIVE REPORT

| FILE/CONTROL#: | DOCKET#: 93CR14710 | REPORT#: 5 |
|---|---|---|
| SUBJECT: Investigative Report | One    TYPE OF CASE: Homicide | DATE DRAFTED: 8 Jan 2009 |
| SYNOPSIS OF REPORT: See Narrative | PERIOD COVERED: See Narrative | INVESTIGATOR (S): Brian Killacky |

This is an Investigative Report filed by Brian Killacky Star# 361, assigned to the Special Prosecution/ Cold Murder Unit:

**PC Case:**     Jimenez, Thaddius 93CR 14710

**Victim:**
Eric Morrow
ME Case # 046 Feb 1993
GSW Chest Dr. Lifchultze ME

**Chicago PD**
X 051839 Homicide
8 Feb 1993 3018 West Belmont

**Cold Murder Unit Assigned:**
ASA Tom Blesty
INV Brian Killacky
INV Joe Rodriguez
Inv Carlos Mitchem

**Post Conviction Unit**
ASA Celeste Stack
INV Thomas McGreal
Inv Jo Ann Ryan
Inv Margret Bamford

**Chicago Police Department**
Commander Joseph Salemne Area Five
Lt. Mark Hawkins Area Five Homicide
Det. Kevin McDonald Area Five Homicide

**Interviewed:**
(telephonic) Wiszo- Waty, Rosa F/2 SS 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
DOB 3-21-1975 1 Cobbler Ct South Elgin, Illinois
Employed Safe Passage DeKalb, Illinois 815 756 5228

Medina, Ms. 3246 Palmer 1st Floor (Left voice mail for R/I)

00042

To Be Interviewed        Robles, Leopoldo Jr. M/4 1370 Rock Run Drive Unit 10
                         Crest Hill, Illinois DOB 09/27/1973 SID # IL 30257960
                         SS# 350 80 2772

Investigation:           8 Jan 2009, the R/Is continued the investigation into this homicide. It was learned during an extensive review of the initial 1993 investigation into this homicide that the victim may have owed money to a drug dealer named "Leo".

An extensive investigation revealed that "Leo" may be a former boyfriend of the sister of Rosa Romo, an older sister to Victor Romo a co defendant in this homicide.

The assigned R/Is developed information that Rosa was currently working in DeKalb, Illinois and developed a telephone number to this location.

Rosa (Romo)              At 1500 Hours 08 January 2009, R/I Killacky called that facility and asked to speak to Rosa. The R/I learned from her that she did indeed have a brother named Victor and was aware of the homicide investigation. The R/I asked her where Leo was and she became upset that the R/I was contacting her and indicated that she wanted nothing to do with this investigation.

Ms. Medina               During attempts to locate and interview Juan Carlos Torres, in December 2008, the R/I spoke to the 1st floor resident of 3246 West Palmer, Ms Medina. She identified a photo of Torres and indicated that he may be living with a woman and children in the basement apartment. On 08 Jan 2009, she called the R/Is cell phone and left a message that about 2:30pm there was a moving van in front moving belongings from that apartment where Torres had resided.

Several attempts were also made on 08 January 2009 to locate Phil Torres a witness to this homicide. These efforts proved negative.

Grand Jury subpoenas will be issued to potential witnesses in this investigation and attempts are being made to locate "Leo".

Investigation to Continue:

Brian J Killacky                    Supervisor

00043