# PX 49

# Cook County State's Attorney's Office
# Investigations Bureau



## INVESTIGATIVE REPORT

| FILE/CONTROL#: | DOCKET#: 93CR14710 | REPORT#: 8 |
|---|---|---|
| One | | |

| SUBJECT: Investigative Report | TYPE OF CASE: Homicide | DATE DRAFTED: 24 Jan 2009 |
|---|---|---|

| SYNOPSIS OF REPORT: See Narrative | PERIOD COVERED: See Narrative | INVESTIGATOR (S): Brian Killacky |
|---|---|---|

This is an Investigative Report filed by Brian Killacky Star# 361, assigned to the Special Prosecution/ Cold Murder Unit:

**PC Case:**            Jimenez, Thaddius 93CR 14710

**Victim:**             Eric Morrow
                        ME Case # 046 Feb 1993
                        GSW Chest Dr. Lifchultze ME

**Chicago PD**          X 051839 Homicide
                        8 Feb 1993 3018 West Belmont

**Cold Murder Unit
Assigned:**             ASA Tom Biesty
                        INV Brian Killacky
                        ASA Linas Keleclus

**Post Conviction
Unit**                  ASA Celeste Stack
                        ASA Darrin O Brien
                        INV  Thomas McGreal
                        Inv Jo Ann Ryan
                        Inv Margret Bamford

**Chicago Police Department**   Commander Joseph Salemne Area Five
                        Lt. Mark Hawkins Area Five Homicide
                        Det. Kevin McDonald Area Five Homicide

**To Be Interviewed**   Phil Torres M/W 17 Sept 62
                        SS 359 54 8532
                        Attempted to locate again
                        24 Jan 2009 w/ negative results

Report to be
Submitted

Formal Bi lingual Interview of
Juan B Torres (Father of
Juan Carlos Torres)
From 26th and California Interview.
16 Jan 2009 (refer to R/Is report
Drafted 15 Jan 2009)

Interviewed:

Leopoldo C. Robles Jr.
1370 Rock Run Drive Unit 10
Crest Hill, Illinois 60403
Cell (773) 807 0963

Investigation:               On Friday 23 January 2009 at 1030 Hours, the Reporting/
Investigator picked up Leopoldo (Leo) Robles at his Crest Hill, Illinois residence.
At 1130 Hours, the R/I picked up Assistant States Attorney Darrin O Brien at 26th and California.
Leo had been previously interviewed on 16 and 12 January 2009 (refer to Inv Bamford reports).

Killacky/ O Brien and Leo then proceeded to the area in which
this homicide occurred. Leo directed the R/I and ASA to a residence at 2903 West Belmont.
This property is on the south side of Belmont. Leo indicated this is the building in which he stated
That he lived with Luis Hernandez (previously identified by Leo). He stated that the specific
apartment was on the third floor rear with a window view to the east.

Leo stated that he had problems at home and had stayed with Luis
for approximately three or four months. It is at this location that Luis gave him a weapon to dispose
of. Remembering back to 1993, Leo stated that Luis either handed it to him in the hallway (which
leads up from Belmont Ave.) or in the kitchen of the apartment. He stated it was disassembled and
that it was wrapped in a kitchen towel or rag.

Leo then directed the R/I and ASA to the north branch of the
Chicago River. Specifically on the north side of Belmont Ave on top of the bridge that spans
This river. Leo displayed how after Luis had instructed him to get rid of this weapon he did so.
Standing at approximately 2530 West Belmont (the center of the bridge) he tossed the weapon and
wrappings over the rail and into the water. Leo could not recall how he got to this location from the
apartment at 2903 West Belmont Ave.

Leo thought that it was nighttime and sometime later that evening
he learned from Luis that that Eric Morrow had been shot and killed and that was the weapon used
By Juan Carlos Torres to shoot him because "Eric was messing with Juan". According to Leo, he
has never spoken about this except with Luis and the Investigative staff of the CCSAO.

Leo also pointed out the residence of witness Phil Torres. This was
the third floor apartment located at 3012 West Belmont. This property is separated from the crime
scene by a vacant lot and is to the east of the crime scene. Without Torres leaning out his front
window it would be difficult to view the front of 3018 West Belmont. Leo also informed the R/I and
ASA that he was related to Kevin and Shawn Cosmen who are previously documented witnesses;
Leo indicated he always thought this homicide occurred further east on the north side of Belmont.

Leo then directed the R/I and ASA to 2970 North Sacramento. This
was the residence of Victor Romo. Victor was the co defendant convicted in this homicide and has
always contended that Juan Carlos Torres was the shooter. It also should be noted that Leo

fathered a child with the sister of Victor Romo, Rosa. The R/I had previously contacted her in reference to Leo and her brother and she declined to be interviewed. ( Rosa Wizo- Waty Romero ).

Leo indicated that he knew Victor had been sent to a juvenile facility for this offense. He indicated that he never discussed this incident with the family of Victor Romo or Victor himself.

Leo indicated that he has not seen Luis Hernández in several years and has not communicated with him about this homicide since this incident occurred. He indicated that he thought he was employed with the Illinois Department of Transportation (IDOT). He once ran into him shopping in Aurora, Illinois.

Based on information developed previously by Investigator Bamford and Ryan, the R/I and ASA proceeded to 6441 North Higgins apartment 2N. The R/I observed The name of Luis Hernandez on the mailbox located in the vestibule of this multi- unit apartment on the south side of Higgins Ave. Investigator Killacky left a business card with his office and county cell number in his specific mail box.

Leo was then driven back to his Crest Hill, Illinois residence. He again indicated he would co operate with the CCSAO in reference to this manner and was aware That he may be needed to appear before the grand jury on Thursday 5 Feb 2009.

On Saturday 24 January 2009, the R/I attempted to locate Phil Torres with negative results. The R/I then proceeded to the residence of Luis Hernandez and noted no response at this residence. The R/I then proceeded into 26th and California to author this report and review this investigation.

This investigation remains in progress.

Brian Killacky
Investigator 361
Cold Murder Unit
Cook County States Attorney Office

Brian Killacky        Date                                Supervisor        Date