# PX 50

# Cook County State's Attorney's Office
# Investigations Bureau



## INVESTIGATIVE REPORT

| FILE/CONTROL#: | DOCKET#: 93CR14710 | REPORT#: 3 |
|---|---|---|
| | One | |
| SUBJECT: Investigative Report | TYPE OF CASE: Homicide | DATE DRAFTED: 29 Dec 2008 |
| SYNOPSIS OF REPORT: See Narrative | PERIOD COVERED: See Narrative | INVESTIGATOR(S): Brian Killacky |

This is an Investigative Report filed by Brian Killacky, Star# 361, assigned to the Special Prosecution/ Cold Murder Unit:

**PC Case:** Jimenez, Thaddius 93CR 14710

**Victim:** Eric Morrow
ME Case # 046 Feb 1993
GSW Chest Dr. Lifchultze ME

**Chicago PD:** X 051839 Homicide
8 Feb 1993 3018 West Belmont

**Cold Murder Unit Assigned:**
ASA Tom Biesty
INV Brian Killacky
INV Joe Rodriguez
Inv Carlos Mitchem

**Post Conviction Unit:**
ASA Celeste Stack
INV Thomas McGreal

**Chicago Police Department:**
Commander Joseph Salemne Area Five
Lt. Mark Hawkins Area Five Homicide
Det. Kevin McDonald Area Five Homicide

**Investigation:** On 29 December 2008 at 0915 Hours, Investigator Killacky was contacted by Juan Carlos Torres from his cell phone @ (773) 621-5191. He requested to meet with the Investigative Team at his place of employment, the ESPN Zone located at Wabash and Ohio at 1130 Hours.

Torres, Juan
11/29/1978
Investigators Killacky and McGreal, along with ASA Stack arrived at that location at 1130 Hours as requested by Torres. ESPN personnel notified Torres the R/Is were there to interview him and directed the R/Is upstairs to an empty dining room to facilitate the interview requested by Torres. ( Upper level)

00038

Torres (Cont)

Torres, who is a short order cook at this facility, came into the room and thanked the R/Is for coming. The R/Is identified themselves individually and informed Torres that they were here to interview him if he had any independent or direct knowledge of a homicide that happened in front of the Honey Baked Ham in the 3000 Block of West Belmont in Feb. of 1993.

The R/Is showed him pictures of the two defendants arrested, charged and convicted of this homicide. First the photograph of Thaddeus Jimenez was shown to Torres and then the photograph of the co defendant Victor Romo. Torres stated that he did not know either of these individuals.

The R/Is asked Torres if he hand any information about this 1993 Homicide and he replied no.

The R/Is informed him that the attorneys for Thaddeus Jimenez are indicating that they may have information that he is not the individual who shot the victim Eric Morrow. The R/Is informed him Jimenez is in IDOC custody still for this offense. The R/Is asked Torres if he new the victim and he stated no. The R/Is again asked Torres if he had any information about this and he stated no. The R/Is specifically asked him if he knew who did this homicide and he replied no.

The R/Is asked him if he ever discussed this homicide with anybody and he stated no. The R/Is then asked him if he specifically spoke to Victor Romos father, Ezequiel Romo, back in 1993 and in person about this homicide and he replied no.

The R/Is informed Torres that Ezequiel had allegedly recorded this conversation and again asked Torres if he spoke to Ezequiel and he stated no.

The R/Is then asked Torres if he remembers the police talking to him about this case. He stated that he now remembers the police coming to his home and speaking to his father and him about this. He believes he told them he knew nothing about this murder.

Torres then stated he remembered going down to the court house with his father and speaking to lawyers. He stated that he thinks he was played this tape but told people that was not his voice on the tape.

At this point Torres girlfriend Maria Arreola and one of their children arrived at the interview site. The R/Is asked Torres if he would like to listen to the tape to determine if it was his voice. Torres indicated that he wished to speak to a lawyer before he did that and he promised to call back the R/Is. ASA Stack also provided him a card and suggested several legal hotlines to assist him, but did not provide him with a specific lawyer. At this point the interview requested by Torres was terminated until he speaks to counsel.

---

INVESTIGATOR (S)   Brian J. Killacky 861
29 Dec 2008

DATE

SUPERVISOR'S APPROVAL

DATE

This document is the property of Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization.

00039