# PX 51

**Investigations Bureau**



# INVESTIGATIVE REPORT

| FILE/CONTROL#: | DOCKET#: 93CR14710 | REPORT#: 2 |
|---|---|---|
| SUBJECT: Investigative Report | TYPE OF CASE: Homicide | DATE DRAFTED: 18 Dec.2008 |
| SYNOPSIS OF REPORT: See Narrative | PERIOD COVERED: See Narrative | INVESTIGATOR (S): Brian Killacky |

This is an Investigative Report filed by Investigator Brian J Killacky # 361, assigned to the Special Prosecutions/ Cold Murder Unit:

PC Case:
Jimenez, Thaddius
93 CR 14710

Victim:
Eric Morrow
ME Case # 046 Feb. 1993
GSW Chest.
Dr Lifschultz ME

Chicago PD
X 051 839 Homicide
8 Feb 1993 3018 West Belmont

Cold Murder
Unit Assigned
Brian Killacky
Joe Rodriguez
Carlos Mitchem
Tom Blesty ( Unit Supervisor )

Post Conviction
ASA Celeste Stack
INV Thomas McGreal

Unit

Investigation:       Continuing this investigation, on 22 December 2008, this investigative team again met as planned at Area Five Chicago Police located at 5555 West Grand Ave. Reports and evidence were again reviewed and attempts were made to locate Juan Carlos Torres in reference to this investigation.

Information was developed that he may be residing in a basement apartment located at 3246 West Palmer. Detective McDonald and Investigator Killacky proceeded to that location and found no one home at the apartment. R/I Killacky again left a business card with his office and cell number.

The R/Is also learned from Investigator Ryan of the CCSAO that he spoke to Sheldon of ESPN zone who told him that Juan Carlos Torres would be working 23 December and 26 December from 4pm on.

00036

calling for her boyfriend Juan and wanted to know why the R/I wished to speak to him. The R/I stated he has been looking to speak to Juan Carlos and asked where he was. Marie indicated he was not there and the R/I requested that he personally call him back.

On 22 December, the R/I received a call from ASA Matt Thrun who also received a call from a female named Marie. The R/I has attached his memo in reference to this call. (See Attached).

The R/Is continued looking to speak to Juan Carlos Torres on 23 December 2008 checking residences and his place of employment. At about 1500 hours, the R/I received an incoming call from 773 621 5191 from a person who identified himself as Juan Carlos Torres. Present for this call was ASA Celeste Stack and Inv Thomas McGreal. The R/I asked him is date of birth and other personal questions in which he answered. Torres wanted to know why the R/I wished to speak to him and told the R/I that a lawyer told him to ask why the R/I wished to speak to him. The R/I replied that he wished to speak to him in person in reference to an incident that happened years ago. Torres stated he was busy around Christmas and promised to call the R/I back after the Holiday.

Investigation to Continue

Brian J. Killacky #361

INVESTIGATOR (S)

16 Aug 2008

DATE

SUPERVISOR'S APPROVAL

DATE

This document is the property of Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization.