PX 57

# Cook County State's Attorney's Office
# Investigations Bureau



## ARREST REPORT

### DESCRIPTIVE/IDENTIFYING DATA

| ARREST NUMBER: W09 I 0331 | UNIT DESIGNATOR: J. Ryan #470 | FILE/CONTROL#: 93 CR 14710 |
|---|---|---|
| NAME(LAST, FIRST, MIDDLE): Torres, Juan Carlos | | ALIAS: Carlos Torres |
| ADDRESS: 607 East 141st Street, Hammond, Indiana 46327 | | PHONE: (219) 852-0083 |

| SEX: Male | RACE: Hispanic | DATE OF BIRTH (M,D,Y): 29 Nov 1978 | PLACE OF BIRTH: Unknown | |
|---|---|---|---|---|
| HEIGHT: 5'08" | WEIGHT: 190 | HAIR: Brown | EYES: Brown | SKIN TONE: Olive |
| SCARS/MARKS: | TATTOOS: | | FACIAL HAIR: Goatee | ATTIRE: |

| SS#: 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 | DL#: T62042378339 | OTHER#: FBI 366735DB7 |
|---|---|---|
| OCCUPATION: Laborer | | EMPLOYER: Unknown |
| EMPLOYER'S ADDRESS: Unknown | | EMPLOYER'S PHONE: Unknown |
| VEHICLE (YR, COLOR, MAKE, MODEL): 1990 Tan Dodge Truck LE | | LICENSE (YR, STATE, NUMBER): 2009 IL 43806-P (B |
| VIN: 1B7GL26X9LS614883 | DISPOSITON OF VEHICLE: Towed by request of Hammond PD by Herrera's | |
| GANG AFFILIATION: Unknown | BASIS FOR CAUTION: | |
| MEDICAL CONDITIONS/MEDICATION: Unknown | EMERGENCY CONTACT: Unknown | |

### ARREST DATA

| DATE/TIME OF ARREST: 1 May 2009 / 06:50 am | LOCATION: Hammond, Indiana | | |
|---|---|---|---|
| ARRESTING INVESTIGATORS: Joanne Ryan #470, Margaret Bamford #499, et al (see narrative) | OTHER POLICE PERSONNEL/AGENCIES: Hammond Police Department/Officer Michael Elkmann #550 | | |
| CHARGES (ILCS REFERENCES): 720 ILCS 5/9 1 (A) (2) | ACTIVE WARRANT CHECKS: LEADS/NCIC: ✓ FINGERPRINTS: ✓ | | |
| ASA APPROVING CHARGES: Darren O'Brien | CUSTODY DISPOSITION: Extradition Hearing, Lake County Indiana | | |
| COURT DATE: 4 May 2009 | COURT LOCATION: Lake County, Indian | BOND: No Bond | BOND#: |
| CPD-IR#: 1084848 | CB#: Hammond, Indiana 2009-00002135 | | |
| ISP-SID#: IL 38016080 IN | DCN#: | | |
| FBI#: 356735DB7 | | | |

TELEPHONE CALL ALLOWED (NAME, RELATION, NUMBER):
DOES ARRESTEE HAVE CHILDREN UNDER THE AGE OF 18 LIVING WITH HIM/HER, WHO MAY BE NEGLECTED? NO ✓ YES ☐
IF YES, (a) PLACEMENT WITH _____ (NAME & IDENTIFIERS)
(b) DCFS NOTIFIED NO ✓ YES ☐ (NAME & TX OF CONTACT) _____

NARRATIVE: (SEE REVERSE)

THIS DOCUMENT IS THE PROPERTY OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE INVESTIGATIONS BUREAU IT AND ITS CONTENTS ARE CONFIDENTIAL AND MAY NOT BE DISSEMINATED OUTSIDE YOUR AGENCY WITHOUT AUTHORIZATION.

NARRATIVE:

Reporting Investigators (R/Is) Joanne Ryan #470, Margaret Bamford #499, and Thomas McGreal #543 were assigned by Supervisor Curtis Conley to execute an arrest warrant on the above listed target, Juan Carlos Torres. Supervisor Conley assigned the following personnel to assist R/Is: Investigators Brian Killacky, Michael Paoletti, Al Perez, Michael Stanton, Michael McDermott, Bradford Lee, Renonia Galvin, Michael Plaxico, Dan Creamer, Paul Lambert.

