# PX 58








** INFORMATION INDICTMENT RETURN SHEET **

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|
| | | | | YC |
| 09CR-9111 | 1084948 | JUAN CARLOS TORRES | 1 | 06/02/2009 |

GJ- 239

FBI-356735DB7 Sex: M Race: H DOB: 11/29/1978
ISB-38015080 Add: 607 E 141st St
CB-PRINT\ARR Hammond, IL 45327
RD/AR: X051839 Arrest Agy: Cook Cty Corr Dept
Arrest Date: 05/12/2009
Hgt: 5'09" Wgt: 195 Hair: BLK Eyes: BRO
DIRECT INDICTMENT 05/12/2009
ASA: Darren O Brien Unit: Branch 64
Chg: 1 Murder/Intent To Kill/Injure
720-5\9-1(A)(1) 0000735000 Class: M
Chg: 2 Murder/Strong Prob Kill/Injure
720-5\9-1(A)(2) 0000735100 Class: M

**BAIL PREVIOUSLY SET $ ________**



G.J. No. 239
GENERAL NO. 09 CR- 9111

---

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
May, 2009

---

COPY

The People of the State of Illinois
v.
Juan Carlos Torres

* INDICTMENT FOR *

1ST DEGREE MURDER ETC.

---

A TRUE BILL

[signature]
Foreman of the Grand Jury

---

WITNESSES
DET. M. ELKMAN

---

Filed ______________, 20 ___
____________________, Clerk
Bail $______________

---

FILED
2009 MAY 19 AM 8:53
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION
DOROTHY BROWN
CLERK

****************************************************************************

STATE OF ILLINOIS )
)SS
COUNTY OF COOK )

The May, 2009 Grand Jury of the
Circuit Court of Cook County

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about February 3, 1993 at and within the County of Cook

JUAN CARLOS TORRES

committed the offense of FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION, INTENTIONALLY OR KNOWINGLY SHOT AND KILLED ERIC MORRO WHILE ARMED WITH A FIREARM, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(1) OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

Charge ID Code: 735000
Case No. 09CR-9111

******************************************************************************

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about February 3, 1993 at and within the County of Cook

JUAN CARLOS TORRES

committed the offense of FIRST DEGREE MURDER

in that HE, WITHOUT LAWFUL JUSTIFICATION SHOT AND KILLED ERIC MORRO WHILE ARMED WITH A FIREARM, KNOWING THAT SUCH ACT CREATED A STRONG PROBABILITY OF DEATH OR GREAT BODILY HARM TO ERIC MORRO, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 9-1(a)(2) OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 735100
Case No. 09CR-9111

Anita Alvarez

CASE: 09CR0911101 S (START OF FELONY CASE) PAGE: 001 OF 001 PROD
DEFENDANT NAME: JUAN TORRES LST APPEAL:
GENERAL INFORMATION
CB: PRINT\ARR IR: 1084948 SID: 038015080 FBI: 356735DB7 RD: X051839

ATTORNEY INFORMATION -- NO ATTORNEYS ASSOC W/CASE --

CHARGE INFORMATION

| NBR | A | TYPE | CLASS | CHAPTER/SECTION | DESCRIPTION |
|---|---|---|---|---|---|
| 001 | | F | M | 720-5/9-1(a)(1) | MURDER/INTENT TO KILL/INJ |
| 002 | | F | M | 720-5/9-1(a)(2) | MURDER/STRONG PROB KILL/I |

DISPOSITION INFORMATION

051909-
IND/INFO-CLK OFFICE-PRES JUDGE 060209 1701
CLERK'S OFFICE 26TH & CALIFORNIA 0900 AM

END OF FILE

ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 001 DESTINATION _____