# PX 71

# Cook County State's Attorney's Office
## Investigations Bureau



# INVESTIGATIVE REPORT

| FILE/CONTROL#: | DOCKET#: 93CR14710 | REPORT#: 9 |
|---|---|---|
| | One | |
| SUBJECT: Investigative Report | TYPE OF CASE: Homicide/ PC Investigation | DATE DRAFTED: 3 February 09 |
| SYNOPSIS OF REPORT: See Narrative | PERIOD COVERED: See Narrative | INVESTIGATOR (S): Brian Killacky |

This is an Investigative Report filed by Brian Killacky Star# 361, assigned to the Special Prosecution/ Cold Murder Unit:

**PC Case:** Jimenez, Thaddius 93CR 14710

**Victim:** Eric Morrow
ME Case # 046 Feb 1993
GSW Chest Dr. Litchultze ME

**Chicago PD** X 051839 Homicide
8 Feb 1993 3018 West Belmont

**Cold Murder Unit Assigned:**
INV Brian Killacky
ASA Linas Kelecius

**Post Conviction Unit**
ASA Celeste Stack
ASA Darren O Brien

**Chicago Police Department**
Commander Joseph Salemne Area Five
Lt. Mark Hawkins Area Five Homicide
Det. Kevin McDonald Area Five Homicide

**Person Interviewed:**
Larry Tueffel M/2 21 Sept 1978
820 West Lawrence 2nd floor
(773) 769- 2570
Eye and circumstantial witness
To this homicide.
Previous interviews and testimony.

00219

Date Time @ Location
Of Interviews

* 3 Feb 2009 26th and California 13C10 1045
* 3 Feb 2009 vicinity of 3018 W Belmont 1300

Investigation        At 1045 Hours, ASA O'Brien and Investigator Killacky conducted a re interview of Larry. This took place in the 13c10 conference room at 26th and California. Shortly after the beginning of this interview, ASA Stack arrived and participated.

Larry told the group that on the day of the murder he had met with the victim Eric right after school. Larry, it should be noted was fourteen years of age at the time and attending Linne school.

It should also be noted that Larry is describing facts and circumstances, sixteen years to the day of this homicide. Larry seemed nervous but wished to be interviewed.

Larry indicated that at the time of the murder he was a member of the Royals street gang. He stated that Eric was not a gang member. Larry stated that he also knew the victims brother Nathan.

Larry also stated that he knew Thaddeus Jimenez. To his recollection, he thought he remembered seeing " TJ" in the hallway of the Cosmans on the day of Eric's murder with a gun. He contends at this time that " TJ" was not the person who shot Eric.

Larry remembers walking home with Eric to his residence on north Whipple to eat dinner. Eric came with him but stayed in the lobby or outside as Larry was not allowed to have visitors at dinner.

Larry stated that is was cold so he gave Eric a Bulls jacket and the proceeded to walk back to the Cosmans. While walking along Belmont Ave., they saw two individuals approaching them. One of them he knew as Victor Romo, the other one was unknown to him.

Larry stated the one unknown to him stated to Eric, that" you know you owe Leo money". Eric replied that it was none of his business. This individual displayed a gun and Eric told him to put it away. This person did and then Eric was pushed and he took a swing at the person with the firearm. This person then took out the gun. Larry stated that he ran through a vacant lot and heard a gun shot. Larry stated he saw the individuals running away and found Eric had been shot.

Larry told us the police responded and he gave them a description of the shooter. He told us that the shooter was not Thaddeus Jimenez, " TJ". Larry now informs us that the shooter is Juan Carlos Torres and that he had a nickname "Crazy ". He stated that he in fact knew Victor Romo previously.

Larry did not recall when asked by ASA O Brien that he originally provided the name of "Frankie " when he testified. He also was initially vague when asked how it became known to him that the shooter was "Juan Carlos Torres'. Larry looked at photos where he indicated he recognized Luis Hernandez, Leo Robles, Thaddeus Jimenez and Juan Carlos Torres. Larry commented that he thought Luis was a member of the " Triangle Group " which was some type of group or gang around the area.

The R/Is continued to ask Larry why he identified Jimenez as the shooter and he seemed to be nervous and uncertain. He indicated that he was never threatened by

prosecutors or the police into identifying or providing testimony into what he is now contending to be a false identification of the person who shot Eric.

He then told the members of the CCSAO the following story. Larry indicated that several days after the murder of his friend Eric he was at a friend named Dave's residence on Belmont. This may have been prior to the funeral of the victim.

