# EXHIBIT A



andrew M. hale
& associates

7 S. Fairview, Suite 201
Park Ridge, IL 60068
P: 847-696-9020 · F: 847-696-9021

53 W. Jackson Blvd., Suite 1800
Chicago, IL 60604
P: 312-341-9646 · F: 312-341-9656

October 26, 2011

VIA U.S. MAIL & Electronic Mail

| | | |
|---|---|---|
| Arthur Loevy | Stuart J. Chanen | Locke E. Bowman |
| Jon Loevy | Lisa Castle | Eraena D. Hart |
| Russell Ainsworth | Valorem Law Group | Roderick MacArthur Justice Center |
| LOEVY & LOEVY | 35 E. Wacker Dr., 30th Floor | Northwestern University School of Law |
| 312 North May St., Suite 100 | Chicago, IL 60601 | 357 E. Chicago Ave. |
| Chicago, IL 60607 | | Chicago, IL 60611 |

Re: Thaddeus Jimenez v. City of Chicago et. al. 09 C 8081

Dear Counsel:

Defendants hereby supplement their Rule 26(a) disclosures with the name Carmelo Cortez, 4252 N. Milwaukee Ave., Chicago, IL. Mr. Cortez will testify that he was best friends with Eric Morro and that he spoke to Larry Tueffel on the night of the shooting and wanted to find out who shot Eric Morro, and that Larry Tueffel told him that "TJ" shot and killed Eric Morro.

Sincerely Yours,

Joan Ahn