# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 8081 | **DATE** | 1/6/2012 |
| **CASE TITLE** | Jimenez vs. Bogucki, et al. | | |

**DOCKET ENTRY TEXT**

The Court rules as stated below on the objections to the designated deposition testimony of Tina Elder, Danielle Zdeb, and Sandra Elder. The Court attributes a total of 34 minutes of the parties' trial time to this (the actual time spent by the Court was significantly greater), which it allocates 8.5 minutes to plaintiff and 25.5 minutes to defendants based on the 1:3 ratio of objections considered. The Court notes that the parties have not made their objections a part of the record and leaves it to them to determine whether to do so.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

**Tina Elder deposition:** The following objections are sustained: 24:22-24 (Rule 403); 26:20-22 (foundation / speculation); 44:8-11 (Rule 402); 78:20-23 and 78:24 - 79:7 (Rule 403); 86:6-8 (foundation); 87:9 - 88:7 (hearsay and Rule 403); 100:5-10 (hearsay); 103:2-8 (Rule 403); 105:19 - 106:2 (hearsay). The objection to 64:15-17 is overruled, but the insertion proposed by plaintiff is to be made. The remaining objections are overruled.

**Danielle Zdeb deposition:** The following objections are sustained: 16:13 - 17:2 (Rule 403); 70:7-8 (carryover sentence; relevance and Rule 403); 70:15-21 and 71:1-3 (Rule 403, given, primarily, the very low probative value of the convictions and their highly unfairly prejudicial nature if admitted). The remaining objections are overruled.

**Sandra Elder deposition:** The following objections are sustained: 15:11-15 (Rule 403); 79:10-22 (relevance and Rule 403); 82:12 - 83:1 (Rule 403). The testimony at pages 96-97 to which defendants object will be admitted if, and only if, the testimony about the alleged firebomb threat is admitted. The remaining objections are overruled.

| | Courtroom Deputy Initials: | mk |
|---|---|---|