**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 09 C 8081 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENTRY OF ORDER ALLOWING EVIDENCE AT TRIAL**

Defendant, the City of Chicago (the "City"), in response to a request from plaintiff, respectfully moves for entry of an Order allowing it to remove the original area file for RD Number X051839 ("Area File") and bring it to the trial of this cause, and in support thereof, states:

1.      The trial of this cause is scheduled for January 9, 2012 in Courtroom 2103.

2.      On January 5, 2012 at approximately 7:42 p.m., Plaintiff requested the City to bring the Area File to the trial and to have it present through the completion of the trial.

3.      In order to accommodate plaintiff's request, an Order is needed.  A proposed Order in this regard is attached hereto as Exhibit A and incorporated by reference.

WHEREFORE, the City of Chicago, respectfully requests this Court to enter the attached Order and for such other and further relief deemed reasonable by this Court.

Respectfully submitted,


 s/Harry N. Arger
One of the Attorneys for Defendant, City of
Chicago

Terrence M. Burns
Harry N. Arger
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
312-876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I electronically filed the foregoing **Motion for Entry of Order Allowing Evidence at Trial** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record:

Jon Loevy
Loevy & Loevy
312 N. May Street
Chicago, Illinois 60607
312.243.5900

Stuart J. Chanen
Lisa R. Carter
Valorem Law Group LLC
35 E. Wacker Drive
Suite 2900
Chicago, Illinois 60601
312.676.5480

Locke E. Bowman
Roderick Macarthur Justice Center
Northwestern University School of Law
357 E. Chicago Ave.
Chicago, Illinois 60611
312.503.0844

Andrew M. Hale
Avi T. Kamionski
Joan Ahn
Andrew M. Hale & Associates, LLC
53 W. Jackson Blvd.
Suite 1800
Chicago, Illinois 60604
312.341.9646

s/ Harry N. Arger
Harry N. Arger