IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THADDEUS JIMENEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 09 C 8081 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Matthew Kennelly |
| ) | |
| Defendants. ) | |

**ORDER**

This matter coming on to be heard on plaintiff's request for the original area file for RD Number X051839 and the City of Chicago's motion for an order allowing same, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The City of Chicago's motion based on plaintiff's request for the original area file for RD Number X051839 ("Area File") to be present at the trial of this cause is granted; and

2. This Court hereby orders the Chicago Police Department to bring to the trial of this cause as soon as practicable the Area File and for the Area File to be returned to the Chicago Police Department upon the conclusion of the trial.

ENTERED:

Dated: Jan. 6, 2012

_____
Judge

Harry N. Arger
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
312.876.1700