IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THADDEUS JIMENEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09 C 8081 |
| ) | |
| CITY OF CHICAGO, JEROME BOGUCKI, ) | |
| MARK SANDERS, RAYMOND SCHALK, ) | |
| FERNANDO MONTILLA, LAWRENCE RYAN, ) | |
| and ROBERT WHITEMAN, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court hereby orders that the arrest warrant previously issued for Phillip Torres is hereby quashed and recalled.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: January 20, 2012