# United States District Court

## Northern District of Illinois

Eastern Division

Jimenez                                          **JUDGMENT IN A CIVIL CASE**

            v.                                                  Case Number: 09 C 8081

City of Chicago

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Thaddeus Jimenez and against Jerome Bogucki in the amount of $25 million.

                                        Thomas G. Bruton, Clerk of Court

Date: 1/24/2012                                           _____
                                                              /s/ Olga Rouse, Deputy Clerk