**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Thaddeus Jimenez, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Chicago of Chicago, et al. | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO CORRECT JUDGMENT ORDER NUNC PRO TUNC**

Plaintiff, by his attorneys, Loevy & Loevy, the Valorem Law Group, and the MacArthur Justice Center, respectfully moves to correct the Court's 1/24/12 judgment order *nunc pro tunc*, stating in support as follows:

1. On January 24, 2012, the jury returned its verdict in favor of the Plaintiff and against Defendant Bogucki, finding violations of state and federal law. On that same date, this Court entered judgment in favor of Plaintiff and against Defendant Bogucki.

2. On December 19, 2011, the parties, including Plaintiff, Defendant Bogucki and Defendant City of Chicago, filed an Amended Stipulation and Waiver of proof ("Stipulation") regarding resolution of Plaintiff's claims against the City.

3. As a result of the verdict against Defendant Bogucki and pursuant to the Stipulation, the judgment order should reflect judgment is entered against Defendant Bogucki and the City of Chicago.

4.      On January 26, 2012, a copy of this motion has been provided to counsel for the City and counsel for Bogucki prior to filing. No party objects to the relief sought herein.

WHEREFORE, plaintiff respectfully requests that the Court correct the judgment order *nunc pro tunc* to reflect entry of judgment against Defendant Bogucki and the City of Chicago.

Respectfully Submitted,

/s/ Jon Loevy
One of Thaddeus Jimenez's Attorneys

| | | |
|---|---|---|
| Stuart J. Chanen | Arthur Loevy | Locke E. Bowman |
| Lisa R. Carter | Jon Loevy | Roderick MacArthur Justice Center |
| Valorem Law Group | Russell Ainsworth | Northwestern U. School of Law |
| 35 E. Wacker Drive | LOEVY & LOEVY | 357 E. Chicago Avenue |
| 30th Floor | 312 North May Street | Chicago, IL 60611 |
| Chicago, IL 60601 | Suite 100 | |
| | Chicago, IL 60607 | |

## CERTIFICATE OF SERVICE

I, Jon Loevy, an attorney, certify that on January 31, 2012, I delivered by CM/ECF Electronic filing the attached motion to counsel of record.

/s/ Jon Loevy