# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 8081 | **DATE** | 2/1/2012 |
| **CASE TITLE** | Jimenez vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to correct judgment order nunc pro tunc is granted (294). A correct judgment will be entered.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|