AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Jimenez                                              **JUDGMENT IN A CIVIL CASE**

            v.                                                   Case Number: 09 C 8081

City of Chicago, et al

- ■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Thaddeus Jimenez and against defendants Jerome Bogucki and the City of Chicago in the amount of $25 million.

                                                Thomas G. Bruton, Clerk of Court

Date: 1/24/2012                             _____
                                                      /s/ Olga Rouse, Deputy Clerk