# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Thaddeus Jimenez
                    Plaintiff,

v.                                      Case No.: 1:09−cv−08081
                                        Honorable Matthew F. Kennelly

City Of Chicago, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 13, 2012:


    MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys by telephone. Settlement Conference set for 2/21/2012 at 10:30 AM.(or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.