**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO and | ) | |
| JEROME BOGUCKI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTIONS**

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that on February 21, 2012, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW and DEFENDANTS' RULE 59 MOTION FOR A NEW TRIAL.

Please take further notice that on Tuesday, February 28, 2012, at 9:30 a.m., I or another attorney acting on behalf of Defendant Bogucki will appear before United States District Judge Matthew F. Kennelly and present the above referenced motions.

                                          Respectfully Submitted,

                                        /s/ *Joan E. Ahn*
                                        One of the Attorneys for Defendant Bogucki

Andrew M. Hale
Avi T. Kamionski
Joan E. Ahn
Andrew M. Hale & Associates, LLC
53 W. Jackson, Suite 1800
Chicago, IL 60604
312-341-9646

## **CERTIFICATE OF SERVICE**

    I, Joan E. Ahn, an attorney, hereby certify that on February 21, 2012, I caused DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW and DEFENDANTS' RULE 59 MOTION FOR A NEW TRIAL to be served upon all counsel of record by filing the same before the Court via the ECF system.

                                                     /s/ Joan E. Ahn