# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3

 4   THADDEUS JIMENEZ,              )
                                    )
 5                  Plaintiff,      )  Docket No. 09 C 8081
                                    )
 6            vs.                   )
                                    )
 7   JEROME BOGUCKI,                )  Chicago, Illinois
                                    )  January 24, 2012
 8                  Defendant.      )  2:35 p.m.

 9

10                            VOLUME 11
                       TRANSCRIPT OF PROCEEDINGS
11        BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
     APPEARANCES:
13

14   For the Plaintiff:      LOEVY & LOEVY
                             BY:  MR. JONATHAN I. LOEVY
15                                MR. VINCENZO FIELD
                             312 North May Street
16                           Suite 100
                             Chicago, Illinois   60607
17

18                      MR. LOCKE E. BOWMAN, III
                             MAC ARTHUR JUSTICE CENTER
19                           Northwestern University
                             School of Law
20                           357 East Chicago Avenue
                             Chicago, Illinois   60611
21

22                      VALOREM LAW GROUP, LLC
                             BY:  MR. STUART J. CHANEN
23                                MS. LISA R. CARTER
                             35 East Wacker Drive
24                           Suite 3000
                             Chicago, Illinois   60601
25
```

```
1   For the Defendant:    ANDREW M. HALE & ASSOCIATES
                          BY:  MR. ANDREW M. HALE
2                              MS. JOAN E. AHN
                               MR. AVI T. KAMIONSKI
3                         53 West Jackson Boulevard
                          Suite 1800
4                         Chicago, Illinois  60604
```

```
24          LAURA M. BRENNAN - Official Court Reporter
             219 South Dearborn Street - Room 2102
                    Chicago, Illinois  60604
25                      (312) 435-5785
```

1       (The following proceedings were had in open court:)
2       MR. CHANEN: I just said to the lawyers at sidebar
3  and I'm just saying to everybody else now that the verdict
4  form in this case has the names of the jurors on it, obviously
5  their signatures, and the lawyers will get that. But I'm
6  going to direct the lawyers not to -- they can obviously give
7  it to their clients, and that includes the City, obviously, on
8  the defense side. I'm going to direct that you not
9  disseminate it beyond that, and I had best never see it on a
10 website anywhere with the jurors' names on it because somebody
11 will be back in here answering why. Okay. It's a privacy
12 consideration for the jurors.
13      MR. LOEVY: Your Honor, on that subject, can we not
14 contact jurors?
15      THE COURT: The rules of the Court say you can't
16 unless I say you can, and I'm not saying you can.
17      MR. LOEVY: Thank you.
18    (The following proceedings were had in the presence and
19 hearing of the jury:)
20      THE COURT: You can all have a seat for about 30
21 seconds.
22      Scratch what I said before. It turns out that we'll
23 not need a second phase of the trial after all. So I'm going
24 to excuse you from further service at this time. Your service
25 is completed in the case. I want to thank all of you.