IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### OVERSIZED COMBINED RESPONSE BRIEF, *INSTANTER*

Plaintiff, by his attorneys, LOEVY & LOEVY, THE VALOREM LAW
GROUP, and THE MacARTHUR JUSTICE CENTER, respectfully requests
that the Court grant them leave to file the Response brief
attached hereto as Exhibit A, stating in support as follows.

1.    Plaintiff's responses to the Defendants' Rule 50
and Rule 59 motions are presently due today, March 28, 2012.
Plaintiff's counsel have worked diligently on their combined
Response to both motions, and have completed it.  A copy is
attached hereto as Exhibit A.

2.    The Court's existing order allotted 40-pages for
Plaintiff's Responses.  Plaintiff respectfully requests leave to
file the attached 50-page brief (including the signature block).
There were numerous legal issues to address, and Plaintiff's
counsel have worked very hard to trim the brief to its existing
length.  Plaintiff respectfully submits that the resulting brief
is not redundant, and will assist the Court's consideration of
the important issues raised.  Given the stakes for the Mr.
Jimenez, plus the desire to put all of Plaintiff's cards on the

table for the City in the context of Plaintiff's settlement position, Plaintiff respectfully requests leave to excuse the current page limits. Overall, Defendants will have more total pages, given their forthcoming Replies.

     3.    Finally, for whatever else it is worth, the font is sort of large, and the brief would be significantly shorter if crammed into a small font.

WHEREFORE, Plaintiff respectfully requests leave to file instanter the Response attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED:

/s/ Jon Loevy
_____
Attorneys for Plaintiff

| Jon Loevy | Stuart Chanen | Locke Bowman |
|---|---|---|
| LOEVY & LOEVY | VALOREM LAW GROUP | MacARTHUR JUSTICE CENTER |
| 312 North May St. | 35 East Wacker | 375 East Chicago |
| Chicago, IL 60607 | Chicago, IL 60601 | Chicago, IL 60611 |