IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THADDEUS JIMENEZ, | ) |
| Plaintiff, | ) 09 C 8081 |
| v. | ) Judge Kennelly |
| CITY OF CHICAGO, et al. | ) |
| Defendants. | ) Jury Trial Demanded |

## PLAINTIFF'S EXHIBITS IN SUPPORT OF PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS' RULE 50 AND RULE 59 MOTIONS

Arthur Loevy
Jon Loevy
Vince Field
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

Stuart Channen
Lisa Carter
VALOREM LAW GROUP
35 East Wacker
Suite 3000
Chicago, IL 60601

Locke Bowman
MacARTHUR JUSTICE CENTER
University of Chicago
375 East Chicago Avenue
Chicago, IL 60611

```
              IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THADDEUS JIMENEZ,                   )
                                    )
        Plaintiff,                  )    09 C 8081
                                    )
        v.                          )    Judge Kennelly
                                    )
CITY OF CHICAGO, et al.             )
                                    )
        Defendants.                 )    Jury Trial Demanded
```

**PLAINTIFF'S EXHIBIT LIST**

Exhibit A: 1994 Criminal Trial Transcript pg. B108

Exhibit B: Defendant's Due Process Instruction

Exhibit C: Deposition Transcript Pages

Exhibit D: Defendant's Carmelo Cortez Disclosure Letter

Exhibit E: Plaintiff's E-mail re Cortez Disclosure

Exhibit F: Trial Transcript Pages