UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO and | ) | |
| JEROME BOGUCKI, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR RULE 50 AND RULE 59 MOTIONS**

Defendants City of Chicago and Jerome Bogucki ("Defendants"), by their undersigned attorneys, hereby move this Court for a one-week extension of time to file their reply in further support of their Rule 50 and Rule 59 motions. In support of this motion, Defendants state as follows:

1. Defendants' reply in further support of their Rule 50 and Rule 59 motions is currently due on April 20, 2012.

2. Defendants have been working diligently on their reply brief, but Plaintiff's fifty-page response raises numerous issues which Defendants must address.

3. Therefore, Defendants respectfully request a one-week extension of time to file their reply brief.

4. Defendants have communicated with Plaintiff regarding the requested extension of time, and Plaintiff has no objection to this motion.

5. Defendants will not be seeking any further extensions of time.

WHEREFORE, Defendants respectfully request that this Court extend the deadline for the filing of their reply in further support of their Rule 50 and Rule 59 motions to April 27, 2012.

        Respectfully Submitted,

        /s/ Joan E. Ahn
        One of the Attorneys for Defendant Bogucki

| | |
|---|---|
| Andrew M. Hale | Harry Arger |
| Avi T. Kamionski | Terrence Burns |
| Joan E. Ahn | Daniel Noland |
| Andrew M. Hale & Associates | Dykema |
| 53 W. Jackson, Suite 1800 | 10 S. Wacker Dr., Suite 2300 |
| Chicago, IL 60604 | Chicago, IL 60606 |
| (312) 341-9646 | (312) 876-1700 |

## **CERTIFICATE OF SERVICE**

    I, Joan E. Ahn, an attorney, hereby certify that on April 16, 2012, I caused DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR RULE 50 AND RULE 59 MOTIONS to be served upon all counsel of record by filing the same before the Court via the ECF system.

                                                          /s/ Joan E. Ahn