**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO and | ) | |
| JEROME BOGUCKI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that on April 16, 2012, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR RULE 50 AND RULE 59 MOTIONS.

Please take further notice that on Thursday, April 19, 2012, at 9:30 a.m., I or another attorney acting on behalf of Defendant Bogucki will appear before United States District Judge Matthew F. Kennelly and present the above referenced motion.

                                                               Respectfully Submitted,

                                                               /s/ *Joan E. Ahn*
                                                               One of the Attorneys for Defendant Bogucki

Andrew M. Hale
Avi T. Kamionski
Joan E. Ahn
Andrew M. Hale & Associates, LLC
53 W. Jackson, Suite 1800
Chicago, IL 60604
312-341-9646