UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THADDEUS JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-8081 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO and | ) | |
| JEROME BOGUCKI, | ) | |
| | ) | |
| Defendants. | ) | |

**INDEX OF TRIAL EXHIBITS ADMITTED INTO EVIDENCE**

**Plaintiff's Exhibits**

| Number | Description |
|---|---|
| PX 1 | General Offense Case Report, 2/3/93 |
| PX 2 | General Progress Report Re: Larry Tueffel |
| PX 3 | General Progress Report Re: Phil Torres |
| PX 4 | Supplementary Report, 2/4/93 |
| PX 5 | Polaroid Photograph of Thaddeus Jimenez |
| PX 13 | Supplementary Report Re: Lineup, 2/4/93 |
| PX 14 | Supplementary Report, 2/10/93 |
| PX 15 | General Progress Report Re: Juan Carlos Torres |
| PX 16 | General Progress Report Re: Ezequiel Romo |
| PX 18 | Translation of Ezequiel Romo Audiotape |
| PX 19 | Supplementary Report, 3/8/93 |
| PX 22 | Investigative File Inventory |
| PX 24 | Photograph of note, Property Inventory No. 1058724 |
| PX 31 | Letter from Thaddeus Jimenez to Steve Drizin, 7/12/05 |
| PX 39 | Order on Petition for Relief from Judgment and Motion for New Trial, 5/1/09 |
| PX 40 | Certificate of Innocence, 6/3/09 |
| PX 44 | General Progress Report Re: Tina Elder |
| PX 62 | Chicago Police Officers' Attorney's Motion to Apprise the Court of Evidence Exonerating Juan Carlos Torres |
| PX 73 | "Edited" Video of Ezequiel Romo Audiotape |
| PX 74 | "Unedited" Video of Ezequiel Romo Audiotape |
| PX 75 | Supplementary Report, 2/10/93 |
| PX 76 | Supplementary Report, 3/8/93 |
| PX 78 | Aerial Map of Neighborhood |
| PX 81 | Photograph of Honey Baked Ham and Adjacent Lot |

| | |
|---|---|
| PX 92 | Video of Thaddeus Jimenez Exiting Prison |
| PX 93 | Video of Thaddeus Jimenez Greeting His Mother |
| PX 94 | Video of Thaddeus Jimenez Hugging His Mother |
| PX 95 | Map of Belmont from Whipple to Sacramento |
| PX 129 | Poem: "Played to the Left" |

**Defense Exhibits**

| Number | Description |
|---|---|
| DX 1 | General Offense Case Report, 2/3/93 |
| DX 2 | General Progress Report Re: Tina Elder |
| DX 3 | General Progress Report Re: Tina Elder |
| DX 4 | General Progress Report Re: Phil Torres |
| DX 5 | General Progress Report Re: Sandra Elder |
| DX 6 | General Progress Report Re: Larry Tueffel |
| DX 7 | General Progress Report Re: Cindy Hunter |
| DX 9 | General Progress Report Re: Victor Romo |
| DX 10 | General Progress Report Re: Juan Carlos Torres |
| DX 13 | Supplementary Report, 2/4/93 |
| DX 14 | Supplementary Report Re: Lineup, 2/4/93 |
| DX 15 | Supplementary Report, 2/10/93 |
| DX 16 | Supplementary Report, 3/8/93 |
| DX 18 | Thaddeus Jimenez Arrest Report, 2/4/93 |
| DX 20 | Victor Romo Arrest Report, 2/10/93 |
| DX 31 | Crime Scene Photograph No. 3 |
| DX 32 | Crime Scene Photograph No. 4 |
| DX 34 | Photographs of 3012 W. Belmont |
| DX 36 | Photograph of Lineup |
| DX 37 | Individual Photograph of Thaddeus Jimenez |
| DX 38 | Individual Photograph of Thaddeus Jimenez in Duke Jacket |
| DX 39 | Close-Up Photographs of Thaddeus Jimenez |
| DX 40 | Photograph of Victor Romo |
| DX 42 | Photograph of Eric Morro's jacket, Property Inventory No. 1058724 |
| DX 43 | Photograph of Eric Morro's shirt, Property Inventory No. 1058724 |
| DX 44 | Photograph of items, Property Inventory No. 1058724 |
| DX 53 | Subpoena to Juan Carlos Torres |
| DX 72 | Letter from Thaddeus Jimenez to Elizabeth Heatley Postmark 2/26/93 |
| DX 73 | Letter from Thaddeus Jimenez to Elizabeth Heatley Dated 3/22/93 (1) |
| DX 74 | Letter from Thaddeus Jimenez to Elizabeth Heatley Dated 3/22/93 (2) |
| DX 75 | Letter from Thaddeus Jimenez to Elizabeth Heatley Postmark 4/19/93 |
| DX 76 | Letter from Thaddeus Jimenez to Elizabeth Heatley Postmark 4/21/93 |
| DX 78 | Letter from Thaddeus Jimenez to Elizabeth Heatley Dated 5/1/93 |
| DX 83 | Poem: "Devilish" |
| DX 85 | Poem: "Real Friends - The Second Half!" |
| DX 98 | Letter from Thaddeus Jimenez to Victoria Jimenez, 12/26/05 |

| DX 99 | Letter from Thaddeus Jimenez to Angela Jimenez, 4/15/01 |
| --- | --- |
| DX 107 | Letter from Susie Jimenez to Thaddeus Jimenez , 5/28/98 |
| DX 114 | Letter from Susie Jimenez to Thaddeus Jimenez, 3/29/05 |
| DX 116 | Letter from Robert Jimenez to Thaddeus Jimenez |
| DX 123A | Letter from Ashley to Thaddeus Jimenez |
| DX 130 | Larry Tueffel Affidavit, 8/20/10 |
| DX 131 | Photograph of Juan Carlos Torres |
| DX 143A-B | Investigative Status and Billing Ledgers |
| DX 183 | Translation of Ezequiel Romo Audiotape |
| DX 200 | Testimony of Rosa Wiszo-Waty at Juan Carlos Torres' Grand Jury Hearing |
| DX 208 | Map of Victor Romo's House |

                Respectfully Submitted,

                /s/ Joan E. Ahn
                One of the Attorneys for Defendant Bogucki

Andrew M. Hale
Avi T. Kamionski
Joan E. Ahn
Andrew M. Hale & Associates, LLC
53 W. Jackson, Suite 1800
Chicago, IL 60604
312-341-9646

3