# GENERAL OFFENSE CASE REPORT — CHICAGO POLICE

| Field | Value |
|---|---|
| 1. Offense/Incident Primary Classification | HOMICIDE |
| IUCR Off. Code | 0110 |
| 2. Secondary Classification | MURDER |
| 3. R.D. No. | X-051839 |
| 4. Address of Occurrence | 3018 W. BELMONT AVE. |
| Apt. No. | — |
| 5. Fire Related | NA / 2 NO |
| 6. Date of Occurrence – Time (APROX) | 3 FEB 93 1825 |
| 7. Beat of Occur. | 1733 |
| 8. Beat/Unit Assign. | 1733 |
| 9. Type of Location or Premise | ON STREET |
| 10. Location Code | 304 |
| 11. Date R.O. Arrived – Time (APROX) | 3 FEB 93 1830 |
| 12. Assigned By | 1 C.O.S. |

## Victims / Witnesses

| # | Name (Last–First–M.I.) | Home Address | Sex-Race-Age | Home Phone | Business Phone | Occupation | Injured Y/N | Victim Rel. Code |
|---|---|---|---|---|---|---|---|---|
| 1 | MORRO, ERIC | 3251 N. ALBANY | M 5 19 | 604-8733 | — | NONE | X | 24 |
| | MORRO, MARY (BOGUCKI) | THOMPSON, ILL | F | 815-273-7013 | | | | |
| #1 Discovered / Witnessed / Reported Offense | TUEFFEL, LARRY R. (21 SEP 78) | 3214 N. WHIPPLE | M 2 14 | 604-8255 | | | | |
| #2 | TORRES, PHILLIP | 3012 W. BELMONT | M 2 30 | 685-0573 | | | | |
| #3 | ELDER, SANDRA M. | 3251 N. ALBANY | F 2 43 | 604-8733 / 472-1821 | | | | |

Race Codes: 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMER. IND./ALASK. NAT., 6-ASIAN/PACIFIC ISLANDER

Offender/Victim Relationship Codes (Use for Member of the Same Family or Household): 01-WIFE, 02-HUSBAND, 03-FORMER WIFE, 04-FORMER HUSBAND, 05-MOTHER, 06-FATHER, 07-SON, 08-DAUGHTER, 09-BROTHER, 10-SISTER, 11-AUNT, 12-UNCLE, 13-MOTHER-IN-LAW, 14-FATHER-IN-LAW, 15-SON-IN-LAW, 16-DAUGHTER-IN-LAW, 17-BROTHER-IN-LAW, 18-SISTER-IN-LAW, 19-OTHER RELATIVE, 20-GIRL FRIEND, 21-BOYFRIEND, 22-FRIEND/ACQUAINTANCE, 23-OTHER–SPECIFY, 24-NO RELATIONSHIP

## Offender

41. OFFENDER'S NAME: "SEE NARRATIVE"  A5

**PERMANENT RETENTION FILE**

## Circumstances

- 51. Object/Weapon: ☒ 01 HAND GUN
- 52. Firearm Features: ☒ 01 CHROME/NICKEL
- 55. Burglary: ☒ DNA / ON PREMISE
- 57. Insurance: ☒ 09 DNA
- 59. Gang Related – Affiliation: ☒ OFFENDER — TRIANGLES

## Property

71. Describe Property in Narrative — 6 NONE ☒

## Narrative

BEAT 1733 ASSIGNED BY C.C. TO "MAN SHOT" AT BELMONT & SACRAMENTO. UPON ARRIVAL, R/O'S NOTED A LARGE CROWD AT 3018 W. BELMONT & A M/5 VICTIM LYING ON THE SIDEWALK LIMP & ASHEN COLOR. R/O'S IMMEDIATELY NOTD. ZONE 1 THAT SHOOTING WAS BONIFIDE & REQUESTED AMBULANCE. R/O'S

81. Sobriety of Victim: ☒ 1 SOBER
82. Flash Message Sent: ☒ YES

92. Officer Notifying Follow-up/Investig. Unit: RYAN #17159 — A/S V.C. SGT. KUHN #1013 — 3 FEB 93 1950
94. Officer Notifying M.E.: RYAN #17159 — Person Notified: OFF. GARDNER #8262 — 3 FEB 93 1945

95. Reporting Officer: R. WHITEMAN #17003 — signature R. Whiteman — 3 FEB 93 2210
Reporting Officer: T. RYAN #17159 — signature T. Ryan
97. Supervisor Approving: SGT V. JORDRYK #280 — Approved 3/5/93

CPD-11.380 (REV. 8/82)

