GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|---|
| | DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TUEFFEL, LARRY R. M/WH/14,
3214 N. WHIPPLE 2ND FRT. 6048755
LINNE SCHOOL 8TH GRADE    Belmont & Lacrosse
                    ROOM 203 (FRANKIE) 13-14 yrs.

— good friend of Eric

me & V walking down Belmont to see if
a friend was home.

— Frankie & another M/WH 13-14 walked by
us traveling w/B, passed by and came
behind us

— "Hey Eric" Told Eric that Lacrosse money
that Eric owed him.

— Eric said he didn't care & its none of your
yelled    business.) Other offender pulled out gun
Frankie                        OVER
pulled

RANGEL BROS. Berenda Park & Gary & California
                    PROB FAKS

1 — M/WH/13-14, "Frankie" head shaved black hair
on top, 5-3  100 lbs  Blue 3/4 GEORGETOWN
jacket, wearing jeans

1 — M/WH/13-14 shaved sides & curly top
5-2 or 3 110 lbs  clean shaven  (2ND HAND STORE
Turquoise jacket w/yellow lettering & jeans

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)

TRJ00255

- Eric said put gun away & shooter does'
- Eric turned his back & shooter again pulled out gun.
- Eric looked back, saw gun & took a swing at shooter ( missed )
- Shooter then pushed J against the wall & put gun next to chest & fired
- stumbled a few steps & fell to curb.
- Asked Tina to call ambulance

TRJ00256