| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TORRES, PHILLIP M/W 30,
3012 W. BELMONT, 3RD FL, N/P / MOTHER-IN-LAW 685-057
SS#

Aly/26
— upstairs on 3rd flr. w/girlfriend (Beth Johnson)
John Elder and 2 daughters
— saw three unclear, looking for John's sister
Tina
— saw Tina cross the street & then Tina's mother started to cross
— Eric & Larry walking E/B on Belmont
— saw 2 M/W's come from behind Eric & Larry
— pushed Eric against "Honey Baked Ham" and heard one shot
— prob. sweater Blu & W ft. starter coat
pos. Duke with shaved sides
— offs. ran toward Whipple & N/B
— T. J. from hosp.
— " runs 25 cents X-man
Sham Cormen
[illegible]

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY–MO.–YR. | TIME |

CPD-23.122 (Rev. 2/83)

JIM00033   [illegible] 4

3

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

T.J. MONTICELLO & BELMONT 1ST FL,

Dukie JACKET W/ Blu/Wht SLEEVES 3/4

HUNTER, CINDY L. F/W/16, 583-9825
3000 W. BELMONT 2ND FL, GRANDMOTHER

A.
KEVIN COSMEN M/W/23,
3000 W. BELMONT 2ND FL, N/P
SS#

— argument between T.J. & Eric about 1430-1500, telling T.J. not to throw gang signs at school bus, CINDY HUNTER told T.J. to take his gang stuff somewhere else

25-AUTO                              DONNA M. COSMEN

SHAWN C. COSMEN M/W/15,       43RD +
SS#                            4357 KING DR
                               2ND FL,
                               N/P,

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |

CPD-23.122 (Rev. 2/83)

| GENERAL PROGRESS REPORT DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT DAY MONTH YEAR | DATE OF THIS REPORT DAY MONTH YEAR WATCH |
|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

T.J. MONTICELLO + BELMONT 1ST FL.

Nike Jacket w/ Blu/Wht sleeves 3/4

HUNTER, CINDY L. F/W/16, 583-9825
3000 W. BELMONT 2ND FL. (GRANDMOTHER)

KEVIN COSNEN M/W/23,
3000 W. BELMONT 2ND FL., N/P
SS#

— argument between T.J. + Eric about 1430-1500; telling T.J. not to throw gang signs at school. Cindy HUNTER told T.J. to take his gang stuff somewhere else.

25-AUTO                                  DONNA M. COSNEN

SHAWN O. COSNEN M/W/15,          43RD +
SS#                                4357 KING DR
                                   2ND FL.,
                                   N/P

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY MO. YR. |

CPD-23.122 (Rev. 2/83)

TRJ00257

YAUN SCHOOL T.J.
WALCOTT + BELMONT.
7TH OR 8TH GRADE

SHAWN }
KEVIN } SALOQUN
PHIL } AROUND XMAS

T. J. MOTHER
on Claremont + Irving

5-3, #0

TRJ00258