


THADDEUS JIMENEZ

TRJ00259