Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 3 MO. Feb YR. 93 — 1825

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide/1st Degree Murder
IUCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 3018 W. Belmont — VERIFIED
3. BEAT OF OCCUR.: 1733

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: MORRO, Eric — CORRECT: YES
6. ARE RELATED: NO
7. BEAT ASSIGNED: 5532

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Street
LOCATION CODE: 304
9. NO. OF VICTIMS: 1
10. NO. OF OFFENDERS: 2

NARRATIVE:
FIELD INVESTIGATION: Line-up Report. Continued on Page #2.

TRJ00049

X 051 839

90. EXTRA COPIES REQUIRED: Normal
91. DATE THIS REPORT SUBMITTED: 4 Feb 93
93. REPORTING OFFICER (PRINT NAME): Det. J. Bogucki  STAR NO. 20668
94. REPORTING OFFICER (PRINT NAME): Det. M. Sanders  STAR NO. 20715

Detective Division                  2                          4 Feb 93
Area 5 Violent Crimes                               X 051 839

Homicide/1st Degree Murder
MORRO, Eric

THIS IS A LINE-UP REPORT:

DATE/TIME/LOCATION of LINE-UP:        4 Feb 93/1010 hrs/Area 5 Hq

PERSONS CONDUCTING LINE-UP:          Det. J. Bogucki #20668
                                               Det. M. Sanders #20715

PERSONS VIEWING LINE-UP:              ELDER, Tina
                                               TORRES, Phillip
                                               ELDER, Sandra
                                               TUEFFEL, Larry

PERSONS PARTICIPATING in LINE-UP:      #1. MENENDEZ, Jesus
                                                        M/WH/14yrs
                                                        2444 McClean 637-0051
                                              #2. JIMENEZ, Thaddeus
                                                        M/WH/13yrs YD#0242521
                                              #3. MORENO, Francisco
                                                        M/WH/15yrs
                                                        3019 Monitor 637-0207
                                              #4. MATSUMOTO, Tom
                                                        M/W/15yrs
                                                        6727 Irving Pk 481-9751
                                              #5. SPORACINO, Chris
                                                        M/W/15yrs
                                                        7709 Addison 625-5163

PERSON IDENTIFIED in LINE-UP:          #2. JIMENEZ, Thaddeus YD#
                                                 0242521

LINE-UP PHOTOGRAPHED BY:              Sgt. J. Nalepa #2107, 651

INVESTIGATION:                            The subject of this line-up was allowed to choose his position in the line-up. No one participating in the line-up was required to speak. However all the participants were required to make certain facing movements while wearing a blue and white "Duke" parka.

                                                   Tina ELDER viewed the line-up and positively identified #2 JIMENEZ as the individual she saw shoot MORRO on 3 Feb 93 at 1825hrs. Phillip TORRES viewed the line-up and positively identified #2 JIMENEZ as the individual he saw shove MORRO against

TRJ00050

Detective Division         3                    4 Feb 93
Area 5 Violent Crimes                           X 051 839


Homicide/1st Degree Murder
MORRO, Eric

a wall and put his right arm against MORRO's chest and simultaneously heard a gunshot. Sandra ELDER viewed the line-up and stated that both #2 JIMENEZ and #4 MATSUMOTO resembled the individual she saw shoot MORRO. Larry TUEFFEL viewed the line-up and positively identified #2 JIMENEZ as the individual he knows to be "T.J." the person who shot MORRO.


Report of:  Det. J. Bogucki #20668
            Det. M. Sanders #20715

TRJ00051