6990-252

South

ARMITGE

CALIFORNIA

chorchr

STREET

2nd HOUSE
2nd FLOOR

NORTH

JIM00039

9