| GENERAL PROGRESS REPORT | | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|---|
| DETECTIVE DIVISION/CHICAGO POLICE | | DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field Investigation of violent crimes which are used to prepare official Department case reports.

EZEQUIEL ROMO — FATHER
2970 W. NELSON
539-3116
SKILL CORP 4300 W PETERSON
794-7538

CATALINA ROMO — MOTHER
31 DEC 55 UNEMP.


TORRES, JUAN CARLOS          M/WH/14
2864 W. McCLEAN 2ND. FL.
252-0689


YATES SCHOOL



1/6/60

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)