| | INVESTIGATIVE FILE INVENTORY<br>CHICAGO POLICE DEPARTMENT | | | R.D. NO.<br>X 051 839 |
|---|---|---|---|---|
| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
| 1. | Notes | | Bogucki & Sanders | 4 Feb 93 |
| 2. | Copy- Original Case Report | | " | " |
| 3. | "       Arrest Report (Jimenez) | | " | " |
| 4. | "       Line-Up Supp: | | " | " |
| 5. | "       Crime Scene Proc. Rpt. (Line-up) | | " | " |
| 6. | "       Crime Scene Report | | " | " |
| 7. | "       Closing Supp: | | " | " |
| 8. | EVIDENCE REPT. | | " | 8 FEB 93 |
| 9. | INV # 1053723 | | " | " |
| 10. | "    "    24 | | " | " |
| 11. | "    "    25 | | " | " |
| 12. | SCENE PROCESS REPORT | | " | " |
| 13. | LAB REPORT | | " | " |
| 14. | NOTAS | | BOGUCKI + SCHALK | 10 FEB 93 |
| 15. | INV # 1092734 | | " | " |
| 16. | ARREST REPORT | | " | " |
| 17. | CLOSING SUPP. | | " | " |
| 18. | INFO SUPP. | | " | 8 MAR 93 |
| 19. | NOTES | | " | 15 JUN 93 |
| 20. | INV # 1173048 | | " | " |
| 21. | ARREST REPT. | | | " |
| 22. | FEL. MINUTES | | | " |
| 23. | PROGRESS SUPP. | | 4 FEB 93 | " |
| 24. | | | Rpt. M. Sanders #20815 | |
| 25. | | | | |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

R.D. NO. X 051 839

TRJ00254