Jimenez v. Bogucki, et. al.
PX 024