

FILED
CR-
JUN 03 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| *Respondent,* | ) | |
| | ) | |
| -vs- | ) | No. 93 CR 14710 |
| | ) | |
| THADDEUS JIMENEZ, | ) | Hon. Paul Biebel, Jr., |
| | ) | Presiding Judge. |
| *Petitioner,* | ) | |

---

### CERTIFICATE OF INNOCENCE

This matter having come before the Court on Thaddeus Jimenez's Petition for a Certificate of Innocence pursuant to 735 ILCS 5/2-702, due notice having been provided to the People of the State of Illinois, and the Court being fully advised in the premises, the Court hereby finds:

1. Petitioner was convicted of murder in 1994 and 1997 and sentenced to a term of 45 years imprisonment.

2. The judgment of conviction and sentence has been vacated.

3. Petitioner is innocent of all offenses charged in the indictment and for which he was incarcerated.

4. Petitioner did not by his conduct voluntarily cause or bring about his conviction.

IT IS SO ORDERED.

*Paul P. Biebel Jr* 1688
Hon. Paul P. Biebel, Jr.

DATE: 6·3·09

ENTERED
JUDGE PAUL BIEBEL, JR.-1688
JUN 03 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

JIM04351