**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | 'BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

MORRO, ERIC M/w/19    DR. JERIUS 1911 hrs,
3251 N. ALBANY  604-8733    FATHER 862-4988



F/W/21    JOHN SZYMD 1763
ELDER TINA A
3020 N NEENAH 1st FL, 622-3445
SS#    UNEMP.


— about 5' away    3618
N. BELMONT

| R.D. NO. |
|---|

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)

JIM00032

2

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| | DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|---|
| | DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

MORRO, ERIC M/W/19     DR. TERIUS Williams,
3251 N. ALBANY  604-8733     FATHER 862-4988


F/W/21     JOHN SZYMO 1763
ECKER TINA A  ?
3020 N NEENAH 1st Fl, 622-3445
SS#     UNEMP.


—about 5' away     3616 15th
Wi BELMONT


TRJ00061

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)