Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 3 | MO. Feb | YR. 93 | 1825

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE, 1st. Degree Murder | 0110 | 3018 W. Belmont — ☒ VERIFIED ☐ CORRECTED | |

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT:** MORRO, Eric — CORRECT ☒1 YES ☐2 NO | 6. IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED 1733 5532

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 2 |

| 11. VERIFIED / UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| ☒ VERIFIED ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | | CODE NOS. |

**19. DESCRIBE PROPERTY IN NARRATIVE.** T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

Dna ☒ VERIFIED ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R |
| **9 HOUSEHOLD GOODS** | **10 CONSUM. GOODS** | **11 FIREARMS** | **8 NARC/DANGEROUS DRUGS** | **5 OTHER** | **6 NONE** |
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R |

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | PERMANENT RETENTION FILE | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HGT. | WGT. | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | ROMO, Victor | 2970 W. Nelson | M WH 12 | 5-3 | 110 | Brn | Blk | Med |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.S. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | Y#0258331 | | 22 | OFF. 2 | | | 1 | 652 |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

**34. SERIAL NOS. OR IDENTIFICATION NOS.** ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE.

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | ☒1 FIELD ☐3 SUMMARY | 652 | ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**
☒4 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED** ☒1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ ADULT ☒ JUV.

95. FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

CLEARED AND CLOSED BY ARREST

Continued on page 2

DATA ENTERED
D AREA 5

TRJ00081

X-051 839

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|---|
| normal | DAY 10 | MO. FEB | YR. 93 | 0100 | BIEBA | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|---|---|---|
| Det. R. Schalk | 20718 | Det. J. Bogucki | 20668 | | 12 FEB 1993 | 0930 |

SIGNATURE: (Schalk) | SIGNATURE: (Bogucki) | *MUST BE COMPLETED IN ALL CASES

CPD-11.411-8 (Rev. 8/85)

DETECTIVE DIVISION      -2-      10 February 93
AREA #5 VIOLENT CRIMES          R.D.#X-051-839

| | |
|---|---|
| IN CUSTODY: | ROMO. Victor, M/WH/12, D.O.B. , 5-3, 110, brn. eyes, blk. hair, 2970 W. Nelson, 539-3116. YD#258331. |
| ARRESTING OFFICERS: | Det. R. Schalk #20718<br>Det. J. Bogucki #20668<br>(Area 5 Violent Crimes)<br>Y.O. E. Daly #16460<br>(Area 5 Youth) |
| DATE,TIME,LOCATION OF ARREST: | 10FEB93, 1930 hrs., Area 5 |
| CHARGES, CT BRANCH AND DATE: | 1st Degree Murder 38-9-1<br>Juvenile Court, 11FEB93 |
| EVIDENCE: | Inv#1092734: Five(5) Polaroid Photos of M/WHs, including one of Victor ROMO. |
| INTERVIEWED: | ROMO, Ezequiel, M/WH/42, D.O.B. , 2970 W. Nelson 539-3116. Employed at Skill Corp. 4300 W. Peterson 794-7538. Father of Victor ROMO. |

**PERMANENT RETENTION FILE**

ROMO, Catalina, F/WH/37, D.O.B. ; 2970 W. Nelson 539-3116. Unemployed. Mother of Victor ROMO.

TORRES, Juan Carlos, M/WH/14, D.O.B. 2864 W. McLean 2nd Fl., 252-0689. Student at Yates School.

INVESTIGATION:                 On 8FEB93, the R/Dets. received information that the second of-fender in the homicide of Eric MORRO is known as Victor ROMO. It was also learned that ROMO had been attending the 7th grade at Linne School.

              On 9FEB93, the R/Dets. went to the Linne School at 3221 N. Sacramento Ave. At that location, it was learned that Victor ROMO had transferred to the Reilly School, The Reilly School was contacted, but ROMO had been absent from school for two days. His home address was then obtained: 2970 W. Nelson Ave.

