to hold on.

Life is precious. life is priceless. You see. I didn't know what life was 'til I took one and lost mine.

## PLAYED TO THE LEFT

*by T.J. "Making Choices" (Audy Home, 3J)*

Hey. what's up out there in Audy-land? Not much going on lately, huh? Well. today I'm going to tell about how I got played to the left.

It started out when I first got arrested. When I was on intake my P.O. came up and told my if I didn't do the crime. I won't have to pay the time. So I took that to mind. Then my lawyer told me that I'd probably be tried as a juvenile and had a good chance of going home. So again. I took that to mind. Then, all the attendants said that I'd probably be going home soon. So once again I took that to mind. Then. after all this commotion and after all this time I've been serving. I am still here. Now I am an A.T. (charged as an adult). My P.O. lied. my lawyer lied. and all those attendants lied too. And to top it off, I might not be getting out until 1996 to 2027. That's a long time.

So don't ever keep your hopes up hi, because you might just get played to the left like I was. Peace. C-ya.

## STOP AND LISTEN

*by Demetrius "Making Choices" (Audy Home, 4J)*

What's up everyone? I am going to get straight to the point. Who likes coming to jail? I thought so, no one!

We all should stop, look, listen and learn from all the mistakes you and I have made. I know I am going to learn from my mistakes. I've made a big mistake by being at the wrong place at the wrong time. I am not going to give up. No one should give up because the Lord is with us all. Peace to all my brothers and sisters. Stop the violence! Peace out.

JIM03820

JIMENEZ V. BOGUCKI, ET. AL.
PLAINTIFF'S EXH.
129

# DO THE RIGHT THANG

*by T.J. "Making Choices" (Audy Home)*

Well, it started out on a hot sunny day,
everything was straight and now I'm looking for my pay.

I went to school to have a little fun,
the school bell rang and I was on the run.

Had to go to the hood to see the boyz,
to catch the girls and treat them like toyz.

Go to the hood and not a banger in sight.
I had to find my boyz before the day turn into night.

Went to the school yard to find my troops,
got the yard and I seen them shootin hoops.

I got my pay and we were on our way,
chillin in the hood is what we do all day.

We decided to go to the park across from mall,
to talk a big bull and play a little ball.

My homies, Larry and Eric, decided to stay,
about an half an hour later I was on my way.

I had to go home to check with my folks,
have a few laughs and tell a few jokes.

I was having fun so I stayed ,
chilling at the crib and so my mind was made.

Late at night and I fell asleep,
tired as hell, I'm finally off my feet.

One hour later I was woke by a bang,
my door opened and I almost swang.

But I took the chance not to,
took a good look and I seen the boyz in blue.

They walked in by my command,
the first one came in with a gun in hand.

A cop reached over and grabbed my shoes,
the other grabbed my jacked and said I lose.

They pulled me out with a grin on their face,
and turned around slowly and said "you caught another case"

Took me in to the station and read me my rights,
then they put me in a room with thousands of lights.

Chillin in the station watchin a lyric,
the show cut off and showed my homie - Eric.

They said he died with a bullet to the chest,
the doctors said he tried his best.

I said to my self, "is that why I am in here,"
I said, "no, it can't be, I wasn't ever there."

A cop came in and said he was sergeant Curdur,
asked me if I knew I was in here for murder.

I was shocked and didn't know what to say,
they wrote me up and I was on my way.

Now I'm here doing the time,
they should know by now I didn't do the crime.

This wouldn't have had to ever happen if I didn't join the gang,
so take my advice and do the right thang.

JIM03822

When I get out of here, I'm going to change. I'm going back to school and then get my diploma. Before I start anything, I will get a better relationship with my mother and father again. I will find friends that don't get into any trouble or do drugs. I am gonna quit all this $#@! and straighten up.

That's all I got to say and thanks for your time.

## STAYING STRAIGHT

*by T.J. "Making Choices" (Audy Home)*

Hello guys and gals! How have you been treating yourselves? I would like to start off by saying, "God bless you."

I've been here for about four months now and this is my first time writing to Making Choices. I've been a Making Choices reader for about two years.

I'm gonna tell you a little something about staying straight. You can't just do it by the snap of your fingers or else you wouldn't be here. It takes courage, faith, and belief. You have to stay away from the drugs and the gangs. You have grow love in your heart for our Lord, Jesus. You have to obey your parents. You have to be a leader and not a follower.

In order to stay straight, you have to always be on your best behavior. And when I say straight, I don't only mean with the law, but with God, too.

About two weeks before I came here, I was trying to stay straight and I believe I was doing good. But all of a sudden, I was back up in here. And this time I am innocent, some other kid framed me.

But now I am really staying straight. I quit drugs, gangs and, even, alcohol.

Well, I am just trying to help you stay straight and help you go somewhere in life besides jail.

I gotta go now and so I'll talk to you again soon.

Terrytoons
GENESIS 2:2
...HOW GOD MUST HAVE RESTED-DAY 7...