

Case: 1:09-cv-08081 Document #: 349-24 Filed: 08/07/12 Page 1 of 1 PageID #:5894