# GENERAL OFFENSE CASE REPORT — CHICAGO POLICE

**1. OFFENSE/INCIDENT PRIMARY CLASSIFICATION:** HOMICIDE
**1. UCR OFF. CODE:** 0110
**2. SECONDARY CLASSIFICATION:** MURDER
**3. R.D. NO.:** X-051839

**4. ADDRESS OF OCCURRENCE:** 3018 W. BELMONT AVE.
**5. FIRE RELATED:** NO (☒ 2 NO)
**6. DATE OF OCCURRENCE – TIME:** APPROX. 3 FEB 93 1825
**7. BEAT OF OCCUR.:** 1733
**8. BEAT/UNIT ASSIGN.:** 1733

**9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED:** ON STREET
**10. LOCATION CODE:** 304
**11. DATE R.O. ARRIVED – TIME:** APPROX. 3 FEB 93 1830
**12. ASSIGNED BY:** ☒ 1 C.O.S.

## VICTIMS

| 20. NO. VICTIMS | 21. NAME (LAST–FIRST–M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES/NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MORRO, ERIC | | 3251 N. ALBANY | M,5,19 | 604-8733 | — | — | NONE | X | 24 |
| | BOGNCK? | | | | 815- | | | | | |
| PARENT/GUARDIAN IF JUVENILE | MORRO, MARY | | THOMPSON, JILL | F | 293-7013 | | | | | |

## WITNESSES

| 30. NO. WIT. | 31. DISCOVERED / 32. WITNESSED / 33. REPORTED OFFENSE | | | | | |
|---|---|---|---|---|---|---|
| | #1 – TUEFFEL, LARRY R. | 3214 N. WHIPPLE  21 SEP 78 | M,2,14 | 604-8255 | — | |
| | #2 – TORRES, PHILLIP | 3012 W. BELMONT | M,2,30 | 685-0573 | | |
| | #3 – ELDER, SANDRA M. | 3251 N. ALBANY | F,2,43 | 604-8733 | 472-1821 | |

**RACE CODES:** 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC
**OFFENDER/VICTIM RELATIONSHIP:** 01-WIFE, 02-HUSBAND, 03-FORMER WIFE, 04-FORMER HUSBAND, 05-MOTHER, 06-FATHER, 07-SON, 08-DAUGHTER, 09-BROTHER, 10-SISTER, 12-AUNT, 12-UNCLE, 13-MOTHER-IN-LAW, 14-FATHER-IN-LAW, 15-SON-IN-LAW, 16-DAUGHTER-IN-LAW

## OFFENDERS

**41. OFFENDER'S NAME:** "SEE NARRATIVE"

**PERMANENT RETENTION FILE**

## CIRCUMSTANCES

**51. OBJECT/WEAPON:** ☒ 01 HAND GUN ☒ 1 USED
**52. FIREARM FEATURES:** ☒ 01 CHROME/NICKEL
**55. BURGLARY:** ☒ DNA ON PREMISE
**56.:** ☒ 09 DNA
**57. OCCUPANTS:** ☒ 08 DNA
**58. UNUSUAL CHARACTERISTICS OF OFFENSE:** SEE NARRATIVE
**59. GANG RELATED – AFFILIATION:** ☒ OFFENDER TRIANGLES

## PROPERTY

**71. DESCRIBE PROPERTY IN NARRATIVE** — T = TAKEN; R = RECOVERED
(all categories — Money, Jewelry, Furs, Clothing, Office Equipmt., TV/Radio/Stereo, Household Goods, Consum. Goods, Firearms, Narc./Dang. Drugs, Other — ☒ 6 NONE)

## NARRATIVE

BEAT 1733 ASSIGNED BY C.C. TO "MAN SHOT" AT BELMONT & SACRAMENTO. UPON ARRIVAL, R/O'S NOTED A LARGE CROWD AT 3018 W. BELMONT & A M/5 VICTIM LYING ON THE SIDEWALK LIMP & ASHEN COLOR. R/O'S IMMEDIATELY NOTD. ZONE 1 THAT SHOOTING WAS BONIFIDE & REQUESTED AMBULANCE. R/O'S

**81. SOBRIETY OF VICTIM:** ☒ 1 SOBER
**82. FLASH MESSAGE SENT:** ☒ YES

**91. EXTRA COPIES REQUIRED:** NORMAL
**92. OFFICER NOTIFYING FOLLOWUP INVESTIG. UNIT:** RYAN #17159 — A/5 V.C.
**PERSON NOTIFIED:** SGT. KUHN #7013
**DATE:** 3 FEB 93 1750

**93. FIRST OFFICER AT SCENE:** RYAN #17159 R.O.
**94. OFFICER NOTIFYING:** RYAN #17159 M.E.
**PERSON NOTIFIED:** OFF. GARDNER #8262
**DATE:** 3 FEB 93 1945

**95. REPORTING OFFICER'S NAME (PRINT):** R. WHITEMAN  **STAR NO.:** 17003
**OFFICER'S SIGNATURE:** R. Whiteman  **DATE INVEST. COMPLETED:** 3 FEB 93 2210
**97. SUPERVISOR APPROVING:** SGT. JONDRYK
**REPORTING OFFICER'S NAME (PRINT):** RYAN  **STAR NO.:** 17159
**OFFICER'S SIGNATURE:** L. Ryan
**APPROVED:** 3/5/??

