| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY  MONTH  YEAR | DATE OF THIS REPORT<br>DAY  MONTH  YEAR |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

HERBERT MORRO
123 ANTARES CIRCLE
Round Lake 708-546-7972

MOTHER IN THOMPSON LC, MARY MORRO
815-273-7013

ELDER, TINA A F/W/21,
— standing in fr[o]t of 3012

1 CSW upper L/chest

9603 T. CLINTON / 2077

1763
Sgt. J. SZYMO #1534
1763 B
F. MESSINA 12435
A. PERGANDE 10271
L. KING 13602

DEFENDANTS'
TRIAL EXHIBIT

002

Case No. 09 C 8081

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)