| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY  MONTH  YEAR | DATE OF THIS REPORT<br>DAY  MONTH  YEAR  WATCH |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

MORRO, ERIC M/W/19   DR. JERIUS 1911 hw.
3251 N. ALBANY  604-8733   FATHER 862-4988


F/W/21   JOHN SZYMO 1783
ELDER TINA A.
3020 N NEENAH 1ST FL, 622-3445
SS#   UNEMP.


— about 5' away

3618 15st
W. BELMONT

**DEFENDANTS' TRIAL EXHIBIT**

**003**

**Case No. 09 C 8081**

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)

JIM00032   2