| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|
| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TORRES, PHILLIP M/W #30,
3012 W. BELMONT, 3RD FL. N/P / MOTHER-IN-LAW 685-05?
SS#

Aug/26
— upstairs on 3rd flr. w/girlfriend (Beth Johnson)
John Elder and 2 daughters
— saw thru window, looking for John's sister
Tina.
— saw Tina cross the street & then Tina's
mother started to cross
— Eric & Larry walking E/B on Belmont
— saw 2 M/w/s come from behind Eric & Larry
— pushed Eric against "Honey Baked Ham" - and
heard one shot
— prob. sweater Blue & W ht. starter coat
pos. Duke with shaved sides
— offs. ran toward Whipple & N/B
— T, J, from hair
— "_____ 25 cents _____ X-man
_____ Carmen
_____"

DEFENDANTS' TRIAL EXHIBIT 004 Case No. 09 C 8081

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY–MO.–YR. TIME

CPD-23.122 (Rev. 2/83)    JIM00033    3