| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

ELDER, SANDRA M F/W/43
3251 N. ALBANY HSE, 604-8733
SS#
MILLER'S LIQUORS 2204 W. ROSCOE 472-1821

— Michelle of Belmont      046 FEB 93
— U E/B BELMONT            ME INV. JOE #63
— 2 OFFS W/B
— heard pop
— ran E/B
Tina standing in front 3012 BELMONT

M/WHS 13+4

1— BLU NYLON JACKET WAIST LENGTH
5-5, 5-6 120 LBS. SHT JERI-CURLS

1— 5-5, 120 lbs.

lived cousin Dora

DEFENDANTS'
TRIAL EXHIBIT
005
Case No. 09 C 8081

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

JIM00034