**DEFENDANTS' TRIAL EXHIBIT**

**006**

**Case No. 09 C 8081**

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

DATE OF ORIG. CASE REPORT — DAY MONTH YEAR

DATE OF THIS REPORT — DAY MONTH YEAR WATCH

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TUEFFEL, LARRY R. M/WH/14,
3214 N. WHIPPLE 2ND FLR. 604-3255
LINNE SCHOOL 8TH GRADE   Belmont & Lacrosse
ROOM 203 (FRANKIE) 13-14 yrs.

- good friend of Eric
- ___ & I walking down Belmont to see a ___ home,
- Frankie & another M/WH 13-14 walked by us traveling w/b, passed by and came behind us.
- "Hey Eric" Told Eric that he wants money that Eric owed him
yelled - Eric said he doesn't care & its none of your business. Other offender pulled out gun
Frankie & ___  OVER

TRIANGEL BROS. Belmont-Park & Gary & California
PROB. FOES

1- M/WH/13-14, "Frankie" head shaved black spiked on top, 5-3 100 lbs Blue 3/4 GEORGETOWN jacket, wearing glasses

1- M/WH/13-14 shaved sides & curly top 5-2 or 3 110 lbs. clean shaven (2ND HAND STORE BY THE VIDEO BY COX) Turkwise jacket w/yellow lettering & jeans

REPORTING OFFICER'S SIGNATURE—STAR NO.

RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. — DAY-MO.-YR. TIME

CPD-23.122 (Rev. 2/83)

TRJ00255

— Eric said put gun away & shooter did.
— Eric turned his back & shooter again pulled out gun.
— Eric looked back, saw gun & took a swing at shooter (missed)
— Shooter then pushed J against the wall & put gun next to chest & fired
— stumbled a few steps & fell to curb.
— Asked Tina to call ambulance

TRJ00256