| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

T.J. MONTICELLO + BELMONT 1ST FL.

DICKIE JACKET W/ BLU WHT SLEEVES 3/L

HUNTER, CINDY L. F/W/16, 553-9825
3000 W. BELMONT 2ND FL. (GRANDMOTHER)

KEVIN COSMEN M/W/23,
3000 W. BELMONT 2ND FL, N/P
SS#

**DEFENDANTS' TRIAL EXHIBIT**

**007**

**Case No. 09 C 8081**

— argument between T.J. + Eric about
1430-1500, telling T.J. not to
throw gang signs at school bus, CINDY
HUNTER told T.J. to take his gang
stuff somewhere else

25-AUTO    DONNA M. COSMEN    R.D. NO.

SHAWN O. COSMEN M/W/15,    #43RD+
SS#    4357 KING DR
       2ND FL,
       N/P

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DATE |

CPD-23.122 (Rev. 2/83)

TRJ00257

YARN SCHOOL T.J.
WALCOTT & BELMONT.
7TH OR 8TH GRADE

SHAWN
KEVIN } SHOGUN
PHIL    AROUND XMAS

T.J. MOTHER
on Claremont & Irving

5-3, 1#0

TRJ00258