# 1993

[calendar for all 12 months of 1993]

Burley School      534-5250

3650 W. School St.
                3300N  3650W

Victor Romo

   Left Linne' 1-7-93

2970 W Nelson

539-7255

DEFENDANTS'
TRIAL EXHIBIT

009

Case No. 09 C 8081

JIM00038

Consolidated Press, Inc.    1880 Busse Rd. • Elk Grove Village, IL 60007 • (708) 228-7500  FAX-228-3451    Your Full Service Pri

8