6990-252

South

ARMITGE

CALIFORNIA

chorch(

STREET

2ND HOUSE
2ND FLOOR

NORTH

DEFENDANTS'
TRIAL EXHIBIT

010

Case No. 09 C 8081

JIM00039

9