Identify and describe all property or possible evidence recovered at [...] end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation I[...]cation, indicate I.D. number at end of Narrative. Offender's approx [...] description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, comp[...]ion, scars, marks, etc. If suspect is arrested, give name, sex, race code, e[...] C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 3 MO. Feb YR. 93 — 1825

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT:** Homicide/1st Degree Murder
**I.UCR OFF. CODE:** 0110
**2. ADDRESS OF ORIG. INCIDENT/OFFENSE:** 3018 W. Belmont — ☒1 VERIFIED
**3. BEAT OF OCCUR:** 1733

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT:** MORRO, Eric
**CORRECT:** ☒1 YES
**6. FIRE RELATED:** ☒2 NO
**7. BEAT ASSIGNED:** 5532

**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED:** Street
**LOCATION CODE:** 304
**9. NO. OF VICTIMS:** 1
**10. NO. OF OFFENDERS:** 2

**OFF 1 — I.R. NO., Y.D. NO. OR J.D.A. NO.:** YD 0242521
**OFFENDER REL. CODE:** (22)
**OFF. 2**
**32. NO. ARRESTED:** 1
**ARREST UNIT NO.:** 652

**34. SERIAL NOS. OR IDENTIFICATION NOS.:** ☒1 DNA
**50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA):** D N A
**52. METHOD ASSIGNED:** ☒ FIELD
**UNIT NO.:** 652
**53. STATUS:** 0 PROGRESS

**STATUS CONT'D:** ☒4 CLRD. OPEN
**64. IF CASE CLEARED, HOW CLEARED:** ☒2 DIRECTED TO JUV. CRT.
☒ JUV

**80. NARRATIVE**

FIELD INVESTIGATION: Continued on Page #2.

DEFENDANTS'
TRIAL EXHIBIT
013
Case No. 09 C 8081

**90. EXTRA COPIES REQUIRED (NO. & RECIPIENT):** Normal
**91. DATE THIS REPORT SUBMITTED:** 4 Feb 92
**93. REPORTING OFFICER (PRINT NAME):** Det. J. Bogucki  **STAR NO.:** 20668
**94. REPORTING OFFICER (PRINT NAME):** Det. M. Sanders  **STAR NO.:** 20715

CPD-11.411-B (Rev. 8/85)

JIM00013

DETECTIVE DIVISION         -2-         4 February 93
AREA #5 VIOLENT CRIMES                      R.D.#X-051839

| | |
|---|---|
| VICTIM: | MORRO, Eric M/5/19, 3251 N. Albany, Ph# 604-8733, single, unemployed, wearing a red "Bulls" starter jacket, blue jogging pants, black jogging pants, blue and green shirt, blue and black gym shoes, and white stockings. |
| IN CUSTODY: | JIMENEZ, Thaddeus R. Aka T.J., M/WH/13,       , 1836 W. Belmont, 1st. floor, single, student at the Jahn School, 5-4, 115 lbs. Med. Comp. Brn. hair, Brn. eyes, YD# 0242521. |
| | #2-M/WH/13-15 yrs. 5-2 to 5-3, 110 to 130 lbs. dark hair W/shaved sides and a curly top, clean shaven, wearing a dark jacket with yellow lettering and blue jeans. |
| ARRESTING DETS: | Det. J. BOGUCKI #20668<br>Det. M. SANDERS #20715<br>Area 5 Violent Crimes |
| ASSISTING P.O.s: | P.O. L. CASEY #16939<br>P.O. J. ZAJAC #8142<br>P.O. J. MATRANZA #16178<br>P.O. H. KLUPS #14511<br>017 District |
| INJURIES: | Fatal M.E. Case #046 Feb 93<br>1-GSW to the upper L/chest (lodged) |
| TAKEN TO: | Illinois Masonic Hospital by C.F.D. Amb. #48, pronounced by Dr. JERIUS at 1911 hrs, 3 Feb 93. |
| WEAPON: | Unk small caliber handgun |
| LOCATION: | Sidewalk at 3018 W. Belmont |
| DATE AND TIME: | 3 Feb 93 at approx. 1825 hrs. |

