Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 3  MO. Feb  YR. 93  1825

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/1st Degree Murder | 0110 | 3018 W. Belmont | 1733 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| MORRO, Eric | | | | 5532 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 2 |

**60. NARRATIVE**

FIELD INVESTIGATION: Line-up Report.    Continued on Page #2.

**PERMANENT RETENTION FILE**

DEFENDANTS'
TRIAL EXHIBIT
014
Case No. 09 C 8081

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 4 Feb 93 | | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. J. Bogucki | 20668 | Det. M. Sanders | 20715 | Biebel |

95. DATE APPROVED (DAY-MO.-YR.): 4 FEB 1993

JIM00010

Detective Division                 2                                                          4 Feb 93
Area 5 Violent Crimes                                               X 051 839

Homicide/1st Degree Murder
MORRO, Eric

THIS IS A LINE-UP REPORT:

DATE/TIME/LOCATION of LINE-UP:      4 Feb 93/1010 hrs/Area 5 Hq

PERSONS CONDUCTING LINE-UP:         Det. J. Bogucki #20668
                                                               Det. M. Sanders #20715

PERSONS VIEWING LINE-UP:            ELDER, Tina
                                                               TORRES, Phillip
                                                               ELDER, Sandra
                                                               TUEFFEL, Larry

PERSONS PARTICIPATING in LINE-UP:    #1. MENENDEZ, Jesus
                                                                   M/WH/14yrs
                                                                   2444 McClean 637-0051
                                                            #2. JIMENEZ, Thaddeus
                                                                  M/WH/13yrs YD#0242521
                                                           #3. MORENO, Francisco
                                                                M/WH/15yrs
                                                                 3019 Monitor 637-0207
                                                           #4. MATSUMOTO, Tom
                                                                M/W/15yrs
                                                                6727 Irving Pk 481-9751
                                                           #5. SPORACINO, Chris
                                                                M/W/15yrs
                                                                7709 Addison 625-5163

**PERMANENT RETENTION FILE**

PERSON IDENTIFIED in LINE-UP:       #2. JIMENEZ, Thaddeus YD#
                                                            0242521

LINE-UP PHOTOGRAPHED BY:           Sgt. J. Nalepa #2107, 651

INVESTIGATION:                          The subject of this line-up was allowed to choose his position in the line-up. No one participating in the line-up was required to speak. However all the participants were required to make certain facing movements while wearing a blue and white "Duke" parka.

                                                Tina ELDER viewed the line-up and positively identified #2 JIMENEZ as the individual she saw shoot MORRO on 3 Feb 93 at 1825hrs. Phillip TORRES viewed the line-up and positively identified #2 JIMENEZ as the individual he saw shove MORRO against

Case: 1:09-cv-08081 Document #: 349-35 Filed: 08/07/12 Page 3 of 3 PageID #:5919

```
Detective Division            3                    4 Feb 93
Area 5 Violent Crimes                              X 051 839
```

Homicide/1st Degree Murder
MORRO, Eric

a wall and put his right arm against MORRO's chest and simultaneously heard a gunshot. Sandra ELDER viewed the line-up and stated that both #2 JIMENEZ and #4 MATSUMOTO resembled the individual she saw shoot MORRO. Larry TUEFFEL viewed the line-up and positively identified #2 JIMENEZ as the individual he knows to be "T.J." the person who shot MORRO.

Report of:  Det. J. Bogucki #20668
            Det. M. Sanders #20715

**PERMANENT RETENTION FILE**

JIM00012