Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME:** DAY 3, MO. Feb, YR. 93, 1825

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT:** HOMICIDE, 1st. Degree Murder
**I-UCR OFF. CODE:** 0110
**2. ADDRESS OF ORIG. INCIDENT/OFFENSE:** 3018 W. Belmont — VERIFIED
**3. BEAT OF OCCUR.:** 1733

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT:** MORRO, Eric
**CORRECT:** YES
**6. FIRE RELATED:** 2 NO
**7. BEAT ASSIGNED:** 5532

**8. TYPE OF LOCATION OR PREMISE:** Street
**LOCATION CODE:** 304
**9. NO. OF VICTIMS:** 1
**10. NO. OF OFFENDERS:** 2

**19. DESCRIBE PROPERTY IN NARRATIVE:** Dna VERIFIED

**34. SERIAL NOS. OR IDENTIFICATION NOS.:** ☒ DNA
**50. OFFENSE/CLASS. THIS DATE:** Dna
**REV. CODE:** Dna
**51. METHOD CODE:** Dna
**52. METHOD ASSIGNED:** ☒ FIELD
**UNIT NO.:** 652
**53. STATUS:** 0 PROGRESS

**STATUS CONT'D.:** ☒ 3 CLRD. CLOSED
**54. IF CASE CLEARED, HOW CLEARED:** ☒ 1 ARREST & PROSEC. — ADULT ☒ JU

**60. NARRATIVE:**

FIELD INVESTIGATION/PREVIOUSLY CLEARED AND CLOSED

Continued on page 2

DEFENDANTS' TRIAL EXHIBIT 016 — Case No. 09 C 8081

DATA ENTERED D AREA 5

**90. EXTRA COPIES REQUIRED:** normal
**91. DATE THIS REPORT SUBMITTED:** DAY 8, MO. March, YR. 93 — TIME 2330
**93. REPORTING OFFICER (PRINT NAME):** Det. J. Bogucki — STAR NO. 20668
**94. REPORTING OFFICER (PRINT NAME):** Det. R. Schalk — STAR NO. 20718

JIM00025

DETECTIVE DIVISION  -2-  8 March 93
AREA #5 VIOLENT CRIMES      R.D.# x-051 839

RE-INTERVIEWED:  TORRES, Juan Carlos M/WH/14, , 2864 W. McClean, 2nd floor, Ph# 252-0689, student at the Yates School.

INVESTIGATION:  On this date, the R/Dets. made a court appearance at Juvenile Court, Cal. #6 for the respondent, Victor ROMO. The R/Dets. were approached by defense attorney WEINER who was hired by the ROMO family. WEINER had in his possession a copy of cassette tape which he presented to ASA SAVINI. WEINER stated that the tape contained an alleged telephone confession from Juan Carlos TORRES concerning this murder. The conversation was allegedly taped in Spanish. Allegedly, the tape contained an admission by TORRES that he shot the victim, and an explanation of the role of Victor ROMO in the incident.

The R/Dets. went to the home of Juan Carlos TORRES where he was re-interviewed in the presence of his father. TORRES denied ever making any such admission as purported by the ROMO family. TORRES further stated that he has never had a telephone conversation with Victor ROMO's father, Ezequiel ROMO. Again, TORRES stated that he had not seen Victor ROMO for months.

**PERMANENT RETENTION FILE**

Det. J. Bogucki #20668
Det. R. Schalk #20718