## ARREST REPORT

| Field | Value |
|---|---|
| Name | JIMENEZ, Thaddeus R. |
| Sex/Race | M WH |
| Age | 13 |
| Alias/Nickname | "T J" |
| Dist./Res. | 017 |
| Height | 5-04 |
| Weight | 115 |
| Hair | brn |
| Hair Style | shrt |
| Eyes | brn |
| Complexion | med |
| Residence Address | 3618 W. Belmont 1st |
| Disting. Marks | N/V |
| Social Security No. | Unk |
| I.R. No. | 0242521 |
| City-State | Chicago, IL |
| Home Telephone | 312 583-2279 |
| State/Place of Birth | IL |
| RD No. | 051 839 |
| Occupation | Student |
| Business Name-Address | Jahn School |
| Address of Arrest | 3618 W. Belmont 1st |
| No. Arrested | 1 |
| Location Code | 290 |
| Beat of Arrest | 1732 |
| Date of Arrest | 4 Feb 93 |
| Time | 0400 |
| Unit | 652 |
| By Beat | 5538 |
| Time | 0410 |

**Weapon:** Pistol/Revolver (checked)

**Vehicle of Arrestee:** DNA

**Person in Investigative Unit Notified:** DNA

**Dependent Children at Home:** No

**Victim:** MORRO, Eric (Deceased)

| References | Offenses | Dispositions |
|---|---|---|
| 38-9-1 | 1st Deg Murder | |

**Narrative:** (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

...above arrested for 1st Degree Murder after he was named and identified as the individual who shot the victim on 3 Feb 93 at 1825hrs.

FATHER: JIMENEZ, RICARDO ADDRESS UNK
MOTHER: MARQUEZ, VICTORIA 3618 W. BELMONT TEL 583-2279 NOTICE TO APPEAR GIVEN

PRINTS AND PHOTO ON FILE PER YOUTH DIVISION HEADQUARTERS DET. THOMAS.

PRETRIAL OFFICER PATRICK QUINET APPROVED DETENTION IN JUVENILE DETENTION CENTER

Assisting Officers: MB 1731 PO L. Casey #16939 PO J. Zajac #8142
MB 1708 PO J. Matranza #16178 PO H. Klups #14511

**Arresting/Appearing Officer:** Det. J. Bogucki, Star No. 20668, Unit 652, Beat No. 5532, Furlo 5
**Second Arresting Officer:** Det. W. Sanders 20715 652

**Date Received - Lockup:** 4 FEB 93 **Time:** 1120

**Booking Officer:** Y.O. R. SCHULTZ 8952 075

**Initial Court Date:** 5 FEB 93 **Branch-Call:** JUV CT

DEFENDANTS' TRIAL EXHIBIT 018 Case No. 09 C 8081

JIM00046

COURT COPY