**CHICAGO POLICE ARREST REPORT**
CPD-11.420 (REV. 6/92)

| Field | Value |
|---|---|
| 1. NAME (LAST - FIRST - MIDDL) | ROMO  Victor |
| 2. SEX | M |
| 3. RACE | WH |
| 4. AGE | 12 |
| 5. DATE OF BIRTH | — |
| 8. DIST. RES. | 014 |
| 9. HEIGHT | 5-3 |
| 10. WEIGHT | 110 |
| 11. HAIR | Blk |
| 12. HAIR STYLE | Short |
| 13. EYES | Brn |
| 14. COMPLEXION | Med |
| 16. RESIDENCE ADDRESS | 2970 W. Nelson |
| 17. DISTING. MARKS, SCARS, DISABILITIES, ETC. | N/V |
| 16A. CITY-STATE | Chgo. Il. |
| HOME TELEPHONE | 312 539-7255 |
| 20. STATE/PLACE OF BIRTH | Il. |
| 19. Y.D. NO. | 0258331 |
| 22. RD NO. | X-051 839 |
| 23. OCCUPATION | student |
| 24. BUSINESS NAME - ADDRESS | Linne Branch |
| 25. ADDRESS OF ARREST | 5555 W. Grand Ave. |
| 26. NO. ARRESTED | 1 |
| 27. LOCATION CODE OF PREMISES | 092 |
| 28. BEAT OF ARREST | 2522 |
| 29. DATE OF ARREST | 10 Feb 93 |
| TIME | 1930 |
| 30. ARRESTEE TRANSPORTED TO UNIT | 19 / Dna |
| 31. RESISTED ARREST | NO |
| 32. WEAPON | — |
| 33. PROPERTY INVENTORY NO(S) | DNA |
| 34. NARCOTIC ARREST | DNA |
| 35. VEHICLE OF ARRESTEE | Dna |
| 39. VICTIM/COMPLAINANT NAME | MORRO, Eric (deceased) |
| VICTIM INJURED | YES - Fatal |
| HOSPITAL NAME | Illinois Masonic |

| 40. REFERENCES | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|
| 1  38 9-1 | 1st. Degree Murder | |
| 2 | | Y#258331 |
| 3 | | DETAINED AT AUDY |
| 4 | | 11 Feb 93 1330 hrs. |

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

The above subject was placed under arrest after he had been identified as one of the offenders who took part in the murder of Eric MORRO on 3 Feb 93 at 3018 W. Belmont. The arrestee pushed the victim against a wall with the other offender, and the other offender shot and killed the victim.

MOTHER: CATALINA ROMO, 2970 W. Nelson, 539-7255 (Notified)
FATHER: EZEQUIEL ROMO, 2970 W. Nelson, Same

DETENTION APPROVED PER Hagen, PTS.

FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: Det. J. Bogucki  STAR NO. 20668  BEAT NO. 5532  D.O. GRP. 5
SECOND ARRESTING OFFICER - PRINT NAME: Y.O. E. Daly / Det. R. Schalk  STAR NO. 16460 / 20718  UNIT 075 / 652

BOOKING OFFICER: E. Daly  16460  075
DATE RECEIVED LOCKUP: 10 Feb 93  TIME: 1930
TIME FINGERPRINTED: 2305  TIME PHOTOGRAPHED: 2310

INITIAL COURT DATE: 11 Feb 93  BRANCH-CALL: Juv.

DEFENDANTS' TRIAL EXHIBIT 020  Case No. 09 C 8081

JIM00048

3