DEFENDANTS'
TRIAL EXHIBIT
031
Case No. 09 C 8081

DEF 003974

PEO V. THADDEUS JIMENEZ