DEFENDANTS' TRIAL EXHIBIT
032
Case No. 09 C 8081

DEF 003975