

DEFENDANTS' TRIAL EXHIBIT 036 Case No. 09 C 8081

DEF 003978