

**DEFENDANTS'
TRIAL EXHIBIT**

**039**

**Case No. 09 C 8081**

DEF 003981



DEF 003982



DEF 003983