

DEFENDANTS' TRIAL EXHIBIT

040

Case No. 09 C 8081

DEF 003984