

DEFENDANTS'
TRIAL EXHIBIT
842
Case No. 09 C 8081