




DEFENDANTS' TRIAL EXHIBIT 044 Case No. 09 C 8081