Section 3J
1100 S. Hamilton
Chicago. Ill. 60612
Thaddeus Jimenez

Elizabeth Heatley
3630 N. Troy
Chi. Ill. 60618

PEO.V. THADDEUS JIMENEZ
INDICTMENT NO. 93CR-14710
PEOPLE'S EXHIBIT NO. ____

**DEFENDANTS'
TRIAL EXHIBIT**

**072**

**Case No. 09 C 8081**

NWU 000823

Dear Liz,

How are you babe? Well I'm o.k., but I feel lonely without you. When you wrote me and said you thought I'd never think about you. Well your wrong, every day when I was at home all I did was talk about you, now im siting here gust thinking about all those days I could of spent with you but I was ether to busy or to lazy. When/if I get out I promise you I will be with you almost every day, and if I aint with you I will make it up to you. So what's going on by your house. I hope your not with any other guys. Tell everyone, that means lorey, charlie, and *your* freinds I said hello. If you dont want lorey to write me gust tell her I said not to. So I here the Krypto are looking for Larry, you see I got connections in and out of gail. Every day I look at your school picture and gust think of what I missed out on, I hope youll be there for me when I get out.

over

I got your other letter and the reson your getting my letters slowly is because I am mailing them to you and your giving yours to my mom. Oh yah. Don't tell charlie, Danny, & Torey my real name, I am still a little mad you have it because im not ashamed of it but no one knows it not even my best freind. I just feel safer with J.g. even if it is my nick name. Would you stop talking about Amanda, she's a lieing bitch, I wouldnt touch that HOE with a fifty foot pole, and if you think im lieing well then fuck you, but if you beleive me, thank you. I'm writing you from school, just thinking about you. So you found a picture of me from school, well do I look cute or what. Well im going upstairs now because school is over. Remember these three words "I Love you" Well gotta go now. See ya

Love
J.g.

p.s.
Here is my real name just incase you need to write in here

1100 S. Hamilton
Section 3J

Thaddeus Jimenez
Chi Ill. 60612

NWU 000825