T.J.-L' Shorty
1100 S. Hamilton
Chi. Ill 60612

3-22

Elizabeth Heatley
3630 N. Troy
Chi. Ill 60618

PEO.V. THADDEUS JIMENEZ
INDICTMENT NO. 93CR-14710
PEOPLE'S EXHIBIT NO. 12B

DEFENDANTS'
TRIAL EXHIBIT

074

Case No. 09 C 8081

NWU 000830

① T.J. 4-ever
N-
Liz

Dear Liz,                                      3-22-93

Hey sexy, how are you? It's me again. Gust saying I love you very very much and that is why im writing you again. I wrote quite a few letters today to my family and then I wrote to you, but it didn't seem good enough so I wrote another one. I'm sitting here in my room listening to witney husten, "I will always love you". Gust thinking about you. Today I got into a fight with a Royal because he got pist because I told him I droped out and fuck the Royals so we went at it. Ofcourse I won, but forget about that shit, it dont mean much to me. So how's your mom doing? God I miss you so bad I could gust blow up. So Danny tried to hook you up with Larry huh? I got some thing special for him. And for larry, you better see him why you can because he wont be living very ~~long~~ long.

a

NWU 000831

(2)

On second thought, stay away from him, he's bad news. The Royals are supposed to be looking for him. It looks like i'll have to kill him my self since the Royals won't. He's lucky he's living now but I told my cousin not to kill because he's my problem and as soon as I get out Danny's pussy ass will be going to Larry's wake. You know the rules. (If you shoot, you shoot to kill, but watch for mice or you'l pay the price. But don't worry I wont get caught. Freedom means to much to me. So do you know any other pretty girls, not for me but for my "Little Cousin". His name is Bob. He has dark brown hair (Pushed back), with brown eyes. He's half white and half mexican just like me. Tell your freinds about him.

NWU 000832

T♡L

③

Well it's 5:40 and were going to gym now so il write when I come back!

It's 6:27. I just got back from gym. I got into another fight just a few minutes ago down stairs in gym.

"Well" it's time to end this letter because I have to write my god father. So il be expecting a letter from you in a couple days by.

Love
J.G.

XOXOXOXOX
OXOXOXO

p.s.
dont be mad that im still locked up. il be out soon.

p.s.s
I L♡VE U

11

NWU 000833