

Master -1
1100 S. Hamilton
Chi. ill 60612

Elizabeth Heatley
3636 N Troy
Chi. Ill 60618

PEO.V. THADDEUS JIMENEZ
INDICTMENT NO. 93CR-14710
PEOPLE'S EXHIBIT NO. 198

**DEFENDANTS'
TRIAL EXHIBIT**

**075**

**Case No. 09 C 8081**

NWU 000840

Dear Liz,
how are you honey?
Fine I hope. How you been treatin your freedom? Well im doing alright over here.

So whats ya been up to lately? I got your letter today and I thank you for writing me once again oh yeah. I didnt tell my mom to lie to you, I told her to say I was out of gail to everyone quist to ~~say~~ see if anyone comes looking for me and to see if anyone trys to light me up like they did Larry. He deserved it. And my birth-day is march. 5... I spent it in here. Im 14.

NWU 000841

Life sucks huh? And one more thing, my next court date is the 29th of this month. I love the picture you sent me. wrong colors but you look hot And I like your baggy pants I always liked real big pants like the kind you ~~wear~~ wear I just like to mess ~~around~~ around with you. When I get out I have to show you a little something or I should say (big something) If you know what I mean. HA HA

This letter is kind of slopy because im not used to writing in pen. Oh yeah, I never got my ~~ass~~ ass kicked. Who told you that.

20

NWU 000842

Well I realy do miss you very much so dont think I dont. OK?

I do get phone calls but I call my mom.

I'll call you saturday on the 17th. make sure your up because we usualy make calls realy early around 800. That might not be early for you but on saturday its very early to me.

And when I call you you better have the days your mom, sisters, and dad aint home writin down on a paper so when I get out I could run over to your house and then you could give

7.

NWU 000843

me my birth-day present.
If you know what I mean.
Shit I gotta get out
of here. I miss beer, I miss
weed, I miss girls. HA HA
    But most of all I
miss my freedom. When
I first opened your letter
I looked at your picture
and snift it. it smelled like
your perfume you always
wear. I love that smell.
and it reminded me of
the last time I seen
you. you were all
fansed up. you know you
do have a great body
and you always look
hot. But your mine so
dont be show'n your
body anymore. I mean
dont be look'n all hot
and shit. I get gellas easy.

22

Well thats all I have
to say for now except that
I LOVE YOU very very
much and I hope to
be hearing from you soon
so c-ya later honey
and remember P.H.R
for now.

Love     I LOVE
         J.g.     YOU

♡ TJ

XO XO X O XO TJ
                    N
P.S. 1-4-3      LIZ
                L1-even
P.H.R means _____

_____ , _____

HA
    HA
I'll never tell

NWU 000845