P.h.R







Elizabeth Heatley
3630 N. Troy
Chi. Ill 60618

PEO.V. THADDEUS JIMENEZ
INDICTMENT NO. 93CR-14710
PEOPLE'S EXHIBIT NO. 188

DEFENDANTS' TRIAL EXHIBIT

076

Case No. 09 C 8081

JIM03770





4/15/93

Dear Liz,

how are you babe? fine I hope. Hows life been treatin you? Im doing alright I think so.

I receaved your letter yesterday and I thank you for it

so, lets start this letter off by saying I love you very very much and I always will

And dont worrie, I swere to you on the holy bible, Im only writing my family and thats it. I swere

so, did you find out what P.H.R means. NO it dont mean peace, honor, Royals I told you before. [I aint in that gang shit any more, but you got some of it right. I'll never tell] ha ha ha

Theres only one thing that I want to make me say what it means. And your the only girl I want it from. But I have to wait until I get out to get it anyway so dont even worrie about it.

Unless you make me a promiss to give me what I want and im pretty damn sure you know what,

JIM03771

13



that is. So its up to you.

So, how did it go at your over night school trip. Oh, I forgot, its in may. My fault!!! You better not even talk to another boy. Or els.

So do you like my new writing? I decided to change my hand writin. It got kind of borring.

Danny now sais that larry didnt get shot huh? I think that danny's lying this time becaus my mom told me that she hered something like larry getting shot. If he did, good for him, but if he didn't, I'll be out soon.

I just cant wait until I get out, im going streight to your house, for my birthday present.

God I miss you so much. Every night I look at your picture and I cant beleave your mine. And you are.

I must be a real fine lookin boy/man to have someone so precios, beuatiful, kind, and soft hearted like you.

But I do have the looks. ha ha ha

Oh yeah, the other day me and my section went outside to play soft-ball. Not really out-side but at 110C s. hamilton theres a real big yard in the middle of the building. Theres no way to escape. But at least I smelled the fresh air.

We might go back out there this week if the weather is good for it, but I doubt it.

So, when's your birthday? If im not out in time for it I just want to say happy-birth-day sweet heart. Ill give you a real special gift. Its real big and only I have it, if you know what I mean. ha ha ha Its name is he-man. ha ha ha

Let's talk about me.

In here I get treated like a king. I get any-thing I want, even weed. All you need is money, and in here I have alot of it. You could do anything with money. For example: on sundays I give one of the guards that work here 10 dollars and he brings me

4

a hole bunch of food from mc donalds. And he lets me sneek in money and squars and he even gives me a light for my squars. Or, I buy others candy from kids in school. But my main target is weed. In school I buy dime bags. I buy one on thursday and two on monday. Then I could do what ever I want. I roll nine joints out of 3 dime bags. I give one to the guard, then I give one for 3 big bags of chips, than I give two for someones breakfast, lunch, and dinner. Then I give 2 for 3 candy bars, 3 pops, and a bottle of miller. With the other 3 I gamble one in cards (I usually lose) with the other two I keep for myself. I smoke a half of one every night, like im about to do. write after this letter. So, you see what I can do with some money. I'm even rollin in jail.

In a way its going to be hard leaving all what I have behind. But than again, I'll be very happy to leave this shit hole.

(5)

Well Liz, I hope this letter found you intrasting. I hope to see you soon also.

Well, this letter is going to end so C-ya later and good-bey, for now love ya sweety.

love always your master

LLL

W/B/A/S/A/P

TJ

XO XOXO XOXO
XOXOXO XO XO

GSK

P.S. I really do love you.

And never forget