

Shorty
CHICAGO, IL 606
PM
3 MAY
1993
29 USA
Wood Duck
DO SOMETHING WILD:
COLLECT STAMPS
Elizabeth Heatley
3630 N. Troy
Chicago Ill 60618

PEO.V. THADDEUS JIMENEZ
INDICTMENT NO. 93CR-14710
PEOPLE'S EXHIBIT NO. 20B

DEFENDANTS' TRIAL EXHIBIT

078

Case No. 09 C 8081

Dear Liz, 5/1/93

whats up girl? Notnin much over here. so hows life been treatin you? Im doing alright I guess

so how come you havent wrote me a letter lately? Is it something I said? Or is it because theres someone new in your life, someone like Nelson? I just want to know why you havent wrote me lately.

So, did my mom tell you that the state changed my court date? They changed it to may tenth. so when you get this letter it should be may sixth. Three more Royals came on my section today, so now there's probley goin to be alot of shit goin on.

Oh yeah, they told me that larry did not get shot and hes still testifying against me.

so on the 10th I want you to call my grandmother's

2



house to see what happend.
Heres the number → 583-2279
The reason why I gave you my grandma's number is because my mom broke her phone and she aint got a new one yet.

God, I hope I get out soon. I pray every night that I get out. I want you to pray for me too, It could help me.

Tommarro is visiting day and my mom is going to bring me a hole lot of shit. She's goin to bring me some of those little hand held video games, and a little nurf basket ball rim with the two suckion cups to hold it up and it has that spunj ball. I admitt it, I still have a little kid in me. My mom aint even supposed to bring this shit up but she sneeks it up.



She's also goin to bring me some new close for court. She's bringing me a new cross colors pants and a white turtle kneck. And she's buying me some new shoes for court too. She just brought me a pair about 3 weeks ago.

Oh, this saturday on the 8th im goin to call John spaw, I dont if you remember him but he's the one Royal who drives a motorcycle and lives on Kedzie. Im goin to tell him to stop larry from goin to court. In anyway he has to, even if he has to kill him. It wont mean anything to me. And it only takes the pull of a trigger.

And when/if you write back tell me whats goin on with danny and them.

Well babe,

Im sorry this letter is short but I have to take a shower now so I love and miss you a hole lot.

love always your master

T.J.

P.S.

I have wet dreams about you. ha ha ha ha ha ha XXXXXX OOOOOOOO

p.ss

Im only Jokin but I do think about in symilar ways.