## MAKING CHOICES

**KOLBE HOUSE AT ASSUMPTION**
2434 S. California Ave.
Chicago, IL 60608
phone: 312-247-0070

**Publisher**
Kolbe House
Catholic Jail Ministry

**Editor**
Fr. Dave Kelly

**Pastoral Care Team**

Fr. Dave Kelly
Mr. Paul Keller
Ms. Christie Billups
Mr. Ralph Murry
Renato Filippini
Scott Haig
Julio Ramirez
Michael Glastetter
Miguel Angel Canchola
Rolando Danzine
Dawit
Chris Steinle

MAKING CHOICES is published as a means to give a voice to those youth who are detained in Cook County Juvenile Detention Center, Audy Home and Cook County Jail. It is also directed to those who have been released.

It is a project of Kolbe House, the Catholic outreach ministry to those people, young and old, detained in Cook County Jail/Juvenile Detention. This newsletter is published weekly.

---

### DEVILISH
*by Thaddeus "Making Choices"*
*(Audy Home 3F)*

Oh, God Almighty, enter my
life and bless my soul,
for the devil has made it
weak and bold.

I am young and foolish, with
so little heart,
My body is confused and my
mind is dark.

My sin was developed at a
very young age,
when I was taught violence
by a devilish rage.

Incarcerated in detention,
and no one to blame.
It is you who got you here,
'cause the devil's possessed
your brain.

It was the devil himself who
brought you here.
Don't you see now, he has no
such care?

Your spirit is held by a dark
red strap,
think again, child, yes, it's his
rap!

But here is one more choice,
and that is the Lord, who you
must worship,
who you must adore.

Follow His steps, and breathe
His air,
then you will realize, no harm
may come near.

Do this in mind to make this
come true.
For He has said "He will
soon come for you."

Now, listen to me, and
worship today,
before you are punished the
devilish way!

### THE BURG
*by Jose "Making Choices"*
*(Harrisburg)*

Well, what's up everybody
out/in there? Just like to say
if you're in the Audy Home,
and get out, don't come back,
'cause if you have the chance,
stay out.

If you get out, and come
back, and you're down here
thinking you're hard, you
might as well not think about
home for a very long time.
'Cause I only had six months,
I've been here for eighteen
months. So think about it,
'cause there are a lot of of
guys down here that only had
a little time, and now they
have until '97 somewhere.

So, take my advice, if you're
out, stay out. 'Cause
Harrisburg is one camp you
don't want to come to. And
think about it, wouldn't you
rather be out free, and with
girls rather than guys
everyday?

DEFENDANTS' TRIAL EXHIBIT

083

Case No. 09 C 8081

JIM03899

2