# MAKING CHOICES

**KOLBE HOUSE AT ASSUMPTION**
2434 S. California Ave.
Chicago, IL 60608
phone: 312-247-0070

**Publisher**
Kolbe House
Catholic Jail Ministry

**Editor**
Fr. Dave Kelly

**Pastoral Care Team**
Fr. Dave Kelly
Mr. Paul Keller
Ms. Christie Billops
Mr. Ralph Marry
Renato Filippini
Scott Hug
Julio Ramirez
Michael Glasteter
Miguel Angel Canchola
Rolando Danzine
David
Chris Stoinic

MAKING CHOICES is printed as a means to give a voice to those youth who are detained in Cook County Juvenile Detention Center, Audy Home and Cook County Jail. It is also directed to those who have been released.

It is a project of Kolbe House, the Catholic outreach ministry to those people, young and old, detained in Cook County Jail/Juvenile Detention. This newsletter is published weekly.

## REAL FRIENDS - THE SECOND HALF!
*by T.J. "Making Choices"*
*(Audy Home, 3F)*

This is in response to Samantha who wrote in issue #102. What I hear from other people, nine out of ten say she's right about who your real friends are. Don't get me wrong, I am sure some of your "boyz" will be there for you, but will they always be there? Will they die for you? Will they even take a serious rap for you? These questions are from a point of view, of course, and so not all the answers will be the same.

Back to the main issue - "gangs". How much can or will they do for you? And even if they do alot for you, they still can damage your life permantly. They can cause so much pain that it can effect you, your parents and your relatives for your whole life. But the worse thing is, gangs might kill you. And that there will can cause emotional death for your family. Now do you want that? Hell nah, no one does!

Here are a view examples in case you don't think this can happen:

Say you and the rest of the mob are walking down a street and it just so happens that one of your boys has a "gap" on him - which is often true. Your boy sees someone who owes him money and don't wanna pay up. He runs over up to him, asks for the money, but don't get it. Then you see your boy pulling out the "gap". As he does, you try to yell for him, but his mind is full concentrated on soemthing else. He points the "gap" and shoots and kills the man with the debt. You try to break, but like always, someone has seen you run and they tricked. So now you're locked up in the Audy or County for "Accessory to Murder." Burned up!

Here's another tragic example of what gangs might/could do to you:

You and one of your boys are chillin' in the hood. A car load of oppositions comes driving by. You or your boy bust at them, only putting holes in their ride and they drive off. Then about a month later you walk donw a street alone on the way to your hood. The same oppositions you or your boy busted a month ago sop you alone. They gather up the group and start following you, but you ain't even aware, you done totally forgot about them. They finally rin up to you, after they followed you

*(continued on page seven)*



2

JIM03906

---

**DEFENDANTS' TRIAL EXHIBIT**

085

Case No. 09 C 8081



I got locked up on a murder case, but I think I'm going to win my case. When I go back to the world, I am not going back to gangbanging, or to sell drugs, nothing with the gangs. I have been locked up six months, I've been missing my family, and girlfriend. We've all been sad.

## FOR YOUR FAMILY
*by No Name "Making Choices" (CCJ, Div 1)*

Well, I'd like to say, "what's up?" to everybody in the CCJ and in the Audy Home. This is my first time being locked up. I've been in County for about 5 months.

I'd like to say to all of you brothers that don't learn when you leave this place, what are you fighting for? For your organization? Right. Well, do your boys ever come to see you? I'll tell you, at first all your boys will come, but after a while they will stop coming to see you. That's a fact!

Same goes for your lady. For about 2 or 3 months, she will be writing to you, and coming to see you. Then, she will write you a "Dear John" letter.

During this time, do you know who will be there for you? Well, I'll tell you, your family. So if you have to do something, don't do it for your boys, do it for your family.

## LONG TIME
*by Anthony "Making Choices" (Audy Home, 3H)*

What's up? I never thought I'd be locked up for a long time because the first time I came to the Audy Home, I was only in here for a month. That month went by fast. When I got out, I went to placement for a year and eight months.

That placement was so fun that I said to myself, I ain't never going back to jail. Now I am back locked up and this time I am going to be here for a while. I am now an A.T. Now I think back and wish I was still in placement because I wouldn't be here.

\*\*\*\*\*\*\*\*\*\*

TJ's (continued from page two)

to an area they think is a good spot to start bustin'. Then they do, leaving you at the point of D.O.A. - Dead On Arrival. Burnt up!

Look, I know this because I've been here for ten months now and have had people that come here tell these kinda stories.

Just like Samantha said, most of us have been here three times or more. I have been here four times before and since I have been here, I could name twelve people who have been in and out three times in nine months, so don't trip on that tip cause you know I am right.

