**DEFENDANTS' TRIAL EXHIBIT**

**098**

**Case No. 09 C 8081**

December 26, 2005

Dearest Mother,

Hey, how are ya? Hopefully good. I'm doing okay. I got both of your letters that you sent. I was wondering why I hadn't heard from you lately. I sent you a letter through Fr. Kelly when I first got here, so I was expecting to hear from you sooner. But I guess Fr. Kelly didn't send you the letter. Anyway, you know where I am now, so there shouldn't be anymore worrying and wondering. I'm okay. I'm at a better place, so that's a good thing.

Well, I'm out of seg. I got out two days ago. So far, I like what I see. But I did get a ticket my first day out. Yeah, I know. But this wasn't my fault. I was in the dinning hall, and they called our line to get up and leave. But they only wanted one roll to leave at a time. I didn't know this. I just seen the guys on the other side of my table get up and go, so I did the same. But as soon as I started to walk, the sergeant called me aside and wrote down my name and number. I told him it was my first time ever being in the dinning hall so I didn't know the routine. But he wasn't trying to hear anything, so I left it alone and just went my way. I wanted to argue with him, but I remembered what you said about letting these people get to me. This sergeant is one of those jerk types, who waits for people to make the slightest mistake. You got those that are more concerned with only the serious matters and don't waist time harassing people for no reason. And you got those that do. This sergeant was one of them. I haven't went to the Committee yet to discuss the ticket. I'll probably go tomorrow. I'm gonna explain what happened and ask that the ticket be dismissed. Common sense tells you the whole thing is stupid. But in prison, stupidity is the rule of thumb. So we'll see what happens. Either way, I'm not facing any real punishment. They won't send me to seg for that. The worst they might give me is a month or two of C-Grade added to the C-Grade I already have. But I don't even want that. But like I said, we'll see. I'll let you know what happens the next time I write.

Other than that, things are peaceful. I jumped right back into my weight-lifting routine. I've been MIA for three months so I have to make up for that time. I was just starting to show a little muscle when I went to seg. Now I'm right back at square one. That's why I didn't waist any time getting back into it. The very first day I got out, I went to yard and worked out as much as my body would allow. As you can imagine, right now I'm feeling every bit of it. I'm sore! Ow! But you know what they say...no pain, no gain. Besides that, I'm waiting for the college coordinator to call me over and talk to me about what kind of classes I want to take, and what kind are availible. That should happen this week some time. Then, in April, I get out of C-Grade status so I'll be able to get a job. Once all that goes into effect, I'll definitely stay busy. It'll make time go by a lot faster, and it'll keep me out of trouble. So I'm looking forward to it.

As for my Post-Conviction Petition, it's just about done. I have about 80%

**VIC0254**

of it already complete. But I'm taking a brake right now. I want to go to the law library here and see if there are any new cases I can use in support of my petition. I'm not psychic, so I don't know if I'll be able to get my case back in court. It can go either way. But I have to be honest with you, Mom, I got a good feeling about this year. I think it's our year. For real. So many things are coming into play, so many possibilities, my gut's telling me something is gonna happen for us. Just keep praying, stay strong for me and Ang (we worry about you just as much as you worry about us), and NEVER give up hope. It's all we have left. I'll do the same over here. Sooner or later, our pain and suffering will be rewarded. I promise you that.

I made a committment to try my very hardest to stay out of any kind of trouble. I made this kind of committment before, and I failed. I'm not the kind of person to be unrealistic about things like this, so I won't say that I won't fail this time too. Knowing me, there's really no telling. But I will admit that I have more reason now to "behave" then I've ever had before. So I will do my best. That's all you ever wanted from me, remember? I know if I try my best, you'll be satisfied, no matter what. So rest assured, Woman, I'll sincerely give it my best.

Anyway, I gotta go. Write Ang and tell her she has re-submit a request for permission to write me. When I first got here, I was recieving her mail that was forwarded from Mt. Sterling with no problem. But now for some reason, her letters are being sent back to her. So she has to request permission to write me at this prison. Every time I transfer to another place, we both have to get approved all over again. I already sent in a request a month ago. But she has to do it too. So write her ASAP and tell her, okay? Also, as you can see, I'm sending some pictures. These are ones that I either have a copy of or are just old. Don't give them away to anyone. And don't leave them laying around. Put them somewhere safe. Put them in the box of stuff you already have of mine, like my old letters and stuff. I finally got some pictures from Montrose 2005, so I'm even sending you some of the ones from last year incase you wanted some for yourself. Call Ashley and thank her for sending me the new ones. Me and her are cool again. Tell her to send the other ones I asked for.

One more thing. When I was in seg, I had this celly that was an old man fromJoliet. Basically, he's a homeless guy. He has some family out there, but they don't communicate with him, and vice versa. He was a drunk pretty much his whole life, and it shows. He's 50 years old, but he can easily pass for 70. For real, no exaggeration. Anyway, I was only in the cell with him for a short time, about 2 weeks. But learning about his life, and seeing the messed up situation he was in, I felt sorry for him. He's a good-hearted person, just unfortunate. We got pretty cool, so I told him if he came to Chicago, you might be able to help him get on his feet. I gave him my word I'd write you and ask you to give him a place to crash until he can get his own place. But I also said it was up to you, and that you may not want to do it. He didn't ask me to write you and ask you. It was something I came up with. I really do feel bad for him. And if it was up to me, I'd say give him a chance. I gave him

your work number so he can contact you if he decides to go to Chicago. His name is Richard W. Fuhrman. He's in for DUI, and he should be getting out some time next month (January). If he calls, you can tell him whatever you want. It is completely up to you if you want to take him in. I just told him I'd ask because I felt so sorry for him. I checked his record on the computer, and he don't have any sex-related offenses or other violent history. I had to be sure of this before I gave him my word that I'd ask. So think about it, and then whatever you decide, I'm fine with it. I also gave him Uncle Mark's number (773-430-5732?) and said he might be able to find him a job. He said he knows how to work construction. So do me a favor and tell Uncle Mark about this so he can be expecting his call. You know how paranoid I am about your safety and well-being, so I wouldn't even think about doing this if I thought the guy was a threat. But I honestly don't. But again, it's your call.

I hope you go see Angela soon. Don't worry about what this guy Rich can and cannot afford. Seeing your daughter is more important than being an inconvenience for him. She's a priority. There shouldn't be anything at all that would cause you to hesitate on going to see her. Nothing! If Rich couldn't afford it then he won't be able to pay for it. But if he can pay for it, then he can opbviously afford it. So go! Forget about being polite this one time and just do what your heart wants you to do. And don't worry about coming to see me right now, either. I don't have you on the list yet. I'm not putting anyone on until I can have contact visits again (April). Did you talk to Susie about her bringing you down here? What about Hiya? Let me know so I can make sure they'r on the list too. For now, though, just focus on seeing Ang.

Alright, this time I really gotta go. Thanks for the Christmas card. I love you, Mom. Stay strong for me, okay? 2006 is gonna be an interesting year. Just watch and see. Be good, and stay in touch. Love and miss you with all my heart.

HEART & EARTH!!!

Always,
Your Favorite Son
T.J.

xoxoxo

**VIC0256**