**DEFENDANTS' TRIAL EXHIBIT**

**099**

**Case No. 09 C 8081**

April 15, 2001

Dear Angela,

Hey girl, how you feeling today? No one's picking on you in there, right? Just do what they say and wash their panties. I'm just juggin' at ya. So how's things holding up? Me, I'm just chillin', lookin' for some Jell-O. I just finished writing Aunt Sue. Yeah, I haven't heard from her in 2 years, then now outta the blue she sends me a letter. I think it's because she probably talked to someone on the phone and they reminded her about me. But it's all good. She don't owe me nothing anyway. Although she could at least send ten or twenty dollars once in a while. A mutherfucka is hurtin' up in here. But I don't wanna ask her for any money 'cause then she'll think that's all I want. Stingy ass lady. Don't tell her I said that!

Well, first off, about my case. I lost my appeal early last year. My "P.D." didn't want to file another one, and since I don't have a private lawyer, there was nothing I could do. So basically I'm stuck with this time. My out-date as of now is 2017. That's a stretch, especially considering I've already done 8 years. Originally I'm supposed to get out in 2015,

BUT I'VE BEEN HAVING SOME PROBLEMS WITH THESE OFFICERS, AND I LOST A COUPLE YEARS OF MY GOOD TIME CREDIT. I CAN GET MOST OF IT BACK, THOUGH. JUST GOTTA LEARN TO BE COOL. I'M WORKING ON IT. BUT WHEN YOU'RE DOING A COUPLE DECADES, A COUPLE YEARS AINT SHIT, YOU KNOW. I'VE BEEN IN THE HOLE FOR GOING ON 3 YEARS NOW, AND I GET OUT NEXT YEAR. WHEN I DO, I'M JUST GONNA LAY LOW AND TRY TO GET A JOB. BUT AS FAR AS MY CASE GOES, I CAN STILL FILE FOR A POST CONVICTION, BUT I'M GONNA NEED NEW EVIDENCE, WHICH MEANS I'LL NEED A PRIVATE INVESTIGATOR. PLUS I'LL NEED A PRIVATE LAWYER. THE NEW EVIDENCE WOULDNT BE HARD TO GET. FIRST, WE'LL HAVE TO FIND ALL THE STATE'S WITNESSES, WHICH MIGHT TAKE THE HELP OF A P.I. THEN WE'LL HAVE TO GET THEM TO SIGN AFFIDAVITS SAYING THEY LIED. IF THEY'RE APPROACHED INDIVIDUALLY AND NOT ALL AT THE SAME TIME, THIS CAN BE DONE. HAVE 'EM ON CAMERA, TOO. IT MIGHT TAKE SOME PRESSURE AND A LITTLE TRICKERY, BUT ONCE THIS IS DONE, IT'S A WON-CASE. WE CAN FILE A POST CONVICTION AND BEAT IT WITH THAT. ANOTHER OPTION IS TO GET CARLOS TORREZ TO ADMIT TO DOING IT, WHICH WONT BE SO EASY. A THIRD OPTION IS TO HAVE ABOUT 50 PEOPLE, INCLUDING ALL THE FAMILY, MARCH UP TO NORTH WESTERN UNIVERSITY AND LITERALLY BEG DAVID PROTESS, THE PROFESSOR OF JOURNALISM THERE, TO TAKE MY CASE SERIOUSLY. THIS WOULD BE MY FIRST CHOICE. IF THERE'S ANY ONE MAN WHO CAN GET ME OUTTA HERE, IT'S HIM. HE CONDUCTS —

