**DEFENDANTS'
TRIAL EXHIBIT**

**107**

Case No. 09 C 8081



T.J.,                    May, 28, 1998

Hey cousin! How does it feel to be a godfather? I almost cryed when I read the letter you wrote me. I'd just like to say that I'm very glad I picked you to be the god-father of the most important thing of my life. I know I made the right choice, on both of her god-parents. Jodie would raise my child the same way I would if something were to prevent me from raising her myself, and you have your head on straight and I'm sure you would see to it things didn't get out of control and Mahalia stayed out of trouble. I think you'd be a pretty damn good father figure & I can only say thank-you for taking on the responsiblity of being my childs godfather. Now all I have to do is get her baptized. I think she'll be baptized at Unity Church. I really wanted to wait till she was old enough to make her own decision but, I'm going to look into Unity Church. We might as well get the

JIM06105

ball rolling, right? I'll probably get it done before summer is over depending on the money situation. I also have to find out how to go about having someone stand in for you, (if its possible) Of course you would choose the man who'd stand in for you, its a very important day for you, me, and Mahalia, so it would have to be someone you know and trust would be your best stand-in. Of course nothing would make me happier than if you could be there yourself. Maybe we should just wait until your appeal and see what happens then, What do you think? We even might be able to do it now with a stand-in, then do it again when you come home. Let me know your opinion.

Anyway, getting off that subject for a while, you say I look different, as in good or bad? I've grown up alot physically

JIM06106



And mentally. You have grown taller, but you still look the same. Same old T.J. I guess. But it was really good to see you again. As soon as Jodie gets her Birth Certificate we'll be back up to ~~See~~ see you, even though its a damn misson out there thats life, right? But until then I'll let your mom Know she can take the baby anytime she wants, but it would be hard to take Mahalia by herself. Unfortunatly I work on the days she goes to see you. But she takes Manuel all the time I'm sure he could help her.

When I do go see you again at the ~~beginning~~ of the millinium JK its going to be on a monday, I'm off mondays, & tuesdays but by tuesday I'm usually almost broke if not broke. So if you get a visit on a monday chances are you've been blessed, because its me.

About this "picture" you were going to get on your back I'm glad you changed your mind. Not saying you better put Mahalia's name on ~~you~~, I belive that is your

choice, but that other shit isn't worth the drama. You should get something you want to see for the rest of your life, whether it be your goddaughters name or something else.

Anyways, about David, I know that yesterday he went to court but I don't know what happened, hopefully Pete will call me today or maybe I'll go by his house on one of my days off. I'll keep you posted though.

Now, about me spreading the word on the little mishap that happened between you and Mahalia don't trip I only told family about the Kodak moment. So don't trip. Look at it this way only family and Stateville C.C. knows about it.

So, did your mom ever come out to see you? I haven't heard from her since the day I went to see you.

As you already know I wrote Victor back. I haven't

(3)

heard back from him yet but I probably will after you get this one. I don't know about him, sprung off one letter? Thats some crazy-ass shit! He must have been locked up for a minute. But its good to know hes down for you, that earns him some brownie points from me. I'm not sending him a picture of me, not just yet anyway. I want to see a picture of him first, but he probably does'int have any recent ones. Anyway, I'll keep you posted.

Lets see,,, Its nice to know what you do one a daily basis, very interesting. At least you make sure to fit springer in your scedule.

I'm going to get some film and take pictures of just the baby for you. I'm not sure about them pictures of Jodie, it seems shes having 2nd thoughts I'm sure she'll tell you about it.

Now heres a word from your goddaughter.

JIM06109

As you can see she had alot to say! I swear she did that all by herself. I just made sure she stayed in the boundrys!

Well, kid this is as long as this ones getting! Until next time stay high!

P.S write back Now!!

Love Always,
Susie
&
Mahalia
Danielle

JIM06110