DEFENDANTS' TRIAL EXHIBIT

114

Case No. 09 C 8081

Dear T.J., 3-29-05

Hey, I already wrote you once but you are apparently out of reach right now, and I have more to say! First of all how are you? I'm hoping your getting this letter at Dixon. Its not home, but its one step closer! Then I will hopefully get a chance to bring Mahalia to see you.

But enough about that, lets talk about you coming home! I have hope! I feel good about this. I think you have a fair chance this time. I think it can happen! Thats so damn exciting. I've been obsessed with information online about juveniles sentenced to life and getting out! It happens! Alot! Well anyway, I have alot of info on teen brain development, as well as teens getting out. But something even better happened! I'm my luck of all lucks I happened to wait on a former states att. who's now a P.D. who leads the post-conviction dept.! I told him the whole story, everything. He was floored. He gave me his card and took all of your info. He said hes gonna start looking into the cases. He also took my numbers. He said that you have to file a post conviction and you only have to show a shred of evidence that you have new evidence and the

JIM06209

judge has to forward the case. Then you can get a P.D.. The case gets forwarded to his dept. and it all goes down from there. He seemed very sincere. He said he just got a 16 year old charged with 40 years out, on a post conviction. He even said this is why he became a P.D.. His name is Brenton M. Williams his number is (312) 603-0600 fax (312) 603-9860. I really want to know what you think about all this. Im pretty damn hyped! Anyways Ive sent my affidavit. You wrote that yourself? Damn cuz! What, you a lawyer now!? Good job.

Well, Im gonna end this. I cant wait to hear from you. I got my phone fixed, but still no home phone. Well, take care. Write back.

Love Always,
Susie
xoxo

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## AFFIDAVIT

I, Susan Jimenez, being first duly sworn upon oath state the following to be true and correct to the best of my knowledge and belief:

1.) I am the cousin of Thaddeus Jimenez, who is currently serving a forty-five year sentence for the offense of first degree murder.

2.) On february 3, 1993, I lived with our grandmother, Gloria Makowski, at 3618 West Belmont Avenue in Chicago, Illinois. My sister, Debbie, and my brother Robert, also lived there. I was twelve (12) years old.

3.) On the above date at approximately 8:55 a.m., I left home with my sister and brother to attend school at Reilly Elementary in Chicago, Illinois. I was in the seventh grade. We returned at about 2:35 p.m., and I did not leave home anymore for the rest of that day.

4.) Thaddeus (Jimenez) arrived at my home at approximately 4:30 p.m. I observed him and my brother playing video games in our living room from the time of his arrival until approximately 6:30 p.m. I then observed Thaddeus spend the next hour or so doing his homework with the help of Edward Mendrys, a family friend and former neighbor. Afterward, at approximately 7:30 p.m., I observed Thaddeus continue to play video games with my brother. At no time after Thaddeus arrived at my home at 4:30 p.m. did Thaddeus leave my apartment building for any reason whatsoever. Eventually, our grandmother decided that it would be best if Thaddeus slept over, and so he did.

5.) The following morning at approximately 3:30 a.m., police detectives came to my home and arrested Thaddeus. In the process, me and my sister opened the living room window to our apartmentment and watched as the detectives escorted Thaddeus to a police car parked directly in front of our apartment. The distance between said police car and the window out of which we were looking was no more than fifteen (15) feet. Because it was 3:30 in the morning, and thus not a lot of activity outside, I could easily hear anything that might have been said by anyone within the distance of the police car. That established, I did in fact hear Thaddeus tell the arresting detective, "I didn't do anything." That was Thaddeus' only statement as he was being escorted to the police car. Thaddeus did not say anything about what time he had gotten home. More specifically, he did not tell police that he had been home since 7:00 p.m. I later learned that Thaddeus was being charged for a murder that occured the previous evening at 6:30 p.m., while he was actually at my home, in my presence.

6.) Because I was only twelve years old at the time, I did not try to contact the Police Department to personally inform them that I saw Thaddeus at my

1

JIM06211

home during the time of the murder. Instead, I left the task to Thaddeus' mother, Victoria Jimenez, who is also my aunt. To my understanding, she provided the police with a litany of witnesses' names - including my own - who could vouch for the whereabouts of Thaddeus. However, for reasons unknown to myself, I was never questioned by the police in regard to this matter, nor was I ever interviewed by the State's Attorney's office or Thaddeus' own legal counsel.

7.) I attended Thaddeus' initial trial in october of 1994 and was prepared to testify in his behalf. But for reasons unknown to myself, my testimony was not called upon.

8.) I then attended Thaddeus' second trial (retrial) in november of 1997. This time I personally informed Thaddeus' attorney, Charles G. Murphy, that I was with Thaddeus at my home at the time of the murder, and that I wanted to testify to the same. Mr. Murphy told me he would have to think about it. But as in Thaddeus' first trial, I was never called to give my testimony.

9.) My cousin, Thaddeus Jimenez, was with myself and several other people at my home from 4:30 p.m. on february 3, 1993, until 3:30 a.m. the following morning. Therefore, Thaddeus could not possibly have committed the crime for which he was convicted and sentenced to forty-five (45) years in prison.

10.) If called as a witness to testify to any or all of the foregoing facts stated herein, I will do so accordingly.

Respectfully submitted,

*Susan Jimenez*
Susan Jimenez
4146 N. Menard
Chicago, Illinois 60641

Sworn and subscribed to
before me on this 7th day
of April, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
GLADYS TORRES
Notary Public, State of Illinois
My Commission Expires Oct. 3, 2008

2

JIM06212