DEFENDANTS' TRIAL EXHIBIT 116 Case No. 09 C 8081

T.J.

Very sorry for the delay. Its a schedule dilemma. I played hell finding a Notary I could get to with my new work schedule. I realize this is your life were talking about, therefore I'm terribly sorry. I'm mailing this letter with the affidavit a.s.a.p., but you can expect another _very_ shortly. I havent recieved my check yet and didn't want to wait. Don't worry about whether or not you _need_ it. I know it'll help. Anyway, Again I'm very sorry for the delay, I wont let it happen again. So bye for now, take care, behave, and please don't feed the animals.

Love,
Bobby

(P.S.) I scraped a little somethings together to get you by for now.

JIM06294

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN BERNARDINO )

## AFFIDAVIT

I, Robert Jimenez, being first duly sworn upon oath state the following to true and correct to the best of my knowledge and belief:

1.) I am the cousin of Thaddeus Jimenez. Thaddeus is serving a 45-year sentence for the offense of first-degree murder which occurred on the 3rd of february, 1993.

2.) On the date of the offense - february 3, 1993 - I was living with our grandmother, Gloria Makowski, at 3618 West Belmont Avenue in Chicago, IL. My two sisters, Debbie and Susan, also lived there. I was 13 years old.

3.) On the same date, from 9:00 a.m. until 2:30 p.m., I attended school at Reilly Elementary in Chicago, IL. I returned home at about 2:35 p.m. I remained home for the rest of that day.

4.) My cousin, Thaddeus Jimenez, arrived at my home at about 4:30 p.m. Such visits to my home were common for Thaddeus, and he often spent the night there. On the above date particularly, from the time of his arrival at 4:30 p.m. until about 6:30 p.m. Thaddeus and I played Nintendo video games on our grandmother's livingroom television.

5.) At 6:30 p.m. we took a break so Thaddeus could do his homework. I had already finished my own homework before he arrived. At about 7:30 p.m. he (Thaddeus) completed his homework. Edward Mendrys, a friend of our family, had helped him.

6.) At 7:30 p.m. Thaddeus and I went back to playing video games until about 10:30 p.m.; at which point we had to prepare for bed time. Thaddeus slept over that night.

7.) Early the following morning at about 3:30 a.m. police detectives arrived at my home and took Thaddeus into custody. I later learned from our grandmother that Thaddeus was being charged for murder.

8.) At no time after 4:30 p.m. on the day of february 3, 1993, did Thaddeus go outside. He was with myself and other relatives and friends at my home, playing video games and doing his homework. That said, there is no

1

JIM06295

way he could have committed the crime of which he was accused.

9.) On february 5, 1993, I learned through Thaddeus' mother, Victoria Jimenez, that Thaddeus had told the police upon his arrest that he and I were playing video games during the time of the murder. Victoria also told me that she herself had informed the police of the same. Therefore I did not think it necessary for me to contact the police or anyone else to vouch for Thaddeus' whereabouts. I assumed someone would eventually come and question me regarding this matter, but it never happened.

10.) In october of 1994 I attended Thaddeus' trial. I watched as his mother, Victoria, testify to the aforementioned truths. Specifically, that Thaddeus and I were together playing said video games in my living room when the murder he was on trial for was committed. However, despite her identifying me thus as an alibi witness, the Assistant State's Attorney's Office and Thaddeus' defense attorney both failed to call me to the stand to testify myself. After the trial, Thaddeus told me that the reason his attorney, Mr. Kendall Hill, did not call me as a witness to his alibi was becacause he, Mr. Hill, felt that my testimony was not needed.

11.) I attended Thaddeus' retrial in november, 1997. I took it upon my self to tell Thaddeus' new attorney, Mr. Charles G. Murphy, that Thaddeus was at my home at 6:30 p.m. on february 3, 1993, and I requested to be allowed to testify in his behalf. Mr. Murphy denied my request.

12.) I continue to be willing to testify to any and all of the facts which I have previously stated in this affidavit. If I am needed to do so, please contact me and I will make myself availible.

Respectfully submitted,

Robert Jimenez
19269 Highway 18
Apple Valley, California
92307

Sworn and subscribed to
before me on this 27th day
of April, 2005.

_Notary Public_

TERESA FRIAS COLLASO
Commission # 1414888
Notary Public - California
San Bernardino County
My Comm. Expires May 29, 2007

2

JIM06296