DEFENDANTS' TRIAL EXHIBIT
123A
Case No. 09 C 8081

Dear T.S.,

What's up? How is everything going? Well as for me cool. Well about the 1-800 tax form it should be there between 10 days. About getting incorporated that numbers not in service.

And about the University legal services, you asked Do they do investigative work, such as interviewing witnesses or potential witnesses, And tracking down such people they said yes. All of it.

Number two, On an average, How much do they charge for legal research and brief preparation for a post-conviction. Research is 950 $ and ready for a court is 500 for attorney.

Number three, On an average, How much for the same thing for a Habias corpus, they said Same.

Number four, If I send them many case transcripts, How long will it take to review my case and come to an opinion, And will they return my transcripts. They said

JIM06292

Every thing is returned But you must pay first. It takes 120 days. But you have to pay all of the money before May 3rd. the deadline for them to take your case. O.K. I thought this was important so sended this first. O.K. And about Popeye day sorry I let you down. But do you still want it. If took more time then I though well. I talked to Sade and when I got you letter and then she called me back on the 19 or 20th of April and I read her the letter O.K. I send the rest of info later. I love and miss ya.

Love

Love
ya

Ashley
AKA
HaYA-HaYA

JIM06293