## STATEMENT OF LARRY TUEFFEL

1. My name is Larry Tueffel. My date of birth is September 21, 1978 and I currently live at 6540 N. Seeley in Chicago, Illinois.
2. On February 3, 1993, I was with Eric Morro when he was shot.
3. I recognized the shooter and the other person he was with from the neighborhood. I did not know their full names, but I did know that one of them was named "Victor" and that he went to the same school that I did. The other person had the nick-name "Crazy."
4. I was friends with TJ Jimenez at the time and TJ did not shoot Eric Morro.
5. I now know that the real shooter was Juan Carlos Torres.
6. After the shooting, I sat in a police car with Phil Torres. Phil Torres told me he thought TJ was the shooter. I told him TJ was not the shooter.
7. When I first talked to the police right after the shooting happened, I gave them a description of who shot Eric. I did not mention the names "Victor" or "Crazy."
8. Later that night, around 2:00 a.m., the police came back to my house and took me down to the police station to ask me more questions.
9. At the police station, I told the police TJ was the shooter. The police never threatened or coerced me to say TJ was the shooter. I said TJ was the shooter because other witnesses were saying TJ was the shooter and I didn't think anyone would believe me otherwise.
10. I don't blame the police for believing me and charging TJ with the murder. The police were doing their job and did nothing wrong.
11. I simply went along with what the other witnesses were saying. I know I should not have done that and I regret doing that.
12. On the day that Eric Morro was shot, Eric and I went to Shawn Cosmen's house after school. I saw TJ with a small handgun. Eric got mad at TJ for having the gun and kicked him out of the house. TJ was mad about that. I had seen TJ with guns on other occasions too.
13. I testified at two trials that TJ was the shooter. No Chicago police officer or anyone else ever coerced me or threatened me to testify against TJ. I know I should not have done that – but I did.
14. I never told anyone that Juan Carlos Torres was the shooter. I first learned of the name "Juan Carlos Torres" from Luke, who worked for the Northwestern Clinic. Luke showed a photograph and asked me if this person was the one who shot Eric and I said it was. Luke then told me the picture I identified was a picture of Juan Carlos Torres.
15. I have read this statement and it is true. I am giving this statement voluntarily. No one has made any promises to me in return for giving this statement. I am making this statement because I want people to know that TJ did not shoot Eric Morro and that I don't think the police did anything wrong.

*I've had Read and Reviewed the Statement for any errors, and have found none. This statement is true. LiT.*

*Lawrence Tueffel 8/20/2010*

DEFENDANTS' TRIAL EXHIBIT 130 Case No. 09 C 8081