SERVE    SURVEILLANCE    BACKGROUND    LOCATE    CRIMINAL    CIVIL    OTHER

## Investigative Status and Billing Ledger

Client ___NORTHWESTERN / KMR___ of/for ___Rachel Vorbeck___ 2ol

Phone _____ Fax _____ Assistant _____

Quote/Billing Rate _____ Time or Billing Budget _____ Deadline _____

Date Assigned _____ Investigator(s) ___Luke, Adan,___

DETAILS ___THADDEUS JIMENEZ CASE___

Case#: _____  File#: _____  Case Caption: _____

| Date | Task Performed | Hours | Miles | Other Expense | $$$ |
|---|---|---|---|---|---|
| 7/18 | SPEAK W/ PHILLIP TORRES  9:30-11:30 | 2.0 | | | |
| 7/18 | UPDATE NORTHWESTERN  BY PHONE | ½ hr. | | | |
| 7/20 | | | | | |
| 7/26 | SPEAK W/ LAWRENCE TUEFFEL | 1½ hr. | | | |
| 7/31 | WITNESS STATEMENT W/ LAWRENCE TUEFFEL, ALISON, + STEVE  2:30 - 5:30 | 3.0 | | | |
| | DUPLICATE VIDEO | 1.0 | | | |
| 8/24 | SPEAK W/ VICTOR ROMO  W/ ALISON, STEVE, + RACHEL | 2.0 | | | |
| 8/30 | ADAN SEARCH FOR PHOTO OF JUAN  LUKE RESEARCH FOR PHOTO | | | | |

**Service of Process**
Type of Papers: _____
Service Addressed To: _____
Person Served: _____
Date and Time: _____
Age: _____
Height: _____
Hair Col/Len: _____
Notes: _____

**Billing:** *For Accounting Use Only*
Total Hours: _____
Hourly Rate: _____
Total Mileage: _____
Description: _____
_____
_____
Invoice #: _____
Date Billed: _____

Other Notes:

DEFENDANTS' TRIAL EXHIBIT

143A

Case No. 09 C 8081

IRC594