SERVE    SURVEILLANCE    BACKGROUND    LOCATE    CRIMINAL    CIVIL    (OTHER)

Northwestern **Investigative Status and Billing Ledger**    5460

Client KATTEN, MUCHEN, & ROSENMAN of/for STUART CHANNEN, RACHEL VORBECK, + PATRICK HARRIGAN

Phone_____ Fax_____ Assistant_____

Quote/Billing Rate_____ Time or Billing Budget_____ Deadline_____

Date Assigned_____ Investigator(s)_____    7007

DETAILS    THADDEUS JIMNEZ CASE

Case#:_____ File#:_____ Case Caption:_____

| Date | Task Performed | Hours | Miles | Other Expense | $$$ |
|---|---|---|---|---|---|
| 5/14 | TRIP TO IOWA / THOMSON IL | | | | |
| | TO MEET W/ TINA ELDER 12:30 p.m TO 6:30 p.m | 6.0 | | | |
| 5/15 | TINA AFFIDAVIT + DRIVE BACK | | | | |
| | 8:30 - 11:30 | 3.0 | | | |
| 5/16 | TRIP TO PHIL TORRES PLACE | | | | |
| | TO SPEAK W/ PHIL TORRES 5:00 - 6:30 pm | 1.5 | | | |
| 5/18 | TRIP TO MEET EZEQUIEL ROMO | | | | |
| | TO PICK-UP ORIGINAL TAPE OF JUAN CARLOS 2:30 - 4:00 | 1.5 | | | |
| 5/22 | DROP OF TAPE W/ RACHEL | .5 | | | |

**Service of Process**
Type of Papers: _____
Service Addressed To: _____
Person Served: _____
Date and Time: _____
Age: _____
Height: _____
Hair Col/Len: _____
Notes: _____

**Billing:** *For Accounting Use Only*
Total Hours: _____
Hourly Rate: _____
Total Mileage: _____
Description: _____
_____
_____
_____
Invoice #: _____
Date Billed: _____

Other Notes:

DEFENDANTS' TRIAL EXHIBIT

143B

Case No. 09 C 8081

IRC600