FINAL DRAFT

EXHIBIT NO:
DATE:
TIME:
CASE NO:

| | |
|---|---|
| ROMO: | EZEQUIEL ROMO |
| TORRES: | JUAN CARLOS TORRES |
| UM: | UNKNOWN MALE |
| (UI) | UNINTELLIGIBLE |
| (PL) | PLURAL |

UM: Hello. (PAUSE)

ROMO: No--uh--I don't want to do anything that will hurt you, but, uh, what I want to know is--What happened with Victor? Where was Victor? Or how it happened when it happened, see? Because, I'm afraid they might want to do something to him later--

TORRES: (UI)

ROMO: --because of what happened. Perhaps, I wanted to know what you were thinking of doing. If you're going to tell your family or, or what? Because, according to Victor--be-before I tell you anything, I would like you to tell me how everything was, everything, how it happened.

TORRES: (UI)

ROMO: See? To, to--and then I'll tell you what Victor told me, because that's why I didn't want Victor to hear it. See? So that--uh, Victor wouldn't get involved or say, "No, this was like this" or whatever. I want you to tell me, eh. Why, why did the problem start?

TORRES: Because, well,(UI) walking (UI) that this guy wanted.

ROMO: Uh--where were you (PL) coming from?

TORRES: Uh--

ROMO: Or, or, where had you gone or why, why, why did you (PL) meet?

TORRES: Because they (UI) met (UI)--We were walking around there.

ROMO: You (PL) walked?

TORRES: Uh-huh. Because uh, I came looking for him. So then, we were walking and uh, Cesar came, and uh, uh, uh, (UI) daughter--

DEFENDANTS' TRIAL EXHIBIT 183
Case No. 09 C 8081
JIM00253

ROMO: Uh-huh.

TORRES: —has a child. Uh, and we asked the one that owed him money. (UI)—

ROMO: —Leo asked who?

TORRES: The, the man that was twenty-years-old.

ROMO: Leo?

TORRES: No. Uh, he asked the man who was twenty-years-old, that he owed the money to Leo.

ROMO: No, no. I don't understand you. Who asked whom?

TORRES: Victor asked him.

ROMO: Oh, Victor asked Leo?

TORRES: Uh-huh—No. The man that owed Leo the money.

ROMO: Oh, Victor asked the, the man that, that—he owed Leo money?

TORRES: Uh-huh. And I think that he was on—on drugs. Because, before uh, he was talking a lot and he hit me, eh—

ROMO: But what—You only, only asked him for money.

TORRES: Uh-huh.

ROMO: And what did he respond?

TORRES: (UI) had to show him.

ROMO: What did he say, or what, or how? Foul language or (IN ENGLISH:) "swearing?"

TORRES: (UI).

ROMO: (IN ENGLISH:) "At who?" At whom?

TORRES: To me and him.

ROMO: To both?

TORRES: Uh-huh. To him and Victor.

ROMO: And then?

TORRES: And, and he later said that, that he should come, or, Leo to bring money because (UI) was going to kill him. And later he was going to hit me—

ROMO: That, that Leo should go bring money?

TORRES: Uh-huh, and--

ROMO: And wasn't, wasn't he the one who owed Leo money?

TORRES: He owed Leo that money. He said that, that, for Leo to come, that h-h-he, will also kill him. And (UI) went to bring the--to (UI) the money, the money.

ROMO: Why did it begin, uh?--Or, what happened later?

TORRES: Then, he hit me in the face and--

ROMO: But--he just, he just hit you without saying or doing anything?

TORRES: Uh-huh.

ROMO: And who else was around there?

TORRES: Uh--there was Victor and there was (UI).

ROMO: Wasn't, wasn't there people like in the gas station or in the store?

TORRES: No.

ROMO: No one?

TORRES: We were, Victor and I--we were next to the, the, next to the (UI).

ROMO: And the--

TORRES: The other--side from here.

ROMO: Uh-huh. And did they tell you that it was almost in front of the, uh, the Baked Ham--the Honey Ham, or--?

TORRES: Uh-huh. But it was closed.

ROMO: Yes.

TORRES: And then, uh, (UI) going--when he hit me and I wanted to shoot him--but, no. Because had almost hit me a lot then.

ROMO: And, why are you carrying your gun?

TORRES: I bought it.

ROMO: Yes, but he, he--That's what is bad about it. You (PL) are too young to be carrying that. Uh--

TORRES: But if I didn't have it he would have hit me a lot and I'm not—

ROMO: Yes, but other people would've, would've stopped him. See? It's one thing to hit with the hand, and it's another thing, uh, uh—let's say, that uh, if other people see that he's hitting you, they're sure to stop and stop him. See?

TORRES: But he was twenty-years-old and, and well he wanted to hit me. And then I saw another one that was about (UI).

ROMO: And what ha—what happened with the other guy?

TORRES: The other (UI) took off running, then they pinned the blame on another one, that I don't know, that it was me, and they pinned the other blame on the, the other gang boy that he also he also wanted to kill. And he is in jail, so then he, they think he's the one that did that.

