Google

Get directions | My places

A | 2970 W. Nelson, Chicago, IL

B | W. Belmont Ave. & N. Sacramento Ave., Chicago

Add Destination - Show options

**GET DIRECTIONS**

Walking directions are in beta.
Use caution – This route may be missing sidewalks or pedestrian paths.

Suggested routes

W Nelson St and N Sacramento Ave        0.1 mi, 2 mins

**Walking directions to W Belmont Ave & N Sacramento Ave, Chicago, IL 60618**

A  2970 W Nelson St
   Chicago, IL 60606

1. Head **northwest** on **W Nelson St** toward **N Sacramento Ave**
                                                                   36 ft

2. Turn **right** onto **N Sacramento Ave**
                                                                  0.1 mi

B  W Belmont Ave & N Sacramento Ave
   Chicago, IL 60618

Save to My Maps

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2011 Google

Report a problem - Maps Labs - Help
Google Maps - ©2011 Google - Terms of Use

Satellite

Traffic

W Belmont Ave

HoneyBaked Ham

Mr Pollo

Floral Bazaar

Perl Mortgage

Supermaket

Art Factory screen printing

Kazi Publication

B & S Service Station

RT Food Mart

Elston Village Lounge

Black Box Acting Studio

W Fletcher St

N Sacramento Ave

N Richmond St

2932

3106

DEFENDANTS'
TRIAL EXHIBIT

208

Case No. 09 C 8081

W Nelson St

N Sa

50 ft
20 m

Map data ©2011 Google - Edit in Google Map Maker - Report a problem