```
               IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


THADDEUS JIMENEZ,                )
                                 )
              Plaintiff,         )   Docket No. 09 C 8081
                                 )
         vs.                     )
                                 )
CITY OF CHICAGO, et al.,         )   Chicago, Illinois
                                 )   October 1, 2012
              Defendants.        )   9:30 a.m.


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE MATTHEW F. KENNELLY


APPEARANCES:


For the Plaintiff:    LOEVY & LOEVY
                          BY:  MR. JONATHAN I. LOEVY
                      312 North May Street
                      Suite 100
                      Chicago, Illinois    60607


For the Defendant:    ANDREW M. HALE & ASSOCIATES
                          MS. JOAN E. AHN
                      53 West Jackson Boulevard
                      Suite 1800
                      Chicago, Illinois    60604


                      DYKEMA GOSSETT, PLLC
                          BY:  MR. HARRY N. ARGER
                      10 South Wacker Drive
                      Suite 2300
                      Chicago, Illinois    60606



              VALARIE M. RAMSEY, CSR, RMR
                       P.O. Box 16
              Hazel Crest, Illinois   60429
                     (708) 860-8482
```

```
 1         THE CLERK:  09 C 8081, Jimenez versus City.
 2         MS. AHN:  Good morning, your Honor.  Joan Ahn on
 3    behalf of defendant Bogucki.
 4         MR. ARGER:  Harry Arger for the City.
 5         THE COURT:  Was there a long line downstairs?
 6         MR. ARGER:  There was not.  There's a couple of
 7    representatives from his office here.
 8         THE COURT:  This is Jimenez.
 9         MR. ARGER:  It is.
10         THE COURT:  Is anybody here on Jimenez versus City of
11    Chicago.
12         (Whereupon, other cases were called and heard.)
13         THE CLERK:  09 C 8081, Jimenez versus City.
14         THE COURT:  Good morning.
15         MR. ARGER:  Harry Arger for the City.
16         MS. AHN:  Joan Ahn for defendant Bogucki.
17         THE COURT:  All right.  It's 9:35.  I had entered and
18    continued the motion to stay until today.
19         MR. LOEVY:  Sorry, your Honor.  Jon Loevy for the
20    plaintiff.
21         THE COURT:  All right.  So there's a motion for leave
22    to serve a -- leave to file a response.  That's 389, Augie.
23    That's granted.
24         So, Mr. Arger, what else would you like to tell me?
25         MR. ARGER:  Well, briefly, your Honor, when we were
```

1 here last week, or actually it was 10 days ago, we had asked,
2 and I've got the transcript, we talked about supplementing our
3 affidavit, which is what we did.  There was never any request
4 by Mr. Loevy for testimony or a minitrial or any of these
5 things he's now put in his response.  We did what we thought
6 we were asked to do, which is supplement the affidavit.
7 　　　　　One of the key issues -- you asked me for the between
8 the eyes point, what's the between the eyes point, so where's
9 the money coming from.  We explained where the money's coming
10 from in the affidavit of Mr. Raussen.  We said that if the
11 tort judgment fund doesn't have the money, it's appropriated
12 from the City's general finance funding line.  And we talked
13 about there's no contingencies regarding the time of the year.
14 There was a concern that maybe at the end of the year they
15 wouldn't have the money.  We addressed that and said that's
16 not a contingency.  We explained the process.  It takes less
17 than 60 days.  All judgments have always been paid, as
18 Mr. Raussen set forth in his affidavit.  We said there was no
19 reason to have a bond in this case.
20 　　　　　And we feel like we've got the sworn testimony of a
21 public official stating the money is coming from the general
22 finance funding line.  If the tort fund is not -- doesn't have
23 the amount, the process takes less than 60 days.  The money is
24 there.  It will be paid within 60 days.  The track record is
25 there.  There's never been any judgment.

4

1    I'd also note in response Mr. Loevy has gone into
2 what I believe is a fishing expedition. He's now come up with
3 some new questions about the whole City's --
4    THE COURT: Well, we can pause on the discovery
5 request for a second. Just table that for now.
6    MR. ARGER: Okay. I'd also add that I went on
7 Mr. Loevy's website this morning. He advertises that he's got
8 over $150 million in verdicts, he's got over $250 million in
9 verdicts and settlements. And I note that he mentions that a
10 lot of those are against the City. And in his history, and
11 he's been practicing at least 15, 20 years by my calculation,
12 there's no evidence of any judgment that has never been paid.
13 There's no evidence of any kinds of issues. And I think what
14 we're dangerously close to --
15    THE COURT: You're repeating yourself at this point.
16    Is there anything you want to say that you haven't
17 already said in the two lengthy things that you filed with me,
18 Mr. Loevy?
19    MR. LOEVY: The only point I would add is that
20 Mr. Arger said we didn't seek leave to do these things last
21 time. The burden remains on him. The things in my brief are
22 the things they should have done, not that we didn't ask them
23 to do.
24    Other than that, I'll rest on the pleadings, your
25 Honor.

1  THE COURT: I'm going to grant the motion for a stay.
2  I mean, you know, there's no such thing as a 100 percent
3  guarantee, but that's not required. I think the City has
4  shown what it needs to, and I really don't think that this
5  type of an issue is a proper subject for discovery or
6  something approaching, I think Mr. Arger kind of has it right,
7  a minitrial. You know, if there is -- if the judgment's
8  affirmed on appeal and it comes back down and there's an
9  issue, there's all sorts of things that a party can do and
10 that a judge can do to enforce a judgment, and I won't
11 hesitate to do that.
12      So the motion to stay enforcement without bond
13 pending appeal is granted.
14  MR. ARGER: Thank you very much, your Honor.
15
16      *   *   *   *   *   *   *
17          C E R T I F I C A T E
18
19
20      I hereby certify that the foregoing is a true and
21 correct transcript of the above-entitled matter.
22
23 /s/ Valarie M. Ramsey                    10-02-2012
24 _____              _____
   Court Reporter                            Date
25