On 1 May 2009 Juan Carlos Torres was placed under arrest without incident by Hammond Police Department pursuant to an arrest warrant (W09 I 0331). Torres was transported by Hammond Police to Hammond Police Department where he was processed. Torres awaits extradition proceedings via Lake County, Indiana courts.

Attachments:
1. Copy of Juan Carlos Torres booking photograph.
2. Copy of arrest warrant complaint for Juan Carlos Torres.
3. Copy of arrest warrant for Juan Carlos Torres.
4. Copy of Leads printout showing arrest warrant for Juan Carlos Torres.
5. Copy of Hammond Police Department Booking Card for Juan Carlos Torres.

End of report.

REPORTING INVESTIGATORS: _Margaret M. Bamford_ _Joanne Ry #470_
SECTION/UNIT OF ASSIGNMENT: _____
SUPERVISOR'S APPROVAL: _Curtis Conley #401_

00089


__66__
(Court Branch)   (Court Date)

Felony

CCCR N662-100M-3/14/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
Plaintiff

v.

Juan Carlos Torres
Defendant

COMPLAINT FOR PRELIMINARY EXAMINATION

No. _____

__Cook County State's Attorney Investigator Thomas F. McGreal__ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

__Juan Carlos Torres__    L.K.A. __3246 W. Palmer, Chicago, Cook County, Il__ has, on or about
(Defendant)                             (Address)

__February 3, 1993__ at __3018 W. Belmont, Chicago, Cook County, Illinois__
(Date)                              (Place of offense)

committed the offense of __First Degree Murder__ in that s/he
__Knowingly and without lawful justification caused the death of Eric Morro by__
__discharging a handgun towards him knowing that such act created a strong probability__
__of death or great bodily harm to that individual (Eric Morro) or another.__

In violation of __720__ ILCS __5/9__ __1(A)(2)__
(Chapter)         (Act)      (Section)

CHARGE CODE

_Thomas A. McGreal_
(Complainant's Signature)

STATE OF ILLINOIS } ss.
COOK COUNTY

__2650 S. California__   __773-869-2884__
(Complainant's Address)   (Telephone No.)

Thomas F. McGreal (For Eric Morro)
(Complainant's Name Printed or Typed)

being first duly sworn, __Thomas F. McGreal__ on oath, deposes and says that s/he read the foregoing
complaint by him/her subscribed and that the same is true.

_Thomas A. McGreal_
(Complainant's Signature)

Subscribed and sworn to before me _____

_____
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued,    Judge _____
or
Warrant Issued,   Bail set at, _____           Judge's No.
or                                   00091
Bail set of                           Judge

(11/23/98) CCCR-0650

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.
Juan Carlos Torres
(First) (M.I.) (Last)

Case No. 09-1-127842-01

☐ Violation of:
☐ Probation
☐ Supervision ☐ AMF
☐ Conditional Discharge ☒ Arrest
☐ BFW

### ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant Juan Carlos Torres
(First) (M.I.) (Last)

for the offense(s) of First Degree Murder
(Description)

720 ILCS 5/9 1(A)(2)
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at 2650 S. California Br. 66 101 9:00 A.M.
(Location) (Room) (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

No Geographic Limitations
(Geographic Limitations)

Prosecutor

Judge No.

Issued In Cook County 4-30-09

Bail Fixed at $ No Bail

Paul P Biebel Judge 1688 No.

ENTERED
JUDGE PAUL BIEBEL, JR. -1688
APR 30 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof, May 1, 2009
Dorothy Brown
Clerk of The Circuit Court
By Andrea N Van___
Deputy Clerk

Name Juan Carlos Torres
(First) (M.I.) (Last)
Alias Carlos Torres

Residence L.K.A. 3246 W. Palmer Chicago, Cook County, Illinois / 609 East 141st Street, Hammond, Indiana
Street City or Town State Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|---|---|---|---|---|---|---|---|---|
| M | WH | 5'09" | 195 lbs. | 11/29/78 | 30 | olive | med | T62042378339 |

| IR | CB/DCN | FBI | SID | Social Security | Forfeited Bond No. |
|---|---|---|---|---|---|
| 1084948 | | 356735DB7 | 3815080 | 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 | |

Complainant's Name Thomas F. McGreal #543 Address 2650 S. California -14th Fl.

Arresting Officer _____ Star No. _____ Agency/Unit _____ Officer's Key _____

Reviewed By _____ Audited By _____
Prosecutor Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
00092