Larry informed the group that he was approached by Luis Hernandez in the presence of another friend "Joey Bedran" at the residence. Larry is unsure if Dave was present or close enough in the residence to hear the conversation.

Larry stated that he has never told anyone this story. He indicated Luis told him that "Carlos" (meaning Juan Carlos Torres) wanted to kill him because he was a witness when he killed Eric. According to Larry, his friend "Joey" interceded and told Luis that Larry would not change his story about "TJ" and not to worry about Larry telling the authorities that "Carlos" was the actual killer. Larry felt that Luis was informing him that the real shooter, Juan Carlos Torres, wanted to come after him. Larry told the CCSAO that he feared for his life. He stated that he once saw "Carlos" some time later in the area of Fullerton and Cicero and that Carlos just stared directly at him. Again according to Larry, he felt that he would be killed if he mentioned the discrepancy in individuals who actually shot Eric.

The CCSAO terminated the interview and Investigator Killacky drove Larry to the vicinity of the homicide. Larry first directed Investigator Killacky to the residence in which he stated "Joey Bedran" lived. The R/I noted that this address was 3044 North California, on the second floor. Larry stated that this individual was several years older than him and that his mothers name was Debby. He indicated that he last say this individual around 1996 and Joey informed him that he was in the process of moving to Michigan (parts unknown). The R/I attempted to speak to the building residents with negative results. Larry told the R/I that his aunt may know where "Debby" was currently living.

Larry then directed the R/I to 3018 West Belmont. This is where Larry indicated that Eric was shot. Larry indicated that the business (Honey Baked Ham) had a steel door down in front of the windows at the time of the shooting.

Larry then showed the R/I the vacant lot that he ran when "Carlos" pulled out the weapon. The R/I noted that he ran north through this lot to an alley that runs east and west. Larry informed the R/I that it appeared they ran towards the rail road tracks west of Francisco.

Larry then directed the R/I to his residence in Feb of 1993. The R/I then noted this to be 3214 North Whipple. Larry pointed out the second floor apartment. Larry indicated that this is where he went home to dinner and where he gave Eric the Bulls jacket that he was wearing when he was shot and killed. Larry indicated that he and Eric walked south on Whipple, crossing to the east side of Whipple and then proceeded east along the north side of Belmont to the location of the confrontation and subsequent murder of Eric.

Larry then directed Investigator Killacky to the northwest corner of Belmont and Sacramento. Larry indicated that on the second floor is where the Cosmen family lived. Both he and Eric were there prior to the murder. It is also at this location that Larry recalls seeing "TJ" in the hallway or kitchen area with a gun. Larry could not exactly recall if this was the day of the homicide or not, but recalls one of the Cosmans telling TJ to leave because of his weapon possession.

00221

Larry then directed the R/I to 3116 West Belmont 1st and 2nd floor. He indicated that this is the residence of his friend Dave. This is also where Larry told the CCSAIO that Luis had spoke to him about Carlos wanting to kill him because he was a witness.

Larry believes that this conversation happened on the 1st floor of this property which was a vacant office at the time. Larry stated that the residence where Dave lived with his parents was on the second floor. Larry also indicated that "Joey and Dave" both in 1993 worked at the business to the west of this location. The R/I stopped in this business and left a card for the owner/manager to call the R/I.

Larry informed the R/I he would reach out to his aunt to identify "Joey". Larry indicated that he would be available to assist at any further time. Larry further stated that he has talked about this with other attorneys. He stated that Eric's brother Nathan, Victor Romos father and others were present when the lawyers played a tape which was in Spanish and the words on a screen in English. Larry told the R/I that he was shown numerous photographs and provided a taped interview. He stated that he was told that the voice on the tape was Victor's father and that he was speaking to Juan Carlos Torres. Larry stated that he was informed that this conversation was taped at the Burger King on Belmont and Elston.

Things to Do:
* Identify locate "Joey" and "Dave".
* Re interview Luis Hernandez
* Re interview Leo Robles
* Interview Phil Torres
* Re interview Shawn and Kevin Cosmen

Notifications:
ASA Celeste Stack
ASA Darren O Brien
ASA Linas Kelecius
ASA Tom Biesty
Sr. Sup Maurice Macklin
SUP. Larry Tuider
Inv Tom McGreal

Brian Killacky

Investigator 361
Cold Murder Unit
Cook County States Attorney Office

Brian Killacky

Supervisor

00222