JIM00004

**CONTINUATION OF NARRATIVE**

GATHERED UP WITNESSES TO SHOOTING & PROTECTED CRIME SCENE. R.D.NO. X-051830

DESCRIPTION OF OFFENDERS: #1-SHOOTER- M/WH. HIS., 5'4-5'5, 13-14 YRS, CURLY BLK HAIR WEARING PURPLE JACKET WITH YELLOW LETTERING AND/OR #5; BAGGY BLUE JEANS, ARMED WITH SMALL CALIBER SILVER HANDGUN. #2- M/WH. HIS. 13-14 YS. 5'6-5'7, PARTIALLY SHAVED BLACK HAIR, WEARING BLUE "GEORGETOWN STARTER JACKET. HISTORY OF INVESTIGATION: WIT. #1 STATED THAT HE & VICTIM WERE CONFRONTED BY OFFENDERS ON STREET COMPLAINING ABOUT VICTIM OWEING MONEY. OFF. #1 PRODUCED HANDGUN FROM POCKET & POINTED SAME AT VICTIM. VICTIM SHOUTED "TRIANGLE KILLERS" & TOLD OFFENDER TO PUT GUN AWAY WHICH HE DID. VICTIM THEN SWUNG AT OFFENDER & MISSED. AT THIS TIME OFF. #1 PULLED OUT HANDGUN AGAIN & BOTH OFFENDERS PUSHED VICTIM AGAINST WALL. OFF. #1 THEN PLACED HANDGUN AGAINST VICTIMS' UPPER CHEST & FIRED ONE ROUND. VICTIM STAGGERED TO CURB & FELL. OFFENDERS THEN FLED Y4 BLK. W.B. ON BELMONT & THEN N.B. ON WHIPPLE. VICTIM TRANSPORTED BY CFD. #48 TO ILLINOIS MASONIC FOR

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. Sgt V Turdyk 988 3 FEB 93

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

JIM00005

**GENERAL OFFENSE CASE REPORT — CHICAGO POLICE**

| Field | Entry |
|---|---|
| 1. Offense/Incident Primary Classification | HOMICIDE |
| I-UCR Off. Code | 0110 |
| 2. Secondary Classification | MURDER |
| 3. R.D. No. | X-051839 |
| 4. Address of Occurrence | 3018 W BELMONT |
| 5. Fire Related | NO |
| 6. Date of Occurrence – Time | 3 FEB 93, APPROX 1825 |
| 7. Beat of Occur. | 1733 |
| 8. Beat/Unit Assign. | 1733 |
| 9. Type of Location or Premise | ON STREET |
| 10. Location Code | 304 |
| 11. Date R.O. Arrived – Time | 3 FEB 93 APPROX 1830 |
| 12. Assigned By | C.O.S. |

**Victim (1):**

| 21. Name | 22. Home Address | 23. Sex-Race-Age | 24. Home Phone | 26. Time Avail. | 27. Occupation | 28. Injured | 29. Victim Rel. Code |
|---|---|---|---|---|---|---|---|
| MORRO, ERIC | 3251 N. ALBANY | M, 5, 19 | 604-8733 | — | NONE | X | 24 |

**PERMANENT RETENTION FILE**

**Narrative (Continuation of narrative page 2 of 2):**
TREATMENT. VICTIM PRONOUNCED D.O.A. BY DR. JERIUS AT 1911 HRS. (ILL. MASONIC). BEAT 1730 & TACTICAL UNITS ON SCENE. CRIME SCENE PROTECTED BY BEAT 1724. A/5 V.C. BEAT 5532 DET. BOGUCKI HANDLING.

91. Extra Copies Required: NORMAL, 2 EXTRA A/5 & R/O'S
95. Reporting Officer's Name: R. WHITEMAN — Star No. 11003
96. Reporting Officer's Name: L. RYAN — Star No. 14159
97. Supervisor Approving: SGT. V. TONDRYK — Star No. 988
Approved: 3 FEB 93, 2245

CONTINUATION OF NARRATIVE

R.D. NO. X-051839

(NOTIFICATIONS): O/M DESK - WINTERS #2546 - 1940 HRS; 1ST DEPUTY'S OFFICE - GARDNER #8262 - 1945 HRS; A/5 VIOL. CRIMES - SGT. KUHN #1013 - 1950 HRS; MED. EXAMINER - DOE #63 - 1955 HRS. CASE # 046 FEB-93; C.W. # 3??? FOR FORMAL FLASH - NELSON #14196 - 2030 HRS.

CRIME SCENE PROCESSED BY BEAT 1409 OFF. SADOWSKI #16684
CRIME LAB BEAT 9608 TECH. CLINTON #12077 AT ILL. MASONIC
A/5 VIOL. CRIMES DET. BOGUCKI #20668 AT ILL. MASONIC ASSIGNED & ASSISTING.
CRIME LAB TO ALSO PROCESS SCENE.

JIM00007

4