*19*

DETECTIVE DIVISION         -3-         10 February 93
AREA #5 VIOLENT CRIMES                 R.D.#X-051-839

The R/Dets. went to the home of Victor ROMO, and spoke with him and his family. It was learned that Victor was ill, which is why he was not in school. The R/Dets. asked the family to contact the R/Dets. on 10FEB93, and bring him into Area 5 to talk about the shooting on Belmont Ave.

The R/Dets. were contacted on 10FEB93 by the ROMO family. Arrangements were made to have the parents bring Victor into Area 5.

On 10FEB93, at approximately 1920 hrs., the parents, Ezequiel and Catalina ROMO arrived at Area 5 with Victor.

The father, Ezequiel ROMO, was advised of the facts of the case. He then related the following, in summary:

**PERMANENT RETENTION FILE**

Ezequiel ROMO:

He stated that his son had told him that he was with a boy by the name of Carlos at the time of the shooting. Carlos was one who had shot the victim, and his son ran away. He further stated that he has since talked to Carlos, who told him that he shot the victim in self defense. Carlos had told Ezequiel that the victim was beating him up, and he then shot the victim. Ezequiel stated that Carlos had a bruise on his face from the beating. Ezequiel gave the R/Dets. directions to the 2nd floor apartment where Carlos lives.

The R/Dets., along with Area 5 Youth Officer Eileen Daly, advised Victor ROMO of his Miranda rights. He was then questioned about the homicide, and related the following in summary:

Victor ROMO:

He stated that on the day of the shooting, he met his friend, Juan Carlos, at the Burger King on Belmont & California. They began walking down Belmont and went past the victim. Juan Carlos then asked the victim about some money and a struggle began. Victor then ran off, and he heard a gunshot. He did not look back, nor did he know if Juan Carlos had a gun. He denied pushing the victim, or being by the victim when the shooting occurred. He further denied knowing Thaddeus JIMENEZ ("T.J."). He did not know the last name of Juan Carlos or where he was living. He stated that Juan Carlos moved out of the neighborhood a few months ago. Victor further stated that Juan Carlos was wearing a gold jacket at the time of the shooting.

TRJ00083



DETECTIVE DIVISION        —4—        10 February 93
AREA #5 VIOLENT CRIMES        R.D.#X-051-839

       The R/Dets. took a polaroid photo of Victor ROMO, and put it into a photo array. That array was then shown to Larry TUEFFEL, who positively identified Victor ROMO as the second offender. ROMO, and Thaddeus JIMENEZ had pushed the victim against a wall. JIMENEZ then shot the victim with a handgun. The other witnesses were contacted, but all stated that they could not identify the offender who was with JIMENEZ. Witnesses did observe the second offender push the victim against a wall at the time of the shooting.

       The R/Dets. then went to 2864 W. McLean, 2nd Fl., which was the residence of Juan Carlos TORRES. The R/Dets. were able locate this address with the aid of a map drawn by Ezequiel ROMO. Juan Carlos was then interviewed, in the presence of his family. He stated that he hasn't talked to Victor ROMO, or his father for about 2 or 3 months. He was not at the scene at the time of the homicide. He believed that he would have been across the street from his home, visiting friends, on 3FEB93 at approximately 1825 hrs. It should be noted that there was no bruise on the face of Juan Carlos, and he was different in appearance to that of Thaddeus JIMENEZ. Upon being questioned about what types of Starter jackets that he wears, Juan Carlos stated that the only one he has is a White Sox jacket. His family members also confirmed that he only wears a White Sox jacket. It should be noted that witnesses observed the shooter wearing a blue and white Duke jacket.

       Victor ROMO was subsequently charged with 1st Degree Murder and transported to the Audy Home. In light of the above, the R/Dets. request that this previously cleared case be considered closed, with the apprehension of the second offender.

                        Det. Raymond Schalk #20718
                        Det. Jerome Bogucki #20668

# PERMANENT RETENTION FILE

TRJ00084

21