CPD-380 (REV. 8/83)

DEFENDANTS' TRIAL EXHIBIT 001 — Case No. 09 C 8081

JIM00004

**CONTINUATION OF NARRATIVE**

GATHERED UP WITNESSES TO SHOOTING & PROTECTED CRIME SCENE. R.D.NO. X-051880

DESCRIPTION OF OFFENDERS: #1 - SHOOTER - M/WH. HIS., 5'4-5'5, 13-14 YRS. CURLY BLK HAIR, WEARING PURPLE JACKET WITH YELLOW LETTERING AND/OR #5; BAGGY BLUE JEANS, ARMED WITH SMALL CALIBER SILVER HANDGUN. #2 - M/WH. HIS. 13-14 YRS. 5'6-5'7, PARTIALLY SHAVED BLACK HAIR, WEARING BLUE "GEORGETOWN" STARTER JACKET. HISTORY OF INVESTIGATION: WIT. #1 STATED THAT HE & VICTIM WERE CONFRONTED BY OFFENDERS ON STREET COMPLAINING ABOUT VICTIM OWEING MONEY. OFF. #1 PRODUCED HANDGUN FROM POCKET & POINTED SAME AT VICTIM. VICTIM SHOUTED "TRIANGLE KILLERS" & TOLD OFFENDER TO PUT GUN AWAY WHICH HE DID. VICTIM THEN SWUNG AT OFFENDER & MISSED. AT THIS TIME OFF #1 PULLED OUT HANDGUN AGAIN & BOTH OFFENDERS PUSHED VICTIM AGAINST WALL. OFF. #1 THEN PLACED HANDGUN AGAINST VICTIM'S UPPER CHEST & FIRED ONE ROUND. VICTIM STAGGERED TO CURB & FELL. OFFENDERS THEN FLED Y4 BLK. W.B. ON BELMONT, & THEN N.B. ON WHIPPLE. VICTIM TRANSPORTED BY CFD. #48 TO ILLINOIS MASONIC FOR...

Sgt V Tuuley 988 3 FEB 93

JIM00005

# GENERAL OFFENSE CASE REPORT — CHICAGO POLICE

| Field | Value |
|---|---|
| 1. Offense/Incident Primary Classification | HOMICIDE |
| IUCR Off. Code | 0110 |
| 2. Secondary Classification | MURDER |
| 3. R.D. No. | X-051839 |
| 4. Address of Occurrence | 3018 W BELMONT |
| 5. Fire Related | DNA / 2 NO |
| 6. Date of Occurrence — Time | 3 FEB 93, 1825 APROX |
| 7. Beat of Occur. | 1733 |
| 8. Beat/Unit Assign. | 1733 |
| 9. Type of Location | ON STREET |
| 10. Location Code | 304 |
| 11. Date R.O. Arrived — Time | 3 FEB 93, 1830 APROX |
| 12. Assigned By | C.O.S. |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## Victim

| 21. Name | 22. Home Address | 23. Sex-Race-Age | 24. Home Phone | 27. Occupation | 28. Injured | 29. Victim Rel. Code |
|---|---|---|---|---|---|---|
| MORRO, ERIC | 3251 N. ALBANY | M, 5, 19 | 604-8733 | NONE | X (No) | 24 |

**PERMANENT RETENTION FILE**

## Narrative

CONTINUATION OF NARRATIVE PAGE 2 OF 2:
TREATMENT: VICTIM PRONOUNCED D.O.A. BY DR. JERIUS AT 1911 HRS. (ILL. MASONIC).
BEAT 1730 & TACTICAL UNITS ON SCENE. CRIME SCENE PROTECTED BY BEAT 1724.
A/S V.C. BEAT 5532 DET. BOGUCKI HANDLING.

91. Extra Copies Required: NORMAL, 2 EXTRA A/5 & R/O'S

95. Reporting Officer: R. WHITEMAN, Star No. 11003
96. Reporting Officer: L. RYAN, Star No. 17159
Date Invest. Completed: 3 FEB 93, 2210
97. Supervisor Approving: Sgt. V. JONDRYK, Star No. 988
Date Approved: 3 FEB 93, 2245

PD- (REV. 8/83)

JIM00006

3

CONTINUATION OF NARRATIVE

R.D. NO. X-051839

(NOTIFICATIONS): O17 DESK - WINTERS #2546 - 1940 HRS; 1ST DEPUTY'S OFFICE - GARDNER #8262 - 1945 HRS; A/5 VIOL. CRIMES - SGT. KUHN #1013 - 1950 HRS; MED. EXAMINER - DOE #63 - 1955 HRS. CASE # 046 FEB·93; C.W. # 3??
FOR FORMAL FLASH - NELSON #14196 - 2030 HRS.

CRIME SCENE PROCESSED BY BEAT 1409 OFF. SADOWSKI #16684
CRIME LAB BEAT 9608 TECH. CLINTON #12077 AT ILL. MASONIC
A/5 VIOL. CRIMES DET. BOGUCKI #20668 AT ILL. MASONIC ASSIGNED & ASSISTING.
CRIME LAB TO ALSO PROCESS SCENE.

JIM00007