JIM00014

DETECTIVE DIVISION     -3-     4 February 93
AREA #5 VIOLENT CRIMES     R.D.#X-051839

| | |
|---|---|
| WEATHER AND LIGHTING: | 40s, clear, overhead artificial lighting. |
| MANNER/MOTIVE: | The offenders approached the victim and his friend from the rear. Offender #1 grabbed the victim, turned him around, pushed him into the wall, and shot the victim once in the chest. Both offenders then fled. Apparently gang related. |
| IDENTIFIED BY: | MORRO, Herbert M/W 123 Antares Circle, Round Lake Il. Ph# 708-546-7972, brother of the victim. |
| EVIDENCE: | Crime Scene Photos |
| PERSONNEL ASSIGNED: | Bt. 1730:<br>Sgt. R. VETRANO #656<br><br>Bt. 1763:<br>Sgt. J. SZYMD #1534<br><br>Bt. 1733:<br>P.O. R. WHITEMAN #11003<br>P.O. L. RYAN #17159<br><br>Bt. 1763B:<br>P.O. F. MESSINA #12435<br>P.O. A. PERGANDE #10271<br>P.O. L. KING #13602<br><br>Bt. 1409:<br>P.O. J. STACHON #16204<br><br>Bt. 5548:<br>Det. F. MONTILLA #20778<br><br>Bt. 5541:<br>Det. J. MOHAN #20703<br><br>Bt. 5538:<br>Det. M. SANDERS #20715<br><br>Bt. 5532:<br>Det. J. BOGUCKI #20668 |

DETECTIVE DIVISION                -4-                       4 February 93
AREA #5 VIOLENT CRIMES                                      R.D.#X-051839

WITNESSES:                        TUEFFEL, Larry R. M/WH/14
                                  , 3214 N. Whipple, 2nd
                                  floor, front, Ph# 604-8255,
                                  student at the Linne School.
                                  EYE

                                  ELDER, Sandra M. F/W/43,
                                  , 3251 N. Albany, house,
                                  Ph# 604-8733, employed at
                                  Miller's Liquors, Ph# 472-1821,
                                  SS#           . EYE

                                  ELDER, Tina A. F/W/21,
                                  , 3020 N. Neenah, 1st. Fl.,
                                  Ph# 622-3445, single,
                                  unemployed, SS#           ,
                                  EYE

                                  TORRES, Phillip M/W/30,
                                  , 3012 W. Belmont, 3rd. Fl.,
                                  no phone, single, unemployed,
                                  SS#           . EYE

INTERVIEWED:                      COSMEN, Kevin A. M/W/23,
                                  3000 W. Belmont, 2nd.
                                  floor, no phone, single,
                                  unemployed, SS#           .

                                  HUNTER, Cindy L. F/W/16,
                                  , 3000 W. Belmont, 2nd floor,
                                  no phone, single, unemployed.

                                  COSMEN, Shawn C. M/W/15,
                                  , 3000 W. Belmont, 2nd floor,
                                  no phone, student at the Linne
                                  School.

                                  COSMEN, Donna M. F/W/22,
                                  , 4357 S. King Drive 2nd
                                  floor, no phone, single,
                                  unemployed.

NOTIFICATIONS:                    M.E. DOE #63
                                  Y.O. R. SCHULTZ A/5 Youth

INVESTIGATION:                    The R/Det. was assigned to
                                  investigate the fatal shooting
of a subject NKA Eric MORRO. The R/Det. arrived at the scene (3018
W. Belmont) and found that the victim had been transported to

JIM00016

DETECTIVE DIVISION       -5-       4 February 93
AREA #5 VIOLENT CRIMES       R.D.#X-051839

```
DETECTIVE DIVISION              -5-                    4 February 93
AREA #5 VIOLENT CRIMES                                 R.D.#X-051839
```

Illinois Masonic Hospital by C.F.D. Amb.#48. The R/Det. learned that Bt. 1409 had taken photos of the crime scene and searched for any possible evidence.