INVESTIGATIONS ON MURDER CASES AND PROVES PEOPLE INNOCENT. THIS IS THE GUY WHO'S BEEN GETTING ALL THE INNOCENT PEOPLE ON DEATH-ROW OFF THE HOOK. IF WE CAN GET THE WHOLE FAMILY TOGETHER AND THE FAMILY'S FRIENDS, WE'LL HAVE MORE THAN 50 PEOPLE. PLUS WITH THE HELP OF OUR NEW'S REPORTER FRIEND CAROLYN NIELSON (WHO HAPPENED TO BE A STUDENT OF DAVID PROTESS) WE CAN CONVINCE HIM. BUT SEE, NO ONE'S WILLING TO DO ANYTHING ANYMORE. THE FAMILY LOST HOPE. AND I CANT PERSUADE THEM FROM IN HERE. IT'LL HAVE TO BE SOMEONE ON THE STREETS TO DO IT. BUT IF THIS, OR NONE OF THE OTHER OPTIONS CAN BE DONE, I'LL JUST BE A SITTIN' ASS INNOCENT SOUL. NOTHIN' NEW, YOU KNOW. AND YOU SAID YOU DONT KNOW ANYTHING ABOUT MY CASE 'CAUSE MOM DOESNT TELL YOU ANYTHING. WELL SIS, SHE SHOULDNT HAVE TO. PLUS, YOU NEVER ASKED. IF YOU WERE DOING YOUR PART AND STAYING IN CONTACT, WRITING, VISITING, ETC., I WOULD'VE TOLD YOU EVERYTHING YOU WANTED TO KNOW. BUT THAT'S IN THE PAST NOW. TODAY IS A NEW DAY. I BELIEVE THAT YOU WANT AND INTEND TO DO BETTER AND MAKE SOME CHANGES. WHEN I GOT LOCKED UP, I SAID THE SAME THING. AND I BELIEVED IT. BUT LOOKING BACK NOW, I DOUBT I WOULD'VE CHANGED. CHANGED CHARACTOR STARTS WHILE YOU'RE LOCKED UP, NOT WHEN YOU GET OUT. IF YOU START NOW, IT'LL BE EASIER TO MAINTAIN ON THE STREETS. BUT IF YOU WAIT, THEN ONCE YOU GET OUT IT'LL BE ALMOST IMPOSSIBLE. I DONT CARE ~~~~ HOW MUCH YOU BEEN THROUGH. THE WORLD IS

COLD AND FAST. IF YOU GET BACK OUT THERE WITHOUT YOUR PRIORITIES ALREADY SET AND IN PLACE, YOU'RE GONNA GET CAUGHT IN THE TRAFFIC OF THIS COLD AND FAST WORLD, YOU KNOW WHAT I MEAN? ME, YOU WOULDN'T BELIEVE HOW MUCH I'VE CHANGED. SOME FIND IT HARD TO ACCEPT, BUT YEAH, I'M ALOT DIFFERENT. MY HEAD'S ALWAYS BEEN ON STRAIGHT, BUT NOW I'M SHOWING IT. I GOT EVERYTHING MAPPED OUT FOR WHEN I GET OUT. A CRIB, A RIDE, A JOB, - 2 JOBS! I KNOW IT'S A LONG WAY FROM NOW, BUT I'M MAKING PLANS WITH PEOPLE OUT THERE TO HELP ME. NO ONE FROM THE HOOD. AND IT'S A SHAME, 'CAUSE IF I CAN GET SO MUCH DONE FROM THE JOINT, THE FAMILY SHOULD BE ABLE TO DO IT FOR THEMSELVES OUT THERE. BUT LOOK AT 'EM. IT'S SAD. DID YOU KNOW I GOT OFFERS FROM COMPANIES TO WORK FOR THEM WHENEVER I BECOME AVAILIBLE? A DIVISION FROM 'MOVERS INTERNATIONAL' THAT MOVES ENTIRE HOUSES THROUGHOUT THE COUNTRY OFFERED ME FREE TRAINING AND A JOB STARTING AT $3,600 A MONTH. ACTUALLY THEY PAY BY THE MILE, BUT ON A AVARAGE ROUTE (ACCORDING TO THEM) THIS IS HOW MUCH I'LL GET PAID. I GOT THIS OFFER FROM THE HELP OF A LADY-FRIEND, WHOSE FATHER HAPPENS TO BE A SUPERVISOR THERE. THEN, I GOT AN OFFER FROM AARON'S NORTHWEST CONSTRUCTION, A HOME BUILDING AND REMODLING COMPANY OUT IN THE SUBURBS, TO TRAIN ME FOR FREE AND HIRE ME AT $19 AN HOUR, SIX DAYS A WEEK. I GOT THIS OFFER THROUGH THE SAME LADY-FRIEND. ONE OF HER GIRLFRIEND'S DAD HAPPENS TO BE "AARON". THEY'RE FROM THE SUBURB'S. AND, GET THIS, I EVEN GOT AN OFFER —