ROMO: But he knows he's not the one that did it.

TORRES: But he wanted to kill him that day, because he hit him in the face. So then he went looking for him to kill him.

ROMO: And how do you know that?

TORRES: Because I, I heard it.

ROMO: And, uh—And what are you thinking of doing?

TORRES: I don't know.

ROMO: Your father doesn't know anything, right?

TORRES: He doesn't know anything.

ROMO: Are you thinking of telling him?

TORRES: (UI)

ROMO: Aren't you afraid, for example, that when somebody finds out, he may almost do something to you (PL) or to your parents? So then what do you?. Uh—It's just that, look I, I wish, I wish that there would be a way in which, uh, well, the, the—Where was Victor when he started to hit you?

TORRES: Next to me. So then—when, when (UI) he hit me... Here, he hit me close to the nose and then (UI) and so then I had to do it.

ROMO: And, uh, where was Victor when, when you, you hit him, when you shot at him?

JIM00256

TORRES: He was about four feet from me.

ROMO: There, close to you?

TORRES: At about five feet.

ROMO: He, he says that he was about half a block away.

TORRES: But because he, uh, was running when I was hit.

ROMO: He didn't know that you had the gun?--

TORRES: I don't know.

ROMO: --Victor? Or, or when he started to hit you, you pulled it out right away?

TORRES: Uh-huh, when, when he (UI).

ROMO: And how do you know that nobody from there knows who did it?

TORRES: Because--

ROMO: Because a lot of people are talking. And some are saying that, that you and Victor.

TORRES: Don't they believe that, uh--they believe that (UI) not have to blame (UI) this gun.

ROMO: It's just that I feel... I feel pretty badly for, for, uh, for my son too. See? Because he was there. So then, what's happening is that, uh, he lives there. And we have a home there, so for us, it's more difficult to move than it is for you (PL).

TORRES: (UI)

ROMO: Uh? So then--I don't know if, well, if you should talk to your father. And, uh--because you should think that, to kill a person--let's say like, if you had stayed there, and you had, well, uh--and the police would have gone and would have seen that it was self-defense, or, or that you had a very bad injury on the face or something.

TORRES: No, because then--

ROMO: Well yes! That's what I'm telling you. Exactly. It's no longer visible. See? So, if you go right now, the police are not going to believe you. If you had gone when it was, uh, when your injury was very apparent--

TORRES: Uh-huh.

ROMO: —then you, uh, would have said that it was in self-defense because he started hitting you. Because, if there had been other people that, that would have seen it. See? If there are people watching there, well—if they tell—they, they'd seen what, what the problem was—you wouldn't have had a problem. See? But the bad thing is that nothing is known. Now, let's say, that's with the police. But for example, with the others, if somebody wants to get revenge with you, if they find out about you—There's nothing pretty about... the, the... I hate the whole idea of you (PL) having a gun. See?

TORRES: Uh-huh.

ROMO: It really bothers me because what I'm telling you is exactly what happens. If you wouldn't have had the gun, yes, he would've hit you a few times. But he wouldn't have beaten you to death because other people necessarily—uh, there are many, many cars going by there, they would call the police right away. See?

TORRES: Uh-huh.

ROMO: And yes, it is possible that you will get—that you will get beat up. But, uh, with a gun, the only thing that can happen is that... what will happen is what did happen. (UI) that that person, perhaps wasn't worth it, and the only thing he was looking for was trouble.

TORRES: (UI)

ROMO: Well, yes, maybe. But, uh... So then what do you... How it's that—Look, I advise you to tell your parents. But, well, uh—because they need to know. Because on the day when you least expect it, for example, if somebody, uh, wants to get revenge from you, or something, even they might end up paying for it.

TORRES: Yes, because (UI) I'm going to (UI) because (UI) and later I'm going to have to (UI).

ROMO: Wouldn't it, wouldn't it be possible that you, that some relative would want you to go to Mexico, or something?

TORRES: No. And for that I could go live with my mom who lives, well, lives by (UI) and North Avenue. She doesn't know either.

ROMO: So, then you live with your mom?

TORRES: No, I live with my dad.

| | |
|---|---|
| ROMO: | Oh. You need, you need to tell him. Well, it's like I'm telling you, if somebody wants to seek revenge, they won't even know why. They could even get killed. |
| TORRES: | No, no. This guy didn't see me. |
| ROMO: | But the other guy did? |
| TORRES: | He thinks it was me? He believed it was somebody else. |
| ROMO: | And, what if he knew Victor? |
| TORRES: | Yes but, (UI) the other person. |
| ROMO: | Yes! But-- |
| TORRES: | And was running. |
| ROMO: | --Victor. He was running? They didn't get him? He doesn't know who it is? |
| TORRES: | Who? |
| ROMO: | The other guy who was with him? |
| TORRES: | (UI)? I don't know. But he knows that he didn't do it. It was the other person. And this person, they believe, that they already have him in...in jail. And they believe that it is him and this person-- |
| ROMO: | Yes, yes. What I mean is that, if they know that Victor was with him... Victor will have to be asked if, if... |
| TORRES: | If--he said, he said that--I heard that one of the brothers-in-law that lived with them over there, I think that (UI) and he said that, that they've already asked him about him, but--(IN ENGLISH:) "the questions," and he said another, that it was this man. And now, it is (UI) in court. And (UI) they didn't let him (UI). |
| ROMO: | Because, look, the bad, the bad thing is, uh. Like, like it sometimes happens, those from gangs find themselves, then they take to letting things be, then what happens-- |
| TORRES: | (UI) |
| ROMO: | --it's that later, later they want to do whatever they want with you (PL) because they know, that, that you (PL) did it. |
| TORRES: | Uh-huh. (UI) this guy already got out of the gang. |
| ROMO: | Who knows? Well, uh... I hope, well... I? The only thing I can tell you is that, that. I don't know--Look! For example, I'm afraid right now for Victor to stay here, maybe I'll send him to Mexico. See? |