The R/Det. observed that the area of the incident was a mix of residential and business buildings. The incident occurred in front of the Honey Baked Ham Co. at 3018 W. Belmont. The R/Det. learned the victim had been shot against the building then staggered and fell next to the curb on the street at approx. 3014 W. Belmont. The R/Dets. further learned that two witnesses had been transported into the 017 Dist.

The R/Det. then went to Illinois Masonic Hospital and learned that the victim had been pronounced dead by Dr. JERIUS at 1911 hrs. The R/Det. observed that the victim had one GSW (lodged) to the upper L/chest. The trajectory of the GSW appeared to be downward. The R/Det. met with Bt. 9603 at the hospital. Bt. 9603 then printed the victim and processed the scene. The R/Det. arranged for the witnesses in the 017 Dist. to be transported into Area 5 for further investigation.

At the hospital, the R/Det. interviewed a witness NKA Sandra ELDER who stated the following in essence:

Sandra ELDER:    ELDER stated that at the time of the incident, she was on the south side of Belmont at approx. 3015 West. She observed the victim and another subject (NKA Larry TUEFFEL) walking E/B on the north side of Belmont. She observed two other subjects pass the victim and TUEFFEL walking W/B. Once the two W/B subjects passed the victim and TUEFFEL, one of those subjects grabbed the victim from behind and pushed him against the wall. ELDER stated that she then heard a gunshot. The victim then staggered to the curb area and fell. The two offenders fled W/B toward Whipple.

ELDER stated that at the time of the shooting, she was standing in the middle of Belmont Ave. She further stated that her daughter, Tina ELDER, had crossed Belmont before her and was standing on the sidewalk about 5-10 feet from the victim at the time of the shooting. ELDER stated that she would have her daughter contact the R/Det.

The R/Det. then met with Det. F. MONTILLA in Area 5 and interviewed the following witnesses. They stated the following in essence:

Phillip TORRES:    TORRES stated that he was looking out his 3rd floor window and observed the victim and Larry TUEFFEL walking E/B on the north side of Belmont. They were passed by two M/W or WHs who were walking W/B on the sidewalk. As those subjects (offenders) passed the victim and TUEFFEL, one of the subjects grabbed the victim from

JIM00017

DETECTIVE DIVISION                    -6-                    4 February 93
AREA #5 VIOLENT CRIMES                                       R.D.#X-051839

the rear. The victim was then pushed against the wall of the building at 3018 W. Belmont. TORRES stated that the subject who pushed the victim put his hand up to the victim's chest. TORRES stated that he then heard an apparent gunshot. TORRES stated that the offenders then fled W/B toward Whipple. The victim staggered and fell at the curb in front of his building (3012 W. Belmont).
                         TORRES stated that the subject that he saw push the victim against the wall and put his hand on the victim's chest, was a subject that he had seen in the neighborhood. TORRES stated that he knew this offender to be called "T.J." "T.J." was wearing a blue and white "Duke" 3/4 length jacket.
                         TORRES stated that earlier on the day of the murder, at about 1430-1500 hours, he witnessed an argument between the victim and "T.J." The argument started when "T.J." started representing the "Royals" street gang to a passing school bus. The victim told "T.J." to stop that gang "bullshit". The victim then told "T.J." what he thought about his gang and all other gangs using derogatory remarks. TORRES stated that the victim was not a gang member and did not care for gang members. TORRES stated that several other people witnessed the argument between the victim and "T.J." Some of those were Cindy HUNTER, Donna COSMEN, and Shawn COSMEN.
                         TORRES stated that he did not originally tell the 017 Dist. officers that one of the offenders was "T.J." because Larry TUEFFEL told him that "T.J." was not there. TORRES stated that he thought about it and was positive that "T.J." was one of the offenders. TORRES stated that he felt that Larry TUEFFEL would not say that "T.J." was involved because TUEFFEL was a "Royal" as was "T.J." TORRES stated that TUEFFEL was a friend of both the victim and "T.J."