FROM ST. XAVERIAN'S CHURCH TO WRITE FOR THEIR PAPER. IT'S A BIG CATHOLIC PAPER THAT REACHES THE U.S., MEXICO, AND CANADA. THEY WANT ME TO ALSO HELP THE EDITOR-IN-CHIEF COME UP WITH SOME NEW IDEAS TO ATTRACT THE YOUTH. THE PAY ISN'T MUCH, $10 TO $11 AN HOUR, BUT THEY SAID THEY'LL HELP ME GET AN APARTMEND AND FURNITURE. AND IT'S ONLY A PART-TIME JOB. IT'S NOT THE PRIEST WHO OFFERED IT TO ME, IT'S THIS CHURCH COUNCIL, A KIND OF MISSION ORGANIZATION MADE UP OF THE PEOPLE WHO ATTEND ST. XAVERIAN'S. BUT THE PRIEST IS THE HEAD OF THE COUNCIL, AND IT'S MOSTLY MARRIED MIDDLE-AGED PEOPLE AND OLD PEOPLE (ALSO IN THE 'BURBS) BUT THEY'RE NICE. I'VE BEEN DEALING WITH THEM FOR A WHILE. I WROTE SOME SERMONS AND ESSAYS FOR THEM, AND I DID SOME THEOLOGY TRANSLATIONS FOR THEIR PAPER TO HELP THE YOUNGER TEENAGE READERS UNDERSTAND THEOLOGICAL DOGMA BETTER. THAT MIGHT BE A BIT DEEP FOR YOU. ANYWAY, AFTER I DID THIS, THE CHURCH FELL IN LOVE WITH MY "MAGIC LITERARY SKILLS", AS THEY PUT IT. BUT I LIKE THE IDEA, 'CAUSE I CAN WORK THERE AND AT ANOTHER FULL-TIME JOB, PLUS IT'LL STRENGTHEN MY TIES WITH THE CATHOLIC CHURCH, WHICH IS WHAT I NEED. AND EVEN MORE, THE OFFERS ARE GONNA ALWAYS BE OPEN, AS LONG AS THE BUSINESS IS IN EXISTENCE AS RAN BY THE SAME PEOPLE. AND I THINK THEY'LL BE THE SAME BY THE TIME I GET OUT. BY THEN I'LL HAVE HUNDRED'S OF OFFERS. AND ENOUGH SUBURBAN FEMALES TO START MY OWN BROTHEL! I'M JUST KIDDEN. BUT THINGS LOOK GOOD FOR THE FUTURE.

ANG0012

I'M ALSO STUDYING BUSINESS MANAGEMENT. I WAS TAKING CLASSES BUT MA FELL THROUGH ON THE PAYMENTS. IT'S O.K. THOUGH, I'LL TEACH MYSELF. AND DONT GO TELLIN' HER ABOUT ANY OF THIS, I DONT WANT HER FEELIN' BAD FOR ME NOT BEING ABLE TO UTILIZE THESE SOURCES NOW AND NOT WHEN I'M 40 YEARS OLD. ANYWAYZ, I'M STUDYING PHILOSOPHY, TOO. (FREE COURSES FOR INMATES). I'M WELL FAMILIAR WITH ARISTOTLE, CICERO AND PLATO, THE ANCIENT PHILOSOPHERS. AND I'M PRETTY MUCH AN EXPERT IN HISTORY. THE RENAISSANCE, SPANISH AND ROMAN INQUISITIONS, THE AMERICAN REVOLUTION, THE FRENCH REVOLUTIONS, THE CRUSADES, EVERYTHING. YEP, I GOT A GOOD EDJU-MU-CATION! SO NOW YOU SEE I'M NOT JUST IN HERE FUCKIN' UP. I WRITE TO PUBLIC LIBRARIES AND BOOK COMPANIES AND TELL 'EM I'M LOCKED UP AND SHIT, AND THEY SEND ME WHATEVER I ASK FOR, IF THEY HAVE IT. OTHER TIMES I JUST HAVE SOMEONE GO BUY ME SOME. I FIND WAYS, YOU KNOW. BUT YOU KNOW WHAT? ALL THIS SHIT IS GOOD, BUT IT'S ONLY GONNA DO ME SOME GOOD IN THE FUTURE WHEN I TOUCH DOWN. FOR EXAMPLE, LEARNING ALL THIS ISN'T GETTING ANY MONEY PUT ON MY BOOKS. AND THE FEMALE FROM THE SUBURBS AINT SENDIN' ME A DIME. I DONT WANNA GET HER ON THAT PAGE 'CAUSE SHE TELLS HER DAD EVERYTHING AND I DONT WANT HIM THINKING I'M JUST USING HIS DAUGHTER FOR MONEY, YOU KNOW. 'CAUSE I'M NOT. WE'RE JUST FRIENDS ANYWAYS. BUT I NEED A DOWN FEMALE WHO WILL TAKE CARE OF HER BUSINESS ON THE MONEY SIDE.

OH, AND SHE HAS TO BE A FREAK, OF COURSE.

I'M ALMOST FORGOT, I'M SENDIN' YOU THIS POEM I WROTE A COUPLE YEARS AGO. I WAS JUST THINKING ABOUT OUR FAMILY COOK-OUTS AND SHIT AT MONTROSE HARBOR, AND THIS POEM JUST CAME TO ME. READ IT AND MEDITATE ON IT. AS FAR AS THAT JOKE YOU TOLD ME ABOUT O'GIRL TRYING TO PUT THE FROSTED FLAKES TOGETHER LIKE A PUZZLE, I ALREADY HEARD IT. AS A MATTER OF FACT, YOU PROBABLY GOT THAT FROM EITHER A "MAXIM" OR A "STUFF" MAGAZINE, RIGHT? I GET 'EM, TOO. ALL THE JOKES I KNOW ARE OLD. REMEMBER HOW I USED TO CRACK ON DONALD ALL THE TIME? I USED TO ROAST HIS ASS. BUT HE GOT ME GOOD TALKIN' ABOUT MY RUGGED OUT-BACK SHOES. AND WHAT? YOU NEVER GOT MY CARTOON COMIC? I SENT IT DIRECTLY TO YOU WHEN I FIRST WROTE STRAIGHT TO FLORIDA. THEM PEOPLE DOWN THERE MUST'VE TOOK IT. DAMN. OH WELL. OH, AND NO, I NEVER FOUND OUT WHO "GRAVE-DIGGA" WAS. PHONY ASS NAME. HE COULDNT HAVE BEEN ANYONE TOO IMPORTANT. AS FAR AS MY T.V. AND RADIO, NO, I DONT HAVE 'EM ANYMORE. WHEN I GOT TO THIS JOINT THEY FUCKED MY SHIT UP AND THEN MADE ME GET RID OF IT. ALL MY CLOTHES TOO. I'M TELLING YOU, THESE PEOPLE DO NOT LIKE ME. SO WHEN I GET OUT OF SEG I HAVE TO FIGURE OUT A WAY TO COME UP WITH SOME MORE MONEY TO BUY ALL MY SHIT AGAIN. I DONT EVEN GOT NO ENDS FOR STAMPS. I JUST A FEW LEFT. YOU SHOULD HOLLAR AT AUNT SUE FOR ME AND HAVE HER SEND A FEW DOLLARS SO I CAN KEEP WRITING EVERYONE. I'M A BUSY MAN. BUT I KNOW YOU TALK

TO AUNT SUE ON A REGULAR SO HANDLE THAT. I AM GONNA WAIT TO SEE WHAT HAPPENS AT YOUR COURT HEARING BEFORE I WRITE YOUR P.O.

DAMN, TODAY'S EASTER. AND AINT SHIT SPECIAL GOING ON IN HERE. GIVE A MUTHERFUCKA SOME CHOCOLATE EGGS OR SOMETHING, YOU KNOW!

WELL LOOK KID, I'M GONNA LET YOU GO FOR NOW. KEEP THE FAITH. STAY STRONG. AND KEEP YOUR TOES CROSSED. I LOVE AND MISS YA LOTS. WRITE BACK SOON.

LOVE ALWAYS,
YOUR BIG BROTHER
T.J.

XOXOXOXOXOXO
XOXOXOXOXOX