JIM00259

TORRES: Uh-huh.

ROMO: And the other thing is, that I would recommend that you don't go over there.

TORRES: Yes.

ROMO: There are many things. And I'm not going to want Victor to come over here either. Because, uh, it's a very serious matter. It's a very serious matter. And I don't want, uh, let's say... I wish it could've been different. See?

TORRES: Uh-huh.

ROMO: That there would've been witnesses or others, or that they could, well, uh, prove that the only thing you did was defend yourself.

TORRES: Uh-huh.

ROMO: Because that way, they would simply go and say, "This happened," and, and nothing would happen to you.

TORRES: Uh-huh.

ROMO: See? But the bad thing was that, that, well... That you waited, and if you (PL) would have waited, to, to let's say, well, like I'm telling you, that--there! That you (PL) would have done--That you waited, uh, for them to arrive and see what happened, and that they could see you injured, it would be different. See? Because, no--it was simply (IN ENGLISH:) "self-defense."

TORRES: Uh-huh.

ROMO: Precisely because of his age. You are not--The police are not, uh--they have to see that a twenty-years-old person, beating up on a fourteen-year-old, of course you know that it's, it's not right.

TORRES: Uh-huh.

ROMO: But the bad thing is that, you left. It is not, it is, uh... they can't prove it any more and even less that you were injured. If, if they had seen that you were injured when you were there, you would simply say, "He was beating me up," or somebody had to see it. It seems strange to me--unless it happened very quickly.

TORRES: Uh-huh.

ROMO: So, after you (PL) ran, he followed behind you (PL), or what happened? Or how?

JIM00260

| | |
|---|---|
| TORRES: | But, the cars were passing by very fast. |
| ROMO: | Oh. And couldn't anything be seen from the (IN ENGLISH:) "the gas station?" |
| TORRES: | No. |
| ROMO: | Not even when you fired the shot, didn't you see if someone noticed? |
| TORRES: | When I fired the shot I ran. |
| ROMO: | You just fired one? |
| TORRES: | It was one. |
| ROMO: | Where--When you fired the shot, where were you? |
| TORRES: | When--I was, uh, there, close to the people. |
| ROMO: | There next to the Honey Ham? |
| TORRES: | No. Near there. |
| ROMO: | On this side or that side? |
| TORRES: | On the park's side. |
| ROMO: | On the Sacramento side? Or toward the Kedzie side? |
| TORRES: | On the Kedzie side. |
| ROMO: | And, what side where you on? |
| TORRES: | I was on the side where the-- |
| ROMO: | Uh-- |
| TORRES: | --company was. There in the-- |
| ROMO: | The company? |
| TORRES: | Uh-huh. |
| ROMO: | So, then the... And he was, like, toward the sidewalk? In other words, did you shoot at him this way, or this way, or let's say, well, uh-- |
| TORRES: | I don't remember. |
| ROMO: | --how where were you situated?-- |
| TORRES: | No. |

ROMO: —Were you almost next to the building?

TORRES: Where? No. I was, like, in the middle of the (IN ENGLISH:) "side walk." Because he hit me—

ROMO: And—

TORRES: —and I hit him here.

ROMO: And where was he? Also in the middle of the (IN ENGLISH:) "side walk?"

TORRES: He is in front of me. Here.

ROMO: Like, like this—

TORRES: Yes.

ROMO: —looking, you looking this way and him this way?

TORRES: He just to hit me.

ROMO: But, and, uh, what I mean is—were both of you like this, or in relation to the street, you looking, like, toward t-the (IN ENGLISH:) "gas station," and him facing the other way? Or how?

TORRES: No, look. We were both like this. He was here and I was here, he was looking at me. So then he hit me here.

ROMO: So you fired the shot, like, toward Sacramento?

TORRES: Uh-huh.

ROMO: And didn't he fall down there and then, or something, or didn't you notice?

TORRES: No, he took off running.

ROMO: He took off running? And later it was the—And how do you know he died? Who told you (PL) or what?

TORRES: Because I heard from (UI) that he had, that lived over there.

ROMO: Let's go see whether we eat something, and then, uh, then I'll take you home and see what happens.

JIM00262