                         The R/Det. then interviewed Larry TUEFFEL who stated essentially the same account of the incident as he had to the 017 Dist. officers. The R/Det. then informed TUEFFEL of what TORRES had said. TUEFFEL stated that he did not tell the truth at first because he feared gang retaliation. TUEFFEL stated that he would now tell the truth. He stated the following in essence:

Larry TUEFFEL:                        TUEFFEL stated that he was a
                                      "Royal" gang member. TUEFFEL
stated that the person who shot the victim was "T.J." "T.J." was wearing his 3/4 length "Duke" jacket. TUEFFEL stated that "T.J." and another M/WH approached him and the victim from behind. They grabbed the victim and pushed him up against the wall. "T.J." then shot the victim in the chest. The two offenders then fled W/B on Belmont to N/B on Whipple. TUEFFEL stated that he did not know the 2nd. offender.

                                                             JIM00018

```
DETECTIVE DIVISION              -7-              4 February 93
AREA #5 VIOLENT CRIMES                           R.D.#X-051839
```

        TUEFFEL stated that earlier in the afternoon, the victim and "T.J." had a heated argument about gangs. He stated that "T.J." told the victim that he should be a "Royal". The victim then expressed his dislike for the "Royals" and any other gang.

        TUEFFEL stated that he knew that "T.J." carried a .25 Cal. semi-automatic pistol. He stated that he has seen that pistol on several occasions. TUEFFEL further stated that "T.J." told him that he also had a .22 Cal. handgun, but TUEFFEL had never seen it.

        The R/Det. was then joined in this investigation by Det. M. SANDERS. The R/Dets. learned from citizens in the neighborhood that "T.J." lived at his grandmother's residence on the 1st. floor at 3618 W. Belmont. The R/Dets. went to the subject apartment along with the before mentioned 017 Dist. officers. The R/Dets. were admitted entrance into the apartment by Gloria MAKOWSKI who identified herself as "T.J."s grandmother. The R/Dets. learned that the real name of "T.J." is Thaddeus JIMENEZ. JIMENEZ is 13 years old. JIMENEZ was placed under arrest and transported into Area 5 Violent Crimes. While walking from his building to the R/Dets. car, JIMENEZ exclaimed that he had been home since 1900 hrs. Once in the car, the R/Dets. advised JIMENEZ of his rights per Miranda.

        Once in Area 5, JIMENEZ denied any knowledge of the murder. He now stated that he had been at home with his family since about 1730 hrs.

        The R/Dets. interviewed several other subjects who had knowledge of JIMENEZ. They stated the following in essence:

<u>Kevin COSMEN:</u>
<u>Shawn COSMEN:</u>
<u>Phillip TORRES:</u>
These subjects were in COSMEN's apartment one day near Christmas '92. In the kitchen, JIMENEZ showed them a .25 Cal. semi-automatic pistol and told them that it was his. The also stated that JIMENEZ was a "Royal" gang member.

        The witnesses, Tina ELDER, Phillip TORRES, Sandra ELDER, and Larry TUEFFEL viewed line-ups in Area 5 (subject of a separate report). Tina ELDER positively identified JIMENEZ as the offender wearing the "Duke" jacket and as the one who shot the victim. Phillip TORRES positively identified JIMENEZ as the offender who pushed the victim against the wall and put his right hand on the victim's chest just before hearing a gunshot. Sandra ELDER could not make a positive identification but stated that JIMENEZ and another subject in the line-up looked similar to the shooter. Larry TUEFFEL positively identified JIMENEZ as the shooter and the subject known to him as "T.J."

JIM00019

```
DETECTIVE DIVISION              -8-                    4 February 93
AREA #5 VIOLENT CRIMES                                 R.D.#X-051839
```

                                        Y.O. R. SCHULTZ was notified and responded to Area 5 Violent Crimes. Y.O. SCHULTZ again advised JIMENEZ of his rights per Miranda after which JIMENEZ denied any involvement in the murder. The arrestee was then charged with 1st. Degree Murder and detained at the Juvenile Detention Center.
                                        In light of the foregoing, the R/Dets. request that this case be CLEARED BY ARREST & OPEN pending the apprehension of the 2nd wanted offender.

                                                        Det. Jerome Bogucki #20668
                                                        Det. Mark Sanders #